

Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
Jeremy M. Lipshutz, MD, Esq.
Nevada Bar No. 15267
GALLAGHER & LIPSHUTZ, PLLC
6120 S. Fort Apache Rd. #100
Las Vegas, NV 89148
Phone/Fax: (702) 381-3770
kathleen@gallagherlipshutz.com
jeremy@gallagherlipshutz.com
*Attorneys for Relator*
*Nevadans Against Fraud*
*on the Government, LLC*

| X | FILED | | RECEIVED |
|---|---|---|---|
| | ENTERED | | SERVED ON |

12/9/2024

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY: CAH                      DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel., NEVADANS AGAINST FRAUD ON THE GOVERNMENT, LLC, a Nevada Limited Liability Company, | Case No.: 2:24-cv-02277-JCM-BNW *SEALED* |
| Plaintiffs | **COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT** |
| v. | **FILED UNDER SEAL** |
| TERRIBLE HERBST, INC., a Nevada Corporation d/b/a Chi-Chi's Taqueria, Herbst Market #371, Herbst Market #415, Herbst Market 342, Herbst Market 346, Terrible's, Terrible's #003, Terrible's #106, Terrible's #118, Terrible's #124, Terrible's #126, Terrible's #129, Terrible's #133, Terrible's #136, Terrible's #140, Terrible's #141, Terrible's #145, Terrible's #147, Terrible's #152, Terrible's #156, Terrible's #159, Terrible's #162, Terrible's #163, Terrible's #165, Terrible's #166, Terrible's #169, Terrible's #170, Terrible's #171, Terrible's #174, Terrible's #176, Terrible's #177, Terrible's #178, Terrible's #179, Terrible's #184, Terrible's #188, Terrible's #189, Terrible's #191, Terrible's #195, Terrible's #196, Terrible's #199, Terrible's #203, Terrible's #204, Terrible's #205, Terrible's #207, Terrible's #208, Terrible's | **PURSUANT TO 31 U.S.C. § 3730(b)(2)** **JURY DEMAND** |

GALLAGHER & LIPSHUTZ

1 #209, Terrible's #210, Terrible's #212,
Terrible's #214, Terrible's #215, Terrible's
2 #217, Terrible's #218, Terrible's #224,
Terrible's #225, Terrible's #226, Terrible's
3 #227, Terrible's #228, Terrible's #229,
Terrible's #231, Terrible's #232, Terrible's
4 #234, Terrible's #235, Terrible's #237,
Terrible's #238, Terrible's #239, Terrible's
5 #240, Terrible's #242, Terrible's #243,
Terrible's #246, Terrible's #249, Terrible's
6 #251, Terrible's #255, Terrible's #256,
Terrible's #257, Terrible's #259, Terrible's
7 #262, Terrible's #263, Terrible's #264,
Terrible's #266, Terrible's #267, Terrible's
8 #268, Terrible's #269, Terrible's #272,
Terrible's #273, Terrible's #274, Terrible's
9 #277, Terrible's #278, Terrible's #280,
Terrible's #282, Terrible's #283, Terrible's
10 #290, Terrible's #293, Terrible's #296,
Terrible's #299, Terrible's #305, Terrible's
11 #310, Terrible's #314, Terrible's #321,
Terrible's #324, Terrible's #325, Terrible's
12 #326, Terrible's #327, Terrible's #328,
Terrible's #329, Terrible's #330, Terrible's
13 #331, Terrible's #332, Terrible's #335,
Terrible's #336, Terrible's #337, Terrible's
14 #338, Terrible's #340, Terrible's #342,
Terrible's #344, Terrible's #345, Terrible's
15 #346, Terrible's #347, Terrible's #349,
Terrible's #350, Terrible's #369, Terrible's
16 #372, Terrible's #373, Terrible's #375,
Terrible's #376, Terrible's #377, Terrible's
17 #378, Terrible's #379, Terrible's #381,
Terrible's #382, Terrible's #383, Terrible's
18 #384, Terrible's #385, Terrible's #386,
Terrible's #387, Terrible's #388, Terrible's
19 #389, Terrible's #390, Terrible's #391,
Terrible's #394, Terrible's #395, Terrible's
20 #397, Terrible's #399, Terrible's #406,
Terrible's #407, Terrible's #408, Terrible's
21 #410, Terrible's #417, Terrible's #420,
Terrible's #426, Terrible's #428, Terrible's
22 #429, Terrible's #430, Terrible's #431,
Terrible's #432, Terrible's #433, Terrible's
23 #434, Terrible's #435, Terrible's #436,
Terrible's #437, Terrible's #438, Terrible's

24

GALLAGHER & LIPSHUTZ

1 #439, Terrible's #440, Terrible's #441, Terrible's #444, Terrible's #447, Terrible's
2 #447 Car Wash, Terrible's #453, Terrible's 125, Terrible's Car Wash #119, Terrible's
3 Car Wash #153, Terrible's Car Wash #157, Terrible's Car Wash #160, Terrible's Car
4 Wash #167, Terrible's Car Wash #172, Terrible's Car Wash #185, Terrible's Car
5 Wash #189, Terrible's Car Wash #193, Terrible's Car Wash #200, Terrible's Car
6 Wash #213, Terrible's Car Wash #246, Terrible's Car Wash #260, Terrible's Lube
7 #108, Terrible's Lube #120, Terrible's Lube #130, Terrible's Lube #158, Terrible's Lube
8 #161, Terrible's Lube #164, Terrible's Lube #168, Terrible's Lube #173, Terrible's Lube
9 #186, Terrible's Lube #190, Terrible's Lube #192, Terrible's Lube #194, Terrible's Lube
10 #206, Terrible's Lube #236, Terrible's Lube #247, Terrible's Lube #252, Terrible's Lube
11 #261, Terrible's Lube #312, Terrible's Market #415, Terrible's Road House,
12 Terrible's Truck Plaza, Terribles's #4442, and Valvoline LLC; JETT GAMING, LLC,
13 a Nevada Limited Liability Company d/b/a Terrible's Searchlight Nugget, Nevada
14 Landing Shell, Gold Strike Auto & Truck Plaza, Terrible's Gaming, Terrible's
15 Roadhouse Pahrump, Terrible's Roadhouse Jean, JETT Gaming, and Terrible's
16 Roadhouse Searchlight; ETT I, LLC, a Nevada Limited Liability Company d/b/a
17 Terrible's #372, Terrible's #373, Terrible's #375, Terrible's #376, Terrible's #377,
18 Terrible's #378 and Terrible's #379; ETT-AZ, LLC, an Arizona Limited Liability
19 Company; ETT-CA, LLC, a California Limited Liability Company; BLUE
20 DIAMOND & DURANGO, LLC, a Nevada Limited Liability Company d/b/a Terrible's
21 #314 and Terrible's #315; DECATUR & SILVERADO, LLC, a Nevada Limited
22 Liability Company d/b/a Terrible's #305; HERBST-JOHNS, LLC, a Nevada Limited
23 Liability Company; HER-COLE, LLC, a Nevada Limited Liability Company; HER-
24

3

1  DEL 1, LLC, a Nevada Limited Liability
   Company; HER-GREEN, LLC, a Nevada
2  Limited Liability Company; HER-LOZ 1,
   LLC, a Nevada Limited Liability Company;
3  HER-MOR, LLC, a Nevada Limited
   Liability Company; JEAN VENTURES,
4  LLC, a Nevada Limited Liability Company;
   HTT 12, LLC, a Nevada Limited Liability
5  Company; FSP PARTNERS, LLC, a Nevada
   Limited Liability Company; HERBST
6  SUPPLY CO., INC., a Nevada Corporation
   d/b/a Terrible's Transportation; HER-DEL
7  2, LLC, a Nevada Limited Liability
   Company; JH, INC. a Nevada Corporation;
8  TERRIBLE HERBST WASHINGTON UT,
   LLC, a Utah Limited Liability Company;
9  THSR HOLDINGS, LLC, a Utah Limited
   Liability Company; TPC OPCO, LLC, a
10 Nevada Limited Liability Company;
   WESTERN ALLIANCE BANK, an Arizona
11 Corporation; DOES 1 through 10, inclusive
   and ROE CORPORATIONS 11 through 20,
12 inclusive,

13      Defendants

14      Qui Tam Relator NEVADANS AGAINST FRAUD ON THE GOVERNMENT,

15 LLC ("Relator") brings this action on its own behalf and on behalf of the United States of

16 America to recover civil damages and penalties under the False Claims Act, 31 U.S.C. §

17 3729, et seq., ("FCA") against Defendants.

18 //

19 //

20

21

22

23

24

4

1

# **Table of Contents**

2    Table of Exhibits........................................................................................................7

3    I.        INTRODUCTION .........................................................................................11

4    II.       JURISDICTION AND VENUE ...................................................................13

5    III.      PARTIES .......................................................................................................13

6    IV.       FEDERAL FALSE CLAIMS ACT ..............................................................21

7    V.        PAYCHECK PROTECTION PROGRAM ("PPP") ....................................22

8              A.       Laws, Regulations, and Guidance for PPP Loans .............................22

9              B.       PPP Loan Eligibility .........................................................................24

10             C.       Affiliation for Purposes of PPP Size Tests .......................................27

11             D.       PPP Loan Application and Permitted Uses........................................29

12             E.       PPP Loan Forgiveness .......................................................................32

13   VI.       DEFENDANTS' FRAUDULENT SCHEME ...............................................33

14             A.       Affiliated Defendants Were Not Eligible for PPP Loans ..................33

15                      1.        Affiliated Defendants Do Not Meet PPP Loan Eligibility Option (a)
                                  Because Together They Had Significantly Over 500 Employees ....35

16

17                      2.        Affiliated Defendants Do Not Meet PPP Loan Alternative Eligibility
                                  Options (b) and (d) Because They Are Significantly Over the NAICS
                                  Size Standards..................................................................................42
18

19                      3.        Affiliated Defendants' Do Not Meet PPP Loan Alternative
                                  Eligibility Option (c) Because They Are Not NAICS Code Category
20                                72 Entities .......................................................................................44

21             B.       Affiliated Defendants Made False Certifications on Their PPP Loans
                        Applications and PPP Loan Forgiveness Applications and Those
22                      Certifications Were Material to The Government's Decision to Pay ..........46

23             C.       Defendant Western Alliance Bank Made False Certifications to the SBA
                        That Affiliated Defendants Were Eligible for PPP Loans and Forgiveness .47

24



GALLAGHER & LIPSHUTZ

VII.   CLAIMS FOR RELIEF ........................................................................50

   A.   First Claim for Relief............................................................50

   B.   Second Claim for Relief ........................................................50

   C.   Prayer for Relief....................................................................51

GALLAGHER & LIPSHUTZ

1

**Table of Exhibits**

2    1.    Terrible Herbst, Inc.'s Nevada Secretary of State Business Entity Information

3    2.    Terrible Herbst, Inc.'s Clark County Fictitious Firm Name Records

4    3.    Terrible Herbst, Inc.'s California Secretary of State Business Entity Information

5    4.    Terrible Herbst, Inc.'s Arizona Secretary of State Business Entity Information

6    5.    Terrible Herbst, Inc.'s Utah Secretary of State Business Entity Information

7    6.    JETT Gaming, LLC's Nevada Secretary of State Business Entity Information

8    7.    JETT Gaming, LLC's Clark County Fictitious Firm Name Records

9    8.    ETT I, LLC's Nevada Secretary of State Business Entity Information

10    9.    ETT I, LLC's Clark County Fictitious Firm Name Records

11    10.    ETT-AZ, LLC's Arizona Secretary of State Business Entity Information

12    11.    ETT-CA, LLC's California Secretary of State Business Entity Information

13    12.    Blue Diamond & Durango, LLC's Nevada Secretary of State Business Entity
14           Information

15    13.    Blue Diamond & Durango, LLC's Clark County Fictitious Firm Name Records

16    14.    Decatur & Silverado, LLC's Nevada Secretary of State Business Entity Information

17    15.    Decatur & Silverado, LLC's Clark County Fictitious Firm Name Records

18    16.    Herbst-Johns, LLC's Nevada Secretary of State Business Entity Information

19    17.    HER-COLE, LLC's Nevada Secretary of State Business Entity Information

20    18.    HER-DEL 1, LLC's Nevada Secretary of State Business Entity Information

21    19.    HER-GREEN, LLC's Nevada Secretary of State Business Entity Information

22    20.    HER-LOZ 1, LLC's Nevada Secretary of State Business Entity Information

23    21.    HER-MOR, LLC's Nevada Secretary of State Business Entity Information

24    22.    Jean Ventures, LLC's Nevada Secretary of State Business Entity Information

GALLAGHER & LIPSHUTZ

**GALLAGHER & LIPSHUTZ**

23.    HTT 12, LLC's Nevada Secretary of State Business Entity Information

24.    FSP Partners, LLC's Nevada Secretary of State Business Entity Information

25.    Herbst Supply Co., Inc.'s Nevada Secretary of State Business Entity Information

26.    Herbst Supply Co., Inc.'s Clark County Fictitious Firm Name Records

27.    HER-DEL 2, LLC's Nevada Secretary of State Business Entity Information

28.    JH, Inc.'s Nevada Secretary of State Business Entity Information

29.    Terrible Herbst Washington UT, LLC's Utah Secretary of State Business Entity Information

30.    THSR Holdings, LLC's Utah Secretary of State Business Entity Information

31.    TPC OPCO, LLC's Nevada Secretary of State Business Entity Information

32.    Western Alliance Bank's Arizona Secretary of State Business Entity Information

33.    13 C.F.R. 121.301 (valid Mar. 27, 2020 to Sept. 7, 2021)

34.    Affiliation Rules Applicable to U.S. Small Business Administration Paycheck Protection Program

35.    Terrible Herbst, Inc.'s First Round PPP Data

36.    JETT Gaming, LLC's First Round PPP Data

37.    ETT I, LLC's First Round PPP Data

38.    ETT-AZ, LLC's First Round PPP Data

39.    ETT-CA, LLC's First Round PPP Data

40.    Blue Diamond & Durango, LLC's First Round PPP Data

41.    Decatur & Silverado, LLC's First Round PPP Data

42.    Herbst-Johns, LLC's First Round PPP Data

43.    HER-COLE, LLC's First Round PPP Data

44.    HER-DEL 1, LLC's First Round PPP Data

GALLAGHER & LIPSHUTZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

45.   HER-GLU 1, LLC's First Round PPP Data

46.   HER-GLU 1, LLC's Nevada Secretary of State Business Entity Information

47.   HER-GREEN, LLC's First Round PPP Data

48.   HER-LOZ 1, LLC's First Round PPP Data

49.   HER-MOR, LLC's First Round PPP Data

50.   Herbst Richardson Downtown WC, LLC's First Round PPP Data

51.   Herbst Richardson Downtown WC, LLC's Nevada Secretary of State Business
      Entity Information

52.   Herbst Richardson WC, LLC's First Round PPP Data

53.   Herbst Richardson WC, LLC's Nevada Secretary of State Business Entity
      Information

54.   Herbst Richardson WC4, LLC's First Round PPP Data

55.   Herbst Richardson WC4, LLC's Nevada Secretary of State Business Entity
      Information

56.   Jean Ventures, LLC's First Round PPP Data

57.   Jean Ventures-IBC, LLC's First Round PPP Data

58.   Jean Ventures-IBC, LLC's Nevada Secretary of State Business Entity Information

59.   Cookies Bar & Grille 1, LLC's First Round PPP Data

60.   Cookies Bar & Grille 1, LLC's Nevada Secretary of State Business Entity
      Information

61.   Cookies Bar & Grille 1, LLC's Second Round PPP Data

62.   FSP Partners, LLC's First Round PPP Data

63.   Herbst Supply Co., Inc.'s First Round PPP Data

64.   HER-DEL 2, LLC's First Round PPP Data

65.   JH, Inc.'s First Round PPP Data

66.    Terrible Herbst Washington UT, LLC's First Round PPP Data

67.    THNT Taverns, LLC's First Round PPP Data

68.    THNT Taverns, LLC's Nevada Secretary of State Business Entity Information

69.    THSR Holdings, LLC's First Round PPP Data

70.    TPC OPCO, LLC's First Round PPP Data

GALLAGHER & LIPSHUTZ

**GALLAGHER & LIPSHUTZ**

I.    **INTRODUCTION**

1.      In March 2020, Congress enacted the Coronavirus Aid, Relief, and Economic Security ("CARES") Act to provide emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the COVID-19 pandemic. The CARES Act established several new temporary programs and provided for expansion of others, including programs created and/or administered by the United States Small Business Administration ("SBA").

2.      One source of relief provided by the CARES Act was the authorization of $349 billion in potentially forgivable loans to small businesses for job retention and certain other expenses, through a program referred to as the Paycheck Protection Program ("PPP"). To date, Congress has authorized over $659 billion in PPP funding.

3.      Congress established the PPP to ensure the continued vitality of small businesses. "Small businesses are the lifeblood of the U.S. economy: they create two-thirds of net new jobs and drive U.S. innovation and competitiveness" while accounting for "44 percent of U.S. economic activity."[1]

4.      With limited exceptions not applicable here, only small businesses which, together with their affiliates, had 500 or fewer employees, were eligible to receive PPP loans. Businesses were deemed affiliated when they shared common ownership, management or identity of interest between close relatives.

5.      Affiliated Defendants (as defined hereinbelow) violated the False Claims Act by falsely certifying in their loan applications that they were small businesses that were

---

[1] U.S. Small Bus. Admin., Small Businesses Generate 44 Percent of U.S. Economic Activity (Jan. 30, 2019), https://advocacy.sba.gov/2019/01/30/small-businesses-generate-44-percent-of-u-s-economic-activity/.

11

eligible to receive PPP loans. In reality, however, these entities are "affiliated" with each other under SBA rules and regulations; resulting in a combined total of at least 1,455 employees among Affiliated Defendants, and making them ineligible for PPP loans.

6.      Affiliated Defendants and their affiliated companies were "affiliated" under the SBA rules and regulations because they were managed, owned and controlled by the Herbst family; specifically the three sons of Jerry and Maryanna Herbst, Timothy Herbst, Edward Herbst and Troy Herbst, and to some extent Maryanna Herbst.

7.      Defendant Western Alliance Bank, Affiliated Defendants' lender for all their PPP loans, knew Affiliated Defendants were affiliated and that they were ineligible for PPP loans.

8.      Affiliated Defendants and Western Alliance Bank nonetheless both certified to the SBA that Affiliated Defendants were eligible for PPP loans. As the direct result of these intentional misrepresentations, Affiliated Defendants received PPP loans – for which they were ineligible – totaling up to $12,678,166.00. All of these PPP loans were eventually forgiven by the United States government.

9.      As a consequence of Affiliated Defendants' and Defendant Western Alliance Bank's misrepresentations, the United States approved and forgave Affiliated Defendants PPP loans which they were not eligible for. The United States would not have approved these PPP loans had it been fully aware of the nature of the combined affiliated entities and that Affiliated Defendants did not constitute small business concerns under the applicable SBA rules and regulations.

10.      The plaintiff is demanding a jury trial in this case.[2]

---

[2] See section entitled "Prayer for Relief."

GALLAGHER & LIPSHUTZ

## II.    JURISDICTION AND VENUE

11.    Relator re-alleges and incorporates the allegations of the paragraphs above as if fully set forth herein.

12.    This action arises under the False Claims Act, 31 U.S.C. § 3729, et seq., as amended, and other applicable federal laws.

13.    This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331, 28 U.S.C. § 3730(b), and 28 U.S.C. § 1345.

14.    This Court may exercise personal jurisdiction over Defendants, under 31 U.S.C. § 3732(a), because Defendants reside and/or transact business in this judicial district, and some of the violations of 31 U.S.C. § 3729, complained of herein, occurred in the State of Nevada, County of Clark.

15.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and 31 U.S.C. § 3732(a), because one or more of the following has occurred in this District: Defendants are found, have an agent or agents, have contacts or had contacts, or transacts or have transacted business and their affairs in this judicial district; at least one of the acts or omissions complained of herein occurred in substantial part in this district; Defendants prepared and submitted false claims to the United States Small Business Administration ("SBA") in and from this district; and Defendants do business and have deposited proceeds of the fraud described in the complaint within the jurisdiction of this Court.

## III.    PARTIES

16.    Relator re-alleges and incorporates the allegations of the paragraphs above as if fully set forth herein.

17.    Relator NEVADANS AGAINST FRAUD ON THE GOVERNMENT, LLC

is Nevada limited liability company doing business in Clark County, Nevada.

18.    Relator commenced this action by filing its original complaint under seal, as required by 32 U.S.C. § 3730(b). Prior to filing the original complaint, Relator served the U.S. Attorney General and the U.S. Attorney for the District of Nevada, pursuant to Fed. R. Civ. P. 4, with substantially all material evidence and information it possessed regarding Defendants' false certifications on their PPP loan applications and forgiveness applications. The evidence and information are contained in the document entitled, "Relator's First Disclosure Statement for Violations of the Federal False Claims Act, 31 U.S.C. § 3729." Relator also served the U.S. Attorney General and the U.S. Attorney for the District of Nevada with a copy of this complaint prior to filing it. Relator is an "original source of the information" within the meaning of 31 U.S.C. § 3730(e)(4)(B). Evidence of Relator being an "original source of the information" can be determined by the Court's review of the disclosures Relator made to the government and her allegations in this complaint.

19.    Defendant TERRIBLE HERBST, INC. is a Nevada Corporation doing business in Clark County, Nevada as Chi-Chi's Taqueria, Herbst Market #371, Herbst Market #415, Herbst Market 342, Herbst Market 346, Terrible's, Terrible's #003, Terrible's #106, Terrible's #118, Terrible's #124, Terrible's #126, Terrible's #129, Terrible's #133, Terrible's #136, Terrible's #140, Terrible's #141, Terrible's #145, Terrible's #147, Terrible's #152, Terrible's #156, Terrible's #159, Terrible's #162, Terrible's #163, Terrible's #165, Terrible's #166, Terrible's #169, Terrible's #170, Terrible's #171, Terrible's #174, Terrible's #176, Terrible's #177, Terrible's #178, Terrible's #179, Terrible's #184, Terrible's #188, Terrible's #189, Terrible's #191, Terrible's #195, Terrible's #196, Terrible's #199, Terrible's #203, Terrible's #204, Terrible's #205,

1    Terrible's #207, Terrible's #208, Terrible's #209, Terrible's #210, Terrible's #212,

2    Terrible's #214, Terrible's #215, Terrible's #217, Terrible's #218, Terrible's #224,

3    Terrible's #225, Terrible's #226, Terrible's #227, Terrible's #228, Terrible's #229,

4    Terrible's #231, Terrible's #232, Terrible's #234, Terrible's #235, Terrible's #237,

5    Terrible's #238, Terrible's #239, Terrible's #240, Terrible's #242, Terrible's #243,

6    Terrible's #246, Terrible's #249, Terrible's #251, Terrible's #255, Terrible's #256,

7    Terrible's #257, Terrible's #259, Terrible's #262, Terrible's #263, Terrible's #264,

8    Terrible's #266, Terrible's #267, Terrible's #268, Terrible's #269, Terrible's #272,

9    Terrible's #273, Terrible's #274, Terrible's #277, Terrible's #278, Terrible's #280,

10   Terrible's #282, Terrible's #283, Terrible's #290, Terrible's #293, Terrible's #296,

11   Terrible's #299, Terrible's #305, Terrible's #310, Terrible's #314, Terrible's #321,

12   Terrible's #324, Terrible's #325, Terrible's #326, Terrible's #327, Terrible's #328,

13   Terrible's #329, Terrible's #330, Terrible's #331, Terrible's #332, Terrible's #335,

14   Terrible's #336, Terrible's #337, Terrible's #338, Terrible's #340, Terrible's #342,

15   Terrible's #344, Terrible's #345, Terrible's #346, Terrible's #347, Terrible's #349,

16   Terrible's #350, Terrible's #369, Terrible's #372, Terrible's #373, Terrible's #375,

17   Terrible's #376, Terrible's #377, Terrible's #378, Terrible's #379, Terrible's #381,

18   Terrible's #382, Terrible's #383, Terrible's #384, Terrible's #385, Terrible's #386,

19   Terrible's #387, Terrible's #388, Terrible's #389, Terrible's #390, Terrible's #391,

20   Terrible's #394, Terrible's #395, Terrible's #397, Terrible's #399, Terrible's #406,

21   Terrible's #407, Terrible's #408, Terrible's #410, Terrible's #417, Terrible's #420,

22   Terrible's #426, Terrible's #428, Terrible's #429, Terrible's #430, Terrible's #431,

23   Terrible's #432, Terrible's #433, Terrible's #434, Terrible's #435, Terrible's #436,

24

GALLAGHER & LIPSHUTZ

Terrible's #437, Terrible's #438, Terrible's #439, Terrible's #440, Terrible's #441,

Terrible's #444, Terrible's #447, Terrible's #447 Car Wash, Terrible's #453, Terrible's 125,

Terrible's Car Wash #119, Terrible's Car Wash #153, Terrible's Car Wash #157, Terrible's

Car Wash #160, Terrible's Car Wash #167, Terrible's Car Wash #172, Terrible's Car Wash

#185, Terrible's Car Wash #189, Terrible's Car Wash #193, Terrible's Car Wash #200,

Terrible's Car Wash #213, Terrible's Car Wash #246, Terrible's Car Wash #260, Terrible's

Lube #108, Terrible's Lube #120, Terrible's Lube #130, Terrible's Lube #158, Terrible's

Lube #161, Terrible's Lube #164, Terrible's Lube #168, Terrible's Lube #173, Terrible's

Lube #186, Terrible's Lube #190, Terrible's Lube #192, Terrible's Lube #194, Terrible's

Lube #206, Terrible's Lube #236, Terrible's Lube #247, Terrible's Lube #252, Terrible's

Lube #261, Terrible's Lube #312, Terrible's Market #415, Terrible's Road House, Terrible's

Truck Plaza, Terribles's #4442, and Valvoline LLC.[3] Defendant TERRIBLE HERBST, INC.

is also doing business in California, Arizona, and Utah.[4]

       20.     Defendant JETT GAMING, LLC is a Nevada Limited Liability Company

doing business in Clark County and Nye County, Nevada as Terrible's Searchlight Nugget,

Nevada Landing Shell, Gold Strike Auto & Truck Plaza, Terrible's Gaming, Terrible's

Roadhouse Pahrump, Terrible's Roadhouse Jean, JETT Gaming, and Terrible's Roadhouse

---

[3] Terrible Herbst, Inc.'s Nevada Secretary of State Business Entity Information, attached as **Exhibit 1**; Terrible Herbst, Inc.'s Clark County Fictitious Firm Name Records, attached as **Exhibit 2**.

[4] Terrible Herbst, Inc.'s California Secretary of State Business Entity Information, attached as **Exhibit 3**; Terrible Herbst, Inc.'s Arizona Secretary of State Business Entity Information, attached as **Exhibit 4**; and Terrible Herbst, Inc.'s Utah Secretary of State Business Entity Information, attached as **Exhibit 5**.

GALLAGHER & LIPSHUTZ

1    Searchlight.[5]

2        21.    Defendant ETT I, LLC is a Nevada Limited Liability Company doing

3    business in Clark County, Nevada as Terrible's #372, Terrible's #373, Terrible's #375,

4    Terrible's #376, Terrible's #377, Terrible's #378 and Terrible's #379.[6]

5        22.    Defendant ETT-AZ, LLC is an Arizona Limited Liability Company doing

6    business in Arizona.[7]

7        23.    Defendant ETT-CA, LLC is a California Limited Liability Company doing

8    business in California.[8]

9        24.    Defendant BLUE DIAMOND & DURANGO, LLC is a Nevada Limited

10    Liability Company doing business in Clark County, Nevada as Terrible's #314 and Terrible's

11    #315.[9]

12        25.    Defendant DECATUR & SILVERADO, LLC is a Nevada Limited Liability

13    Company doing business in Clark County, Nevada as Terrible's #305.[10]

14        26.    Defendant HERBST-JOHNS, LLC is a Nevada Limited Liability Company

15

16    _____

17    [5] JETT Gaming, LLC's Nevada Secretary of State Business Entity Information, attached as
**Exhibit 6**; JETT Gaming, LLC's Clark County Fictitious Firm Name Records, attached as
**Exhibit 7**.

18    [6] ETT I, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit
8**; ETT I, LLC's Clark County Fictitious Firm Name Records, attached as **Exhibit 9**.

19    [7] ETT-AZ, LLC's Arizona Secretary of State Business Entity Information, attached as
**Exhibit 10**.

20    [8] ETT-CA, LLC's California Secretary of State Business Entity Information, attached as
**Exhibit 11**.

21
[9] Blue Diamond & Durango, LLC's Nevada Secretary of State Business Entity
22    Information, attached as **Exhibit 12**; Blue Diamond & Durango, LLC's Clark County
Fictitious Firm Name Records, attached as **Exhibit 13**.

23    [10] Decatur & Silverado, LLC's Nevada Secretary of State Business Entity Information,
attached as **Exhibit 14**; Decatur & Silverado, LLC's Clark County Fictitious Firm Name
24    Records, attached as **Exhibit 15**.

doing business in Clark County, Nevada.[11]

27.     Defendant HER-COLE, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[12]

28.     Defendant HER-DEL 1, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[13]

29.     Defendant HER-GREEN, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[14]

30.     Defendant HER-LOZ 1, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[15]

31.     Defendant HER-MOR, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[16]

32.     Defendant JEAN VENTURES, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[17] Defendant JEAN VENTURES, LLC's manager is listed as HTT 12, LLC.[18]

---

[11] Herbst-Johns, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 16**.

[12] HER-COLE, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 17**.

[13] HER-DEL 1, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 18**.

[14] HER-GREEN, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 19**.

[15] HER-LOZ 1, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 20**.

[16] HER-MOR, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 21**.

[17] Jean Ventures, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 22**.

[18] Id. at 2.

GALLAGHER & LIPSHUTZ

33.    Defendant HTT 12, LLC is a Nevada Limited Liability Company doing business in Clark County.[19]

34.    Defendant FSP PARTNERS, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[20]

35.    Defendant HERBST SUPPLY CO., INC. is a Nevada Corporation doing business in Clark County, Nevada as Terrible's Transportation.[21]

36.    Defendant HER-DEL 2, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[22]

37.    Defendant JH, INC. is a Nevada Corporation doing business in Clark County, Nevada.[23]

38.    Defendant TERRIBLE HERBST WASHINGTON UT, LLC is a Utah Limited Liability Company doing business in Washington County, Utah.[24]

39.    Defendant THSR HOLDINGS, LLC is a Utah Limited Liability Company doing business in Utah.[25]

---

[19] HTT 12, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 23**.

[20] FSP Partners, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 24**.

[21] Herbst Supply Co., Inc.'s Nevada Secretary of State Business Entity Information, attached as **Exhibit 25**; Herbst Supply Co., Inc.'s Clark County Fictitious Firm Name Records, attached as **Exhibit 26**.

[22] HER-DEL 2, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 27**.

[23] JH, Inc.'s Nevada Secretary of State Business Entity Information, attached as **Exhibit 28**.

[24] Terrible Herbst Washington UT, LLC's Utah Secretary of State Business Entity Information, attached as **Exhibit 29**.

[25] THSR Holdings, LLC's Utah Secretary of State Business Entity Information, attached as **Exhibit 30**.

40.    Defendant TPC OPCO, LLC is a Nevada Limited Liability Company doing business in Clark County, Nevada.[26]

41.    Defendants listed in Paragraphs 19 to 40 are collectively referred to as "Affiliated Defendants"

42.    Defendant WESTERN ALLIANCE BANK is an Arizona Corporation doing business in Arizona.[27]

43.    The Defendants "Doe 1 through 50" are the various employees, professionals and other people that Defendants conspired with to submit fraudulent PPP loan applications and PPP loan forgiveness applications. The true names and capacities, whether corporate, individual, or otherwise, of Defendant Does 1 through 50, inclusive, are unknown to Relator, who therefore sues such defendants by fictitious names. Relator is informed, believes, and thereon alleges, that each defendant designated as a Doe is legally responsible for violations of the False Claims Act or other laws, or otherwise causing injury and damages to the United States government.

44.    The Defendants "Roe 1 through 10" are the various entities that Defendants have conspired with Defendants conspired with to submit fraudulent PPP loan applications and PPP loan forgiveness applications.

45.    Now notified, the government can obtain the identity of the Doe and Roe Defendants referenced in the paragraphs immediately above from Defendants, who have possession of that information.

---

[26] TPC OPCO, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 31**.
[27] Western Alliance Bank's Arizona Secretary of State Business Entity Information, attached as **Exhibit 32**.

## IV.    **FEDERAL FALSE CLAIMS ACT**

46.    Relator re-alleges and incorporates the allegations of the paragraphs above as if fully set forth herein.

47.    The False Claims Act provides for the award of treble damages and civil penalties for, inter alia, knowingly causing the submission of false or fraudulent claims for payment to the United States government.[28]

48.    The False Claims Act, provides, in pertinent part, that a person who:

(a)(1)(A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;

(a)(1)(B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim;

(a)(1)(C) conspires to commit a violation of subparagraph (A), (B), (D), (E), (F), or (G);

(a)(1)(D) has possession, custody, or control of property or money used, or to be used, by the Government and knowingly delivers, or causes to be delivered, less than all of that money or property;

. . .

(a)(1)(G) knowingly makes, uses, or causes to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government,

is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990[29] (28 U.S.C. 2461 note; Public Law 104-410), plus 3 times the amount of damages which the Government sustains because of the act of that person.[30]

---

[28] 31 U.S.C. § 3729(a)(1).

[29] By virtue of 28 C.F.R. § 85.3(a)(9), the penalty range for violations occurring on or before November 2, 2015, has increased to a minimum of $5,500 and a maximum of $11,000 per violation. The penalties have continually been adjusted for inflation, and the minimum penalty is currently $13,946 and the maximum penalty is $27,894 per violation.

[30] 31 U.S.C. § 3729 (a)(1).

49.    The civil penalty is currently, as of the date of filing of this complaint, $13,946 to $27,894 per claim.[31] However, the penalties are adjusted annually for inflation and will thus likely increase by the time they are assessed in this case.

50.    For purposes of the False Claims Act,

the terms "knowing" and "knowingly"—(A) mean that a person, with respect to information—(i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information; and (B) require no proof of specific intent to defraud.[32]

51.    Moreover, the term "material" "means having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property."[33]

## V.    PAYCHECK PROTECTION PROGRAM ("PPP")

52.    Relator re-alleges and incorporates the allegations of the paragraphs above as if fully set forth herein

### A.    Laws, Regulations, and Guidance for PPP Loans

53.    On March 27, 2020, the U.S. President signed the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act")[34] to address the economic fallout of the COVID-19 pandemic. The CARES Act gave the Small Business Administration ("SBA") funding and authority to establish a new loan program, the Paycheck Protection Program ("PPP") to assist small businesses adversely impacted by the COVID-19 pandemic.

54.    The CARES Act permitted the SBA to guarantee 100% of PPP loans[35] and

---

[31] 28 C.F.R. § 85.5(d) (2024).
[32] 31 U.S.C. § 3729(b)(1).
[33] 31 U.S.C. § 3729(b)(4).
[34] Pub. L. 116-136.
[35] 15 U.S.C. § 636(a)(2)(F).

GALLAGHER & LIPSHUTZ

1  forgive up to the full principal amount of qualifying PPP loans.[36]

2      55.    The SBA and the United States Department of the Treasury ("Treasury")

3  worked together to implement PPP, releasing regulations and guidance on a regular basis.

4      56.    PPP was subsequently expanded by the Paycheck Protection Program and

5  Health Care Enhancement Act on April 24, 2020, and subsequently extended by the

6  Paycheck Protection Program Flexibility Act (the "Flexibility Act") on June 5, 2020.

7      57.    Because PPP is a loan program under Section 7(a) of the Small Business

8  Act, it is subject to the regulations applicable to SBA Section 7(a) business loans except

9  where the CARES Act or applicable regulations provide otherwise.

10      58.    Section 7(a) loan regulations are generally found in 13 C.F.R. part 120. PPP

11  is also subject to SBA affiliation rules in 13 C.F.R. § 121.301(f).[37]

12      59.    In addition to the laws and regulations that apply to PPP loans, the SBA

13  issued ongoing official guidance regarding PPP loans.

14      60.    On April 2, 2020, the SBA published its first Interim Final Rule on

15  Business Loan Program Temporary Changes; Paycheck Protection Program.[38]

16      61.    On April 3, 2020, the SBA opened up the PPP applications.[39]

17      62.    Also on April 3, 2020, the SBA published an interim final rule on

18

---

19  [36] 15 U.S.C. § 636(a)(37)(J).

20  [37] 13 C.F.R. § 121.301 has been amended four times (on Sept. 8, 2021, Dec. 19, 2022, May 11, 2023 and Mar. 18, 2024) since Affiliated Defendants submitted their PPP loan

21  applications and PPP Forgiveness applications. When Relator refers to 13 C.F.R. 121.301, it is referring to the version that was valid an in effect at all times relevant to this

22  Complaint. For the court's convenience, that version is attached as **Exhibit 33**.
[38] 85 FR 20811.

23  [39] U.S. Small Bus. Admin., *Flash Report Small Business Administration's Implementation of the Paycheck Protection Program Requirements,* (May 8, 2020), at 2

24  https://www.sba.gov/sites/default/files/2020-05/SBA_OIG_Report_20-14_508.pdf.

GALLAGHER & LIPSHUTZ

applicable affiliation rules[40] and a summary of affiliation rules applicable to PPP which

confirmed that the affiliation rules of 13 C.F.R. § 121.301(f) applied to PPP.[41]

63.     Since early April 2020, guidance from SBA can be found in a regularly

updated FAQ (the "SBA FAQ") that is posted on the SBA and Treasury websites.[42]

**B.     PPP Loan Eligibility**

64.     A business is eligible for a PPP loan if it meets any one of the following

standards:

a.     Together with its affiliates, it has 500 or fewer employees, regardless of their principal place of residence.[43]

b.     Together with its affiliates, it meets the SBA employee-based size standard for the North American Industry Classification System ("NAICS") code applicable to its primary industry.[44]

c.     Its primary industry is in NAICS category 72 (accommodations and food service) and it has, together with its affiliates, no more than 500 employees per physical location.[45]

d.     The size of the applicant combined with its affiliates must not exceed the size standard designated for either the primary industry of the applicant alone or the primary industry of the applicant and its affiliates, which ever

---

[40] 85 FR 20817.

[41] U.S. Small Bus. Admin., *Affiliation Rules Applicable to U.S. Small Business Administration Paycheck Protection Program* (Apr. 3, 2020), https://www.sba.gov/sites/default/files/2020-06/Affiliation%20rules%20overview%20%28for%20public%29%20v2-508.pdf, attached as **Exhibit 34**.

[42] FAQ for PPP borrowers and Lenders, U.S. SMALL BUS. ADMIN., https://www.sba.gov/document/support-faq-ppp-borrowers-lenders (last visited Sep 9, 2024).

[43] 15 U.S.C. § 636(a)(36)(D)(i)(I); SBA FAQ Question 44 (published May 5, 2020); **Exhibit 34**.

[44] 15 U.S.C. § 636(a)(36)(D)(i)(II); SBA FAQ Question 3 (published April 6, 2020). SBA size standards based on industry codes are found in 13 C.F.R. § 121.201.

[45] 15 U.S.C. § 636(a)(36)(D)(iii).

is higher.[46]

      e.    It has, together with its affiliates, $15 million or less of tangible net worth as of March 27, 2020, and $5 million or less of average net income after Federal income taxes (excluding carry-over losses) for the last two full fiscal years before the date of application.[47]

    65.    In counting employees for purposes of determining PPP eligibility, PPP applicants may use (a) their average number of employees over the previous 12 months, (b) their average number of employees for calendar year 2019, or (c) their average number of employees for each pay period during the last 12 calendar months completed prior to the loan application.[48] If the business has been operational for less than 12 months, it may use the average number of employees for each of the pay periods that it has been operational.[49] The employee test for determining PPP loan eligibility is a head-count test, including full-time, part-time, temporary, leased, and furloughed employees.[50]

    66.    In counting employees for purposes of determining PPP eligibility, individuals employed on a party-time or other basis are counted the same as full-time employees.[51]

---

[46] 13 C.F.R. § 121.301(a)(2); SBA FAQ Question 2 (published April 6, 2020).

[47] 15 U.S.C. § 632(a)(5)(B); SBA FAQ Question 2 (published April 6, 2020); 86 FR 15083 at 15085 FN 5 ("Under SBA's alternative size standard, a business concern may qualify as a small business concern if it, together with any affiliates: (1) Has a maximum tangible net worth of not more than $15 million; and (2) the average net income after Federal income taxes (excluding any carry-over losses) for the two full fiscal years before the date of application is not more than $5 million."

[48] 13 C.F.R. § 121.106(b); SBA FAQ Question 14 (published April 6, 2020). 13 C.F.R. § 121.106 was amended (July 6, 2022) since Affiliated Defendants submitted their PPP loan applications and PPP Forgiveness applications. When Relator refers to 13 C.F.R. § 121.106, it is referring to the version that was valid an in effect (Jan. 6, 2020 to July 5, 2022) at all times relevant to this Complaint.

[49] 13 C.F.R. § 121.106(b); SBA FAQ Question 14 (published April 6, 2020).

[50] 13 C.F.R. § 121.106(a).

[51] 13 C.F.R. § 121.106(b); 15 U.S.C. § 636(a)(36)(D)(v).

25

67.     The SBA notes that "all borrowers should carefully review the required certification on the Paycheck Protection Program Borrower Application Form (SBA Form 2483) stating that '[c]urrent economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.'"[52]

68.     SBA guidance further provides that "Borrowers must make this certification in good faith, taking into account their current business activity and their ability to access other sources of liquidity sufficient to support their ongoing operations in a manner that is not significantly detrimental to the business."[53]

69.     An applicant is not specifically required to show that it is unable to obtain credit elsewhere in order to get a PPP loan, but SBA guidance issued on April 23, 2020 and April 26, 2020 informs this analysis. The CARES Act waives the SBA requirement that a borrower show it is unable to obtain credit elsewhere.[54]

70.     However, SBA FAQ Question 31 indicates that availability of alternate liquidity sources is relevant to whether an applicant can certify in good faith that a PPP loan is necessary, as required by the PPP loan application.[55] While SBA FAQ Question 31 refers to "public compan[ies] with substantial market value and access to capital markets," SBA FAQ Question 37 extends SBA FAQ Question 31 to all businesses owned by private companies with adequate sources of liquidity.[56]

71.     SBA FAQ 31 states:

In addition to reviewing applicable affiliation rules to determine eligibility,

---

[52] 85 FR 23450 at 23451.
[53] SBA FAQ Question 31 (published April 23, 2020).
[54] 15 U.S.C. § 636(a)(36)(I).
[55] SBA FAQ Question 31 (published April 23, 2020).
[56] SBA FAQ Question 37 (published April 26, 2020).

all borrowers must assess their economic need for a PPP loan under the standard established by the CARES Act and the PPP regulations at the time of the loan application. Although the CARES Act suspends the ordinary requirement that borrowers must be unable to obtain credit elsewhere (as defined in section 3(h) of the Small Business Act), borrowers still must certify in good faith that their PPP loan request is necessary. Specifically, before submitting a PPP application, all borrowers should review carefully the required certification that "[c]urrent economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant." Borrowers must make this certification in good faith, taking into account their current business activity and their ability to access other sources of liquidity sufficient to support their ongoing operations in a manner that is not significantly detrimental to the business. For example, it is unlikely that a public company with substantial market value and access to capital markets will be able to make the required certification in good faith, and such a company should be prepared to demonstrate to SBA, upon request, the basis for its certification.

72.     In addition, the SBA has stated that: "Any borrower that, together with its affiliates, received PPP loans with an original principal amount of less than $2 million will be deemed to have made the required certification concerning the necessity of the loan request in good faith." Affiliation for this purpose is determined based on the rules that apply for determining eligibility for a PPP loan.[57]

**C.     Affiliation for Purposes of PPP Size Tests**

73.     The SBA defines "affiliation" as one business controlling or having the power to control another or when a third party (or parties) controls or has the power to control both businesses.[58] The SBA has an expansive view of what constitutes "control," and it does not matter whether control is exercised, so long as the power to control exists.

74.     Control may be affirmative or negative. Negative control includes circumstances where a minority shareholder has the ability, under the concern's charter,

---

[57] SBA FAQ Question 46 (published May 13, 2020).
[58] See 13 C.F.R. § 121.301(f); **Exhibit 34**.

bylaws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders.[59]

75.     SBA applies four specific affiliation rules for purposes of the PPP size tests:

a.      <u>Affiliation based on ownership</u>. For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50% of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the board of directors or president or chief executive officer (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern. SBA will deem a minority shareholder to be in control if that individual or entity has the ability, under the concern's charter, bylaws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders.[60]

b.      <u>Affiliation arising under stock options, convertible securities, and agreements to merge</u>. For purposes of determining control and affiliation, options, convertible securities, and agreements to merge (including agreements in principle) are considered effective as if exercised or consummated, as the case may be, unless subject to conditions precedent which are incapable of fulfillment, speculative, conjectural, or unenforceable under state or Federal law, or where the probability of the transaction (or exercise of the rights) occurring is shown to be extremely remote. Significantly, a person or entity that controls one or more other entities cannot use options, convertible securities, or agreements to appear to eliminate control before actually doing so. SBA will not give present effect to a person's or entity's ability to divest all or part of its ownership interest in order to avoid a finding of affiliation.[61]

c.      <u>Affiliation based on management</u>. Where the chief executive officer or president of an entity (or other officers, managing members, or partners who control the management of the entity) also controls the management of another entity, the two entities will be deemed affiliates under common control. Where a single person or entity that controls the board of directors or management of one entity also controls the board of directors or management of another entity, the two entities will be deemed affiliates under common control. Where a person or entity controls the management

---

[59] U.S. Small Bus. Admin., *Small Business Compliance Guide: A Guide to the SBA's Size Program and Affiliation Rules*, https://home.treasury.gov/system/files/271/SBA-Small-Business-Compliance.pdf (July 2020) at 9.

[60] 13 C.F.R. § 121.301(f)(1); **Exhibit 34**.

[61] 13 C.F.R. § 121.301(f)(2); **Exhibit 34**.

of another entity through a management agreement, the entities are deemed affiliated.[62]

d.    Affiliation based on identity of interest. Where there is an identity of interest between close relatives with identical or substantially identical business or economic interests (e.g., in the same or similar industry in the same geographic area), such interests are presumed to be affiliated. This presumption may be rebutted with evidence showing that the interests are separate.[63]

**D.    PPP Loan Application**

76.    To receive a PPP loan, borrows were required to complete and submit SBA Form 2483 ("PPP Loan Application").[64]

77.    The PPP Loan Application was required to be processed by a participating financial institution (i.e., the lender).[65] If a PPP loan application is approved, the lender funds the PPP loan using its own monies, which are 100% guaranteed by the SBA.[66] Data from the application, including information about the borrower, the total amount of the loan, and the listed number of employees, is transmitted by the lender to the SBA in the course of processing the loan.[67]

78.    The PPP Loan Application required the applicant identify all owners of 20% or more of the equity of the applicant.[68] For limited liability companies, PPP Loan Application instructions advise that all members owning 20% or more of the company are "owners."[69]

---

[62] 13 C.F.R. § 121.301(f)(3); **Exhibit 34**.
[63] 13 C.F.R. § 121.301(f)(4); **Exhibit 34**.
[64] SBA Form 2483.
[65] 85 FR 20811 at 20816.
[66] Id. at 20811.
[67] Id. at 20184; see also SB Form 2484.
[68] SBA Form 2483.
[69] Id. at 3.

GALLAGHER & LIPSHUTZ

79.      The PPP Loan Application also required the application identify if "the Applicant or any owner of the Applicant [is] an owner of any other business, or have common management with, any other business" and if they did to "list all such businesses and describe the relationship on a separate sheet identified as addendum A"[70]

80.      Finally, the PPP Loan Application required the applicant to expressly certify:

a.      That the applicant has "read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them";[71]

b.      That "[t]he Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule)";[72]

c.      That the applicant "employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry";[73] and

d.      That "the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to

---

[70] Id. at 1.
[71] Id. at 2
[72] Id.
[73] SBA Form 2483 at 2.

1   obtain a guaranteed loan from SBA is punishable under the law, including under 18

2   USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of

3   up to $250,000; under 15 USC 645 by imprisonment of not more than two years

4   and/or a fine of not more than $5,000; and, if submitted to a federally insured

5   institution, under 18 USC 1014 by imprisonment of not more than thirty years

6   and/or a fine of not more than $1,000,000."[74]

7   81.   Finally, the loan application requires the applicant to expressly certify that

8   "[c]urrent economic uncertainty makes this loan request necessary to support the ongoing

9   operations of the Applicant."[75]

10   82.   Absent the applicable express certifications for a PPP loan as described

11   above, the applicant is not eligible to receive PPP loan funds and the lender cannot approve

12   the loan for PPP funds.

13   83.   Each of the foregoing PPP loan application certifications is a material

14   condition to SBAs approval, guarantee and payment of any claim submitted under the PPP.

15   SBA does not review PPP loan applications for approval prior to the loan funds being

16   disbursed; instead, it relies on its lenders to comply with SBA requirements and to ensure

17   that every loan is, in fact, eligible for the PPP. The certifications are required for approval

18   of the PPP loan application and for each applicant to receive payment of PPP loan funds.

19   The certifications are critical to the SBA's and the United States' ability to ensure that only

20   qualified and eligible loans are approved and paid. Finally, the certifications are needed to

21   protect the SBA and the United States from undue risk and loss.

22   

23   _____

[74] Id.

24   [75] Id.

GALLAGHER & LIPSHUTZ

GALLAGHER & LIPSHUTZ

**E.     PPP Loan Forgiveness**

84.     To be eligible for loan forgiveness, borrowers were required to complete SBA Form 3508 or the lender equivalent ("PPP Loan Forgiveness Application").

85.     The PPP Loan Forgiveness Application required the borrower check a box "if borrower (together with affiliates, if applicable) received first draw PPP loans of $2 million or more, or second draw PPP loans of $2 million or more".[76]

86.     The PPP Loan Forgiveness Application then required borrowers expressly certify that: "The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects. I understand that knowingly making a false statement to obtain forgiveness of an SBA-guaranteed loan is punishable under the law, including 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 U.S.C. 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a Federally insured institution, under 18 U.S.C. 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000."[77]

87.     Borrowers were required to submit, to their lenders, their PPP Loan Forgiveness Applications plus documentation showing the permitted use of PPP loan proceeds and employment and payroll records for the relevant periods, together with certifications of accuracy.[78]

88.     The lender then reviewed the application and supporting documentation and

---

[76] SBA Form 3508 at 1.
[77] SBA Form 3508 at 2; SBA Form 3508-S at 1.
[78] 85 FR 38304 at 38306.

made a decision regarding loan forgiveness.[79]

89.     The lender was required to perform a good faith review of the borrower's calculations and supporting documents and work with the borrower to remedy any errors the lender identifies.[80]

90.     The lender had 60 days after it has received a complete forgiveness application to make a determination of the forgiveness amount, if any, and submit its determination and supporting documentation to the SBA.[81] Subject to any SBA review of the loan or loan application, the SBA paid the forgiveness amount, plus interest accrued through the date of payment, to the lender within 90 days after the lender submitted its determination to the SBA.[82]

91.     For their work, PPP loan lenders were entitled to receive a fixed fee from the SBA which ranged from 1% to 5% depending on the size of the loan.[83]

## VI.     DEFENDANTS' FRAUDULENT SCHEME

### A.     Affiliated Defendants Were Not Eligible for PPP Loans

92.     Relator re-alleges and incorporates the allegations of the paragraphs above as if fully set forth herein

93.     Affiliated Defendants applied for and received PPP loans through Defendant Western Alliance Bank. Affiliated Defendants were not eligible for any of these loans under any of the criteria for small businesses set forth under the CARES Act and the SBA's

---

[79] Id.
[80] Id. at 38310.
[81] Id. at 38306.
[82] Id.
[83] 85 FR 20811 at 20816.

GALLAGHER & LIPSHUTZ

regulations and guidance.

94.    As discussed above, to be eligible for a PPP loan, a business must meet one of the following tests:

a.    Together with its affiliates, it has 500 or fewer employees, regardless of their principal place of residence.

b.    Together with its affiliates, it meets the SBA employee-based size standard for the North American Industry Classification System ("NAICS") code applicable to its primary industry.

c.    Its primary industry is in NAICS category 72 (accommodations and food service) and it has, together with its affiliates, no more than 500 employees per physical location.

d.    The size of the applicant combined with its affiliates must not exceed the size standard designated for either the primary industry of the applicant alone or the primary industry of the applicant and its affiliates, which ever is higher.

e.    It has, together with its affiliates, $15 million or less of tangible net worth as of March 27, 2020, and $5 million or less of average net income after Federal income taxes (excluding carry-over losses) for the last two full fiscal years before the date of application.

95.    Businesses are defined as "affiliates" when one "concern or entity" "**owns**" or "controls or has the power to control the other, or a third party or parties controls or has the power to control both."[84] Where the chief executive officer, president, other officers, managing members, or partners who control the management of an entity, also controls the management of another entity, "the two entities will be deemed affiliates under common control."[85] Additionally, "Where there is an identity of interest between close relatives with identical or substantially identical business or economic interests… such interests are

---

[84] 13 C.F.R. § 121.301(f); see also **Exhibit 34**.

[85] Id.

presumed to be affiliated."[86]

       **1.**      **Affiliated Defendants Do Not Meet PPP Loan Eligibility Option (a) Because Together They Had Significantly Over 500 Employees**

96.    Affiliated Defendants were not eligible for PPP loans because they had over 500 employees amongst their affiliated companies and because they shared common ownership. At the time of Affiliated Defendants' PPP Loan Applications, the Herbst family, specifically the three sons of Jerry and Maryanna Herbst, Timothy Herbst, Edward Herbst and Troy Herbst and to some extent Maryanna Herbst, maintained ownership and control of Affiliated Defendants and their other affiliated companies.

97.    Affiliated Defendants were also not eligible for PPP loans because they had over 500 employees amongst their affiliated companies and because they shared common management. At the time of Affiliated Defendants' PPP Loan Applications, the Herbst family, specifically the three sons of Jerry and Maryanna Herbst, Timothy Herbst, Edward Herbst and Troy Herbst, and to some extent Maryanna Herbst, maintained management of Affiliated Defendants and their other affiliated companies through positions with Affiliated Defendants such as member, managing member, manager, President, Director and Chief Executive Officers.

98.    Affiliated Defendants were also not eligible for PPP loans because they had over 500 employees amongst their affiliated companies and because they shared an identity of interest between close relatives. At the time of Affiliated Defendants' PPP Loan Applications, the Herbst family, specifically the three sons of Jerry and Maryanna Herbst, Timothy Herbst, Edward Herbst and Troy Herbst, and to some extent Maryanna Herbst,

---

[86] Id.

maintained Affiliated Defendants and their other affiliated companies which had identical or substantially identical business or economic interests mostly surrounding gas stations convenience stores with slot machines.

99.    In the beginning of 2020, Affiliated Defendants nonetheless each submitted PPP loan applications and certified that they were eligible to receive PPP loans under the SBA rules at the time and by meeting the applicable size standard.

100.    Affiliated Defendants also certified their answers to whether they, "the Applicant or any owner of the Applicant [is] an owner of any other business, or have common management with, any other business" and if they did, to "list all such businesses and describe the relationship on a separate sheet identified as addendum A". Upon information and belief Affiliated Defendants did not list all of their affiliated companies on all of their PPP loan applications.

101.    The total number of employees Affiliated Defendants listed amongst their loan applications was 1,455, although this number is in fact higher because it does not include Affiliated Defendants other affiliated companies who did not apply for PPP loans.

102.    Between March 29 and April 29, 2020, all Affiliated Defendants were approved for PPP loans. Collectively, Affiliated Defendants were approved for $12,678,166 in PPP loans which they were ineligible for:

| COMPANY | NUMBER OF EMPLOYEES | LOAN AMOUNT | MANAGING MEMBERS / OFFICERS |
|---|---|---|---|
| Terrible Herbst, Inc. | 500 | $ 8,045,575.00[87] | **President** Timothy Herbst **Secretary** Timothy Herbst **Treasurer** Troy Herbst **Director** Maryanna Herbst[88] |

---

[87] Terrible Herbst, Inc.'s First Round PPP Data, attached as **Exhibit 35**.

[88] **Exhibit 1** at 2.

GALLAGHER & LIPSHUTZ

| | | | |
|---|---|---|---|
| JETT Gaming, LLC | 327 | $ 2,333,770.00[89] | **Manager** Tim Herbst[90] |
| ETT I, LLC | 117 | $ 478,007.00[91] | **Managing Member** Edward Jerry Herbst as Trustee of the Edward J. Herbst Trust **Managing Member** Timothy Paul Herbst as Trustee of the Timothy P. Herbst Trust **Managing Member** Troy Dederick Herbst as Trustee of the Troy D. Herbst Trust[92] |
| ETT-AZ, LLC | 11 | $ 78,415.00[93] | **Member** Edward Jerry Herbst as Trustee of the Edward J. Herbst Trust **Member** Timothy Paul Herbst as Trustee of the Timothy P. Herbst Trust **Member** Troy Dederick Herbst as Trustee of the Troy D. Herbst Trust[94] |
| ETT-CA, LLC | 17 | $ 67,540.00[95] | **Manager or Member** Edward Jerry Herbst as Trustee of the Edward J. Herbst Trust **Manager or Member** Timothy Paul Herbst as Trustee of the Timothy P. Herbst Trust **Manager or Member** Troy Dederick Herbst as Trustee of the Troy D. Herbst Trust[96] |
| Blue Diamond & Durango, LLC | 23 | $ 148,052.00[97] | **Manager** ETT I, LLC[98] |

[89] JETT Gaming, LLC's First Round PPP Data, attached as **Exhibit 36**.

[90] **Exhibit 6** at 2.

[91] ETT I, LLC's First Round PPP Data, attached as **Exhibit 37**.

[92] **Exhibit 8** at 2-3.

[93] ETT-AZ, LLC's First Round PPP Data, attached as **Exhibit 38**.

[94] **Exhibit 10** at 2.

[95] ETT-CA, LLC's First Round PPP Data, attached as **Exhibit 39**.

[96] **Exhibit 11** at 3.

[97] Blue Diamond & Durango, LLC's First Round PPP Data, attached as **Exhibit 40**.

[98] **Exhibit 12** at 2.

| | | | |
|---|---|---|---|
| Decatur & Silverado, LLC | 10 | $ 42,325.00[99] | **Manager** ETT I, LLC[100] |
| Herbst-Johns, LLC | 12 | $ 88,857.00[101] | **Managing Member** ETT I, LLC<br>**Managing Member** JPM III, LLC[102] |
| HER-COLE, LLC | 7 | $ 47,522.00[103] | **Managing Member** ETT I, LLC<br>**Managing Member** Cactus TH Partners, LLC[104] |
| HER-DEL 1, LLC | 7 | $ 39,683.00[105] | **Manager** ETT I, LLC<br>**Manager** DT C-Store Series 1, LLC[106] |
| HER-GLU 1, LLC | 9 | $ 58,750.00[107] | **Manager** ETT I, LLC[108] |
| HER-GREEN, LLC | 9 | $ 37,377.00[109] | **Manager** ETT I, LLC[110] |
| HER-LOZ 1, LLC | 9 | $ 37,657.00[111] | **Managing Member** ETT I, LLC[112] |
| HER-MOR, LLC | 13 | $ 71,430.00[113] | **Managing Manager** ETT I, LLC<br>**Managing Member** CS2018, LLC[114] |

---

[99] Decatur & Silverado, LLC's First Round PPP Data, attached as **Exhibit 41**.

[100] **Exhibit 14** at 2.

[101] Herbst-Johns, LLC's First Round PPP Data, attached as **Exhibit 42**.

[102] **Exhibit 16** at 2.

[103] HER-COLE, LLC's First Round PPP Data, attached as **Exhibit 44**.

[104] **Exhibit 17** at 2.

[105] HER-DEL 1, LLC's First Round PPP Data, attached as **Exhibit 44**.

[106] **Exhibit 18** at 2.

[107] HER-GLU 1, LLC's First Round PPP Data, attached as **Exhibit 45**.

[108] HER-GLU 1, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 46** at 2.

[109] HER-GREEN, LLC's First Round PPP Data, attached as **Exhibit 47**.

[110] **Exhibit 19** at 2.

[111] HER-LOZ 1, LLC's First Round PPP Data, attached as **Exhibit 48**.

[112] **Exhibit 20** at 2.

[113] HER-MOR, LLC's First Round PPP Data, attached as **Exhibit 49**.

[114] **Exhibit 21** at 2.

| | | | |
|---|---|---|---|
| Herbst Richardson Downtown WC, LLC | 35 | $ 207,900.00[115] | **Manager** Troy Herbst **Manager** Robb Richardson[116] |
| Herbst Richardson WC, LLC | 55 | $ 269,600.00[117] | **Manager** Troy Herbst **Manager** Robb Richardson[118] |
| Herbst Richardson WC4, LLC | 32 | $ 75,400.00[119] | **Manager** Troy Herbst **Manager** Robb Richardson[120] |
| Jean Ventures, LLC | 58 | $ 299,397.00[121] | **Manager** HHT 12, LLC    **Manager** Edward Herbst as Trustee of the Edward J. Herbst Trust    **Manager** Troy Herbst as Trustee of the Troy D. Herbst Trust    **Manager** Timothy Herbst as Trustee of the Timothy P. Herbst[122] |

//

//

---

[115] Herbst Richardson Downtown WC, LLC's First Round PPP Data, attached as **Exhibit 50**.

[116] Herbst Richardson Downtown WC, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 51** at 2.

[117] Herbst Richardson WC, LLC's First Round PPP Data, attached as **Exhibit 52**.

[118] Herbst Richardson WC, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 53** at 2.

[119] Herbst Richardson WC4, LLC's First Round PPP Data, attached as **Exhibit 54**.

[120] Herbst Richardson WC4, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 55** at 2.

[121] Jean Ventures, LLC's First Round PPP Data, attached as **Exhibit 56**.

[122] **Exhibit 22** at 2; **Exhibit 23** at 2-3.

GALLAGHER & LIPSHUTZ

| | | | |
|---|---|---|---|
| Jean Ventures-IBC, LLC | 13 | $ 110,400.00[123] | **Manager** Jean Ventures, LLC<br>    **Manager** HHT 12, LLC<br>        **Manager** Edward Herbst as Trustee of the Edward J. Herbst Trust<br>        **Manager** Troy Herbst as Trustee of the Troy D. Herbst Trust<br>        **Manager** Timothy Herbst as Trustee of the Timothy P. Herbst Trust<br>**Manager** Innovative Brand Concepts, LLC[124] |
| Cookies Bar & Grille 1, LLC | 18 | $ 90,090.00[125] | **Managing Member** Timothy P Herbst<br>**Managing Member** Jerry E Herbst<br>**Managing Member** Herman R Eminger<br>**Managing Member** Roy W Holt[126] |
| | | $ 126,400.00[127] | |
| FSP Partners, LLC | 26 | $ 147,907.00[128] | **Manager** Tim Herbst<br>**Manager** Garry V Goett[129] |
| Herbst Supply Co., Inc. | 4 | $ 63,250.00[130] | **President** Timothy P Herbst<br>**Secretary** Maryanna Herbst<br>**Treasurer** Maryanna Herbst<br>**Director** Troy D Herbst<br>**Director** Maryanna Herbst[131] |

---

[123] Jean Ventures-IBC, LLC's First Round PPP Data, attached as **Exhibit 57**.

[124] Jean Ventures-IBC, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 58** at 2

[125] Cookies Bar & Grille 1, LLC's First Round PPP Data, attached as **Exhibit 59**.

[126] Cookies Bar & Grille 1, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 60** at 2-3.

[127] Cookies Bar & Grille 1, LLC's Second Round PPP Data, attached as **Exhibit 61**.

[128] FSP Partners, LLC's First Round PPP Data, attached as **Exhibit 62**.

[129] **Exhibit 24** at 2.

[130] Herbst Supply Co., Inc.'s First Round PPP Data, attached as **Exhibit 63**.

[131] **Exhibit 25** at 2-3.

| | | | |
|---|---|---|---|
| HER-DEL 2, LLC | 11 | $ 53,690.00[132] | **Manager** Timothy P. Herbst[133] |
| JH, Inc. | 10 | $ 51,919.00[134] | **President** Timothy P Herbst **Secretary** Timothy P Herbst **Treasurer** Timothy P Herbst **Director** Timothy P Herbst[135] |
| Terrible Herbst Washington UT, LLC | 10 | $ 62,440.00[136] | **Manager** Tim Herbst **Manager** Clark Kelsey[137] |
| THNT Taverns, LLC | 18 | $ 45,460.00[138] | **Managing Member** Timothy P. Herbst Gaming Trust[139] |
| THSR Holding, LLC | 8 | $ 43,356.00[140] | **Manager** Tim Herbst **Manager** R. Scott Irvine **Manager** Darcy A Stewart[141] |
| TPC OPCO, LLC | 86 | $ 439,997.00[142] | **Manager** Tim Herbst **Manager** Rochelle M McCaw[143] |
| **TOTAL** | **1,455** | **$ 13,662,166.00** | |
| **DEFENDANTS TOTAL LOANS** | | **$ 12,678,166.00** | |

103.    Affiliated Defendants later applied for PPP loan forgiveness and each of their loans was forgiven.

//

---

[132] HER-DEL 2, LLC's First Round PPP Data, attached as **Exhibit 64**.
[133] **Exhibit 27** at 2.
[134] JH, Inc.'s First Round PPP Data, attached as **Exhibit 65**.
[135] **Exhibit 28** at 2.
[136] Terrible Herbst Washington UT, LLC's First Round PPP Data, attached as **Exhibit 66**.
[137] **Exhibit 29** at 2.
[138] THNT Taverns, LLC's First Round PPP Data, attached as **Exhibit 67**.
[139] THNT Taverns, LLC's Nevada Secretary of State Business Entity Information, attached as **Exhibit 68** at 2.
[140] THSR Holdings, LLC's First Round PPP Data, attached as **Exhibit 69**.
[141] **Exhibit 30** at 2.
[142] TPC OPCO, LLC's First Round PPP Data, attached as **Exhibit 70**.
[143] **Exhibit 31** at 2.

GALLAGHER & LIPSHUTZ

2. **Affiliated Defendants Do Not Meet PPP Loan Alternative Eligibility Options (b) and (d) Because They Are Significantly Over the NAICS Size Standards**

104.    Affiliated Defendants do not meet exemption (b) and (d) because they far exceed the SBA size standard for the NAICS code applicable to their primary industry.

105.    The size standards for the NAICS codes "are expressed either in number of employees or annual receipts in millions of dollars".[144]

106.    The NAICS codes of Affiliated Defendants are as follows:

| NAICS CODE[145] | ANNUAL RECIEPTS (in millions) | EMPLOYEES | Affiliated Defendants Claiming this Code | Total Employees |
|---|---|---|---|---|
| 447110/457110: Gasoline Stations with Convenience Stores | $36.5 | - | Terrible Herbst, Inc.<br>ETT I, LLC<br>ETT-AZ, LLC<br>ETT-CA, LLC<br>HER-DEL 1, LLC<br>HER-GREEN, LLC<br>HER-LOZ 1, LLC<br>Jean Ventures, LLC<br>FSP Partners, LLC<br>Herbst Supply Co., Inc.<br>HER-DEL 2, LLC<br>Terrible Herbst Washington UT, LLC<br>THSR Holding, LLC[146] | 787 |
| 447190/457120: Other Gasoline Stations | $33.5 | - | Herbst-Johns, LLC[147] | 12 |
| 541380: Testing Laboratories | $19.0 | - | Blue Diamond & Durango, LLC[148] | 23 |

---

[144] 13 C.F.R. § 121.201.

[145] 13 C.F.R. § 121.201.

[146] **Exhibit 35**, **Exhibit 37**, **Exhibit 38**, **Exhibit 39**, **Exhibit 44**, **Exhibit 47**, **Exhibit 48**, **Exhibit 56**, **Exhibit 62**, **Exhibit 63**, **Exhibit 64**, **Exhibit 66**, and **Exhibit 69**.

[147] **Exhibit 42**.

[148] **Exhibit 40**.

GALLAGHER & LIPSHUTZ

| | | | | |
|---|---|---|---|---|
| 551112: Offices of Other Holding Companies | $45.5 | - | HER-COLE, LLC[149] | 7 |
| 713210: Casinos (except Casino Hotels) | $34.0 | - | TPC OPCO, LLC[150] | 86 |
| 713290: Other Gambling Industries | $40.0 | - | JETT Gaming, LLC[151] | 327 |
| 722410: Drinking Places (Alcoholic Beverages) | $9.0 | - | HER-GLU 1, LLC Cookies Bar & Grille 1, LLC THNT Taverns, LLC[152] | 45 |
| 722513: Limited-Service Restaurants | $13.5 | - | Herbst Richardson Downtown WC, LLC Herbst Richardson WC, LLC Herbst Richardson Downtown WC4, LLC Jean Ventures-IBC, LLC[153] | 135 |
| 999990: Not Available | N/A | N/A | Decatur & Silverado, LLC HER-MOR, LLC[154] | 23 |

107.    Affiliated Defendants' primary industry is thus 447110/457110: Gasoline Stations with Convenience Stores. To meet exemption (b) or (d) Affiliated Defendants were required to have a combined annual revenue of $36.5 million or less. The combined annual revenue for all Affiliated Defendants far exceeded the revenue threshold for 447110/457110: Gasoline Stations with Convenience Stores as Affiliated Defendants owned and operated, among other things, over 100 gas station convenience store, slot machines in most of those

---

[149] **Exhibit 43**.

[150] **Exhibit 70**.

[151] **Exhibit 36**.

[152] **Exhibit 45**, **Exhibit 59**, and **Exhibit 67**.

[153] **Exhibit 50**, **Exhibit 52**, **Exhibit 54**, and **Exhibit 57**.

[154] **Exhibit 41**, and **Exhibit 49**.

1   gas station convenience stores and four casinos. Accordingly, Affiliated Defendants were

2   not small businesses and were thus ineligible to receive loan proceeds under the PPP.

3          **3.      Affiliated Defendants' Do Not Meet PPP Loan Alternative
                    Eligibility Option (c) Because They Are Not NAICS Code**

4          **Category 72 Entities**

5          108.    Under Test (c) NAICS Category 72 (accommodations and food service)

6   entities may still receive PPP loans if they, together with their affiliates, have no more than

7   500 employees per physical location.

8          109.    NAICS category 72 entities are those who NAICS code begins with "72". A

9   complete list of NAICS category 72 entities is as follows:

| NAICS codes | NAICS U.S. industry title |
|---|---|
| Sector 72—Accommodation and Food Services | |
| Subsector 721—Accommodation | |
| 721110 | Hotels (except Casino Hotels) and Motels |
| 721120 | Casino Hotels |
| 721191 | Bed-and-Breakfast Inns |
| 721199 | All Other Traveler Accommodation |
| 721211 | RV (Recreational Vehicle) Parks and Campgrounds |
| 721214 | Recreational and Vacation Camps (except Campgrounds) |
| 721310 | Rooming and Boarding Houses, Dormitories, and Workers' Camps |
| Subsector 722—Food Services and Drinking Places | |
| 722310 | Food Service Contractors |
| 722320 | Caterers |
| 722330 | Mobile Food Services |
| 722410 | Drinking Places (Alcoholic Beverages) |
| 722511 | Full-Service Restaurants |
| 722513 | Limited-Service Restaurants |
| 722514 | Cafeterias, Grill Buffets, and Buffets |
| 722515 | Snack and Nonalcoholic Beverage Bars[155] |

20          110.    Affiliated companies HER-GLU 1, LLC Cookies Bar & Grille 1, LLC and

21   THNT Taverns, LLC were permitted to receive PPP loans because their NAICS code,

---

[155] 13 C.F.R. § 121.201

722410: Drinking Places (Alcoholic Beverages), began with "72".

111.   Similarly, affiliated companies Herbst Richardson Downtown WC, LLC Herbst Richardson WC, LLC Herbst Richardson Downtown WC4, LLC Jean Ventures-IBC, LLC were permitted to receive PPP loans because their NAICS code, 722513: Limited-Service Restaurants, began with "72".

112.   Affiliated Defendants, on the other hand, as shown in the table in paragraph 109 above, are not NAICS Category 72 entities because their NAICS codes do not begin with "72". Rather, their NAICS codes are 447110/457110: Gasoline Stations with Convenience Stores, 447190/457120: Other Gasoline Stations, 541380: Testing Laboratories, 551112: Offices of Other Holding Companies, 713210: Casinos (except Casino Hotels), 713290: Other Gambling Industries or 999990: Not Available. Affiliated Defendants' loans therefore do not qualify for exemption (c).

### 4.   Affiliated Defendants Do Not Meet PPP Loan Alternative Eligibility Option (e) Because They Had Significantly Over $15 Million in Tangible Net Worth on March 27, 2020

113.   Finally, Affiliated Defendants do not meet exemption (e) because their tangible net worth far exceeded $15 million on March 27, 2020.

114.   Specifically, on March 27, 2020, Affiliated Defendants and their affiliated companies owned over 50 commercial properties in Nevada. The equity Affiliated Defendants and their affiliated companies had in their commercial properties and other assets greatly exceeded $15 million.

115.   Additionally, Affiliated Defendants and their affiliated companies' average net income for the two fiscal years preceding the dates of their applications greatly exceeded $5 million a year.

//

GALLAGHER & LIPSHUTZ

**B.**     **Affiliated Defendants Made False Certifications on Their PPP Loans Applications and PPP Loan Forgiveness Applications and Those Certifications Were Material to The Government's Decision to Pay**

116.    Affiliated Defendants submitted numerous false claims to the Government in the form of PPP Loan Applications. On the PPP Loan Applications, Affiliated Defendants' falsely certified that they were legitimate small business concerns when they sought loan proceeds through the PPP and that they were eligible for PPP loans under the SBA's rules in effect at the time they submitted their applications, including the affiliation rules which were in effect at that time.

117.    Affiliated Defendants also certified their answers on the PPP Loan Applications to whether they, "the Applicant or any owner of the Applicant [is] an owner of any other business, or have common management with, any other business" and if they did, to "list all such businesses and describe the relationship on a separate sheet identified as addendum A". Upon information and belief Affiliated Defendants did not list all of their affiliated companies on all of their PPP loan applications.

118.    Finally, Affiliated Defendants also falsely certified on their PPP Loan Applications that "[c]urrent economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant".

119.    When making these false certifications, Affiliated Defendants intended to and did induce the SBA to approve, distribute and forgive PPP loans to Affiliated Defendants. In doing so, Affiliated Defendants submitted false claims in the form of false certifications, which misrepresented their need, eligibility and true size of their businesses and resulted in millions of dollars in improper payments by the SBA and the Treasury. Affiliated Defendants' false claims and certifications were material to the SBA's decision to approve, distribute and forgive their PPP loans.

GALLAGHER & LIPSHUTZ

120.    Affiliated Defendants' intentional misrepresentations regarding their need, eligibility and size as small, which were contained in their certifications submitted to the SBA, were false within the meaning of the federal False Claims Act.

121.    Claims for payments submitted to the SBA, in part or in whole, which were the result of Affiliated Defendants' misrepresentations regarding their need, eligibility and size as small, were false within the meaning of the federal False Claims Act.

122.    Affiliated Defendants' misrepresentations regarding their need, eligibility and size as small caused them to be approved for loans which were void ab initio and caused the submission of claims for payment that were false when made.

123.    Affiliated Defendants' misrepresentations regarding their need, eligibility and size as small were made knowingly and with the intent to cause the submission of false claims to the SBA.

124.    The SBA approved, distributed and forgave PPP loans to Affiliated Defendants based on Affiliated Defendants' false claims, and as a result the United States has incurred and continues to incur significant damages due to Affiliated Defendants' intentional misrepresentations regarding their eligibility and size as small.

125.    By falsely certifying their eligibility to participate in the PPP and causing subsequent claims for loans to be made that Affiliated Defendants knew were ineligible for payment by the SBA, Affiliated Defendants also made, used, or caused to be made or used, false records or statements material to false or fraudulent claims, as described herein.

**C.    Defendant Western Alliance Bank Made False Certifications to the SBA That Affiliated Defendants Were Eligible for PPP Loans and Forgiveness**

126.    Defendant Western Alliance Bank and Affiliated Defendants have an extensive history of business dealings. Based upon their history, Defendant Western Alliance

47

1   Bank knew Affiliated Defendants were affiliated companies under the SBA's PPP rules and

2   that Affiliated Defendants did not qualify for any size exemptions. Additionally, from this

3   information, Defendant Western Alliance Bank knew that Affiliated Defendants did not

4   qualify for PPP loan alternative eligibility options because they were aware of their business

5   nature, income and assets.

6       127.    Defendant Western Alliance Bank acted as the lender for all of Affiliated

7   Defendants PPP loans. Defendant Western Alliance Bank processed all of Affiliated

8   Defendants PPP Loan Applications and PPP Loan Forgiveness Applications and received

9   processing fees for its efforts from the SBA. Based upon the information in Affiliated

10  Defendants' PPP Loan Applications and PPP Loan Forgiveness Applications, Defendant

11  Western Alliance Bank knew Affiliated Defendants were affiliated companies under the

12  SBA's PPP rules and regulations, knew Affiliated Defendants were ineligible for PPP loans,

13  and knew Affiliated Defendants lied about their eligibility on their PPP Loan Applications

14  and PPP Loan Forgiveness Applications.

15      128.    Despite knowledge that Affiliated Defendants were ineligible for PPP loans,

16  Defendant Western Alliance Bank rubber stamped their PPP Loan Applications and PPP

17  Loan Forgiveness Applications and certified to the SBA that Affiliated Defendants were in

18  fact eligible for PPP loans and forgiveness.

19      129.    When making these false certifications, Defendant Western Alliance Bank

20  intended to and did induce the SBA to approve, distribute and forgive PPP loans to Affiliated

21  Defendants. In doing so, Defendant Western Alliance Bank submitted false claims in the

22  form of false certifications, which misrepresented Affiliated Defendants' need, eligibility

23  and true size of their businesses and resulted in millions of dollars in improper payments by

24

GALLAGHER & LIPSHUTZ

the SBA and the Treasury. Defendant Western Alliance Bank's false claims and certifications were material to the SBA's decision to approve, distribute and forgive their PPP loans.

130.    Defendant Western Alliance Bank's intentional misrepresentations regarding Affiliated Defendants' need, eligibility and size as small, which were contained in their certifications submitted to the SBA, were false within the meaning of the federal False Claims Act.

131.    Claims for payments submitted to the SBA, in part or in whole, which were the result of Defendant Western Alliance Bank's misrepresentations regarding Affiliated Defendants' need, eligibility and size as small, were false within the meaning of the federal False Claims Act.

132.    Defendant Western Alliance Bank's misrepresentations regarding Affiliated Defendants' need, eligibility and size as small caused Affiliated Defendants' to be approved loans which were void ab initio and caused the submission of claims for payment that were false when made.

133.    Defendant Western Alliance Bank's misrepresentations regarding Affiliated Defendants' need, eligibility and size as small were made knowingly and with the intent to cause the submission of false claims to the SBA.

134.    The SBA approved, distributed and forgave PPP loans to Affiliated Defendants, and processing fees to Western Alliance Bank, based on Defendant Western Alliance Bank's false claims, and as a result the United States has incurred and continues to incur significant damages due to Defendant Western Alliance Bank's intentional misrepresentations regarding their eligibility and size as small.

135.    By falsely certifying Affiliated Defendants' eligibility to participate in the PPP and causing subsequent claims for loans and processing fees to be made that Defendant Western Alliance Bank knew were ineligible for payment by the SBA, Defendant Western Alliance Bank also made, used, or caused to be made or used, false records or statements material to false or fraudulent claims, as described herein.

## VII.    CLAIMS FOR RELIEF

### A.    First Claim for Relief

FALSE CLAIMS ACT: PRESENTING OR CAUSING A PRESENTATION OF FALSE OR FRAUDULENT CLAIMS
31 U.S.C. § 3729(a)(l)(A)

136.    Relator re-alleges and incorporates the allegations of the paragraphs above as if fully set forth herein.

137.    Defendants knowingly presented, or caused to be presented, false and fraudulent claims for payment or approval to the United States Small Business Administration including PPP Loan Applications, PPP Loan Forgiveness Applications, lender submission regarding the same and supporting documentation for PPP loans for which they were ineligible to receive.

138.    Said claims were presented with actual knowledge of their falsity, or with reckless disregard or deliberate ignorance of the fact they were false or fraudulent.

139.    The United States Government has been damaged as a result of Defendants' violations of the False Claims Act, because they have paid the false or fraudulent claims.

### B.    Second Claim for Relief

FALSE CLAIMS ACT: CAUSING FALSE STATEMENTS OR RECORDS MATERIAL TO FALSE CLAIMS TO BE MADE OR USED
31 U.S.C. § 3729(a)(l)(B)

140.    Relator re-alleges and incorporates the allegations of the paragraphs above

1    as if fully set forth herein.

2        141.    Defendants knowingly made, used, and caused to be made or used, false

3    records or statements – i.e., false statements regarding eligibility for PPP loans on PPP

4    Loan Applications, PPP Loan Forgiveness Applications and lender submission regarding

5    the same – to get PPP loans and processing fees paid and approved by the United States

6    that they were ineligible for.

7        142.    Defendants' false certifications and representations were made for the

8    purpose of receiving payment for false or fraudulent claims, and payment of the false or

9    fraudulent claims was a reasonable and foreseeable consequence of Defendants' false

10   statements and actions.

11       143.    The false certifications and representations made, and caused to be made, by

12   Defendants were material to the United States' payment of these false claims.

13       144.    Said false records or statements were made with actual knowledge of their

14   false or fraudulent nature, or with reckless disregard or deliberate ignorance of whether or

15   not they were false or fraudulent.

16       145.    The United States Government has been damaged as a result of Defendants'

17   violations of the False Claims Act because they have paid fraudulent claims.

18   **C.    Prayer for Relief**

19       WHEREFORE, the Relator prays for a jury trial and the following relief and the entry

20   of judgment against Defendants, jointly and severally, as follows:

21       i.    Award to the UNITED STATES OF AMERICA of the maximum amount

22           allowed pursuant to 31 U.S.C. § 3730 et seq. and 42 U.S.C. § 1320a-7a, et seq.;

23       ii.    Award to Relator, NEVADANS AGAINST FRAUD ON THE GOVERNMENT,

24

GALLAGHER & LIPSHUTZ

1    LLC, of the maximum amount allowed pursuant to 31 U.S.C. § 3730, and the

2    costs and expenses and reasonable attorneys' fees pursuant to 31 U.S.C. §

3    3730(d);

iii.    For an award of interest, attorneys' fees and all costs of suit; and

iv.    For such other and further relief as the Court may deem just and appropriate under

the circumstances.

DATED: December 9, 2024

GALLAGHER & LIPSHUTZ, PLLC

Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
Jeremy M. Lipshutz, MD, Esq.
Nevada Bar No. 15267
6120 S. Fort Apache Rd. #100
Las Vegas, NV 89148
*Attorneys for Relator*
*Nevadans Against Fraud*
*on the Government, LLC*

# EXHIBIT 1

**Terrible Herbst, Inc.'s Nevada Secretary of State Business Entity Information**

**ENTITY INFORMATION**

**ENTITY INFORMATION**

**Entity Name:**

TERRIBLE HERBST, INC.

**Entity Number:**

C1001-1964

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

06/08/1964

**NV Business ID:**

NV19641000837

**Termination Date:**

**Annual Report Due Date:**

6/30/2025

**Compliance Hold:**

**REGISTERED AGENT INFORMATION**

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | TIMOTHY HERBST | 5195 LAS VEGAS BLVD. SO., LAS VEGAS, NV, 89119, USA | 03/10/2019 | Active |
| Secretary | TIMOTHY HERBST | 5195 LAS VEGAS BLVD. SO., LAS VEGAS, NV, 89119, USA | 03/10/2019 | Active |
| Treasurer | TROY HERBST | 5195 LAS VEGAS BLVD. SO., LAS VEGAS, NV, 89119, USA | 03/10/2019 | Active |
| Director | MARYANNA HERBST | 5195 LAS VEGAS BLVD. SO., LAS VEGAS, NV, 89119, USA | 03/10/2019 | Active |

**Page 1 of 1, records 1 to 4 of 4**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|--------------|------|--------------|-------|
| | Authorized | 25,000 | 1.000000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**25,000**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

# EXHIBIT 2

**Terrible Herbst, Inc.'s Clark County
Fictitious Firm Name Records**

Home > FBN > Search Type FFN By Name

# FFN Name Search



| FFN Name | Terrible Herbst |
|---|---|
| Date Range | Specific Date Range |
| From Date | 01/01/2015 |
| To Date | 08/31/2024 |
| Document Types | All ✕ |

Document Type Groups

**Search**



Export to CSV

|◄ ◄ 1 ► ►|   500     1 - 332 of 332 items ⟳

| Record | First Direct Name | First Indirec... | Instrument # | Record Date | Document T... |
|---|---|---|---|---|---|
| Order | TERRIBLE HERBST | VALVOLINE LLC | 201903121003955 | 03/12/2019 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST | VALVOLINE LLC | 202402121002153 | 02/12/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #256 | 201508031112044 | 08/03/2015 | FFN RENEWAL |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #229 | 201508031112045 | 08/03/2015 | FFN RENEWAL |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #227 | 201508031112046 | 08/03/2015 | FFN RENEWAL |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #242 | 201508031112051 | 08/03/2015 | FFN RENEWAL |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #329 | 201508131112634 | 08/13/2015 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #328 | 201508131112635 | 08/13/2015 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #277 | 201603011122686 | 03/01/2016 | FFN RENEWAL |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #261 | 201604051124599 | 04/05/2016 | FFN RENEWAL |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #247 | 201604051124603 | 04/05/2016 | FFN RENEWAL |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #335 | 201606151128531 | 06/15/2016 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #336 | 201606151128532 | 06/15/2016 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #337 | 201606231128929 | 06/23/2016 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #338 | 201606231128930 | 06/23/2016 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S 331 | 201609211133380 | 09/21/2016 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S 330 | 201609211133381 | 09/21/2016 | FFN CERTIFICATE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S 332 | 201609211133382 | 09/21/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #290 | 201610131134389 | 10/13/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #332 | 201610311135075 | 10/31/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #342 | 201610311135076 | 10/31/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #280 | 201611291136209 | 11/29/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #171 | 201611291136210 | 11/29/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #232 | 201611291136211 | 11/29/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #237 | 201611291136212 | 11/29/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #238 | 201611291136213 | 11/29/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #239 | 201611291136214 | 11/29/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S | 201611291136215 | 11/29/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #3 | 201611291136216 | 11/29/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #340 | 201612131136869 | 12/13/2016 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #226 | 201703071140815 | 03/07/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #293 | 201703071140816 | 03/07/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #296 | 201703071140817 | 03/07/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #299 | 201703071140818 | 03/07/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST INC | HERBST MARKET 346 | 201703141141289 | 03/14/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST INC | HERBST MARKET 342 | 201703141141290 | 03/14/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #234 | 201704041142373 | 04/04/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #243 | 201704041142374 | 04/04/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #251 | 201704041142375 | 04/04/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #314 | 201704041142376 | 04/04/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #321 | 201704041142377 | 04/04/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #124 | 201704041142378 | 04/04/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #234 | 201705021143961 | 05/02/2017 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #293 | 201705251145162 | 05/25/2017 | | FFN CERTIFICATE |

| | | Entity Name | | | | |
|---|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #235 | 201707241147895 | 07/24/2017 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST INC | TERRIBLE'S #345 | 201708301149665 | 08/30/2017 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #118 | 201710121151725 | 10/12/2017 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #347 | 201710121151726 | 10/12/2017 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #347 | 201710121151742 | 10/12/2017 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #196 | 201710121151744 | 10/12/2017 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S ROAD HOUSE | 201802051157428 | 02/05/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #133 | 201802201158248 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #136 | 201802201158249 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #140 | 201802201158250 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #141 | 201802201158251 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #145 | 201802201158252 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #147 | 201802201158253 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #159 | 201802201158254 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #163 | 201802201158255 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #188 | 201802201158256 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #189 | 201802201158257 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #195 | 201802201158258 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #204 | 201802201158259 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #199 | 201802201158260 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #205 | 201802201158261 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #206 | 201802201158262 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #207 | 201802201158263 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #208 | 201802201158264 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #209 | 201802201158265 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #210 | 201802201158266 | 02/20/2018 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #255 | 201802201158267 | 02/20/2018 | FFN CERTIFICATE |

| | | | | | |
|---|---|---|---|---|---|
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #278 | 201802201158268 | 02/20/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #310 | 201802201158269 | 02/20/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #312 | 201802201158270 | 02/20/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #108 | 201804031160773 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #168 | 201804031160774 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #173 | 201804031160775 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #186 | 201804031160776 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #167 | 201804031160777 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #189 | 201804031160778 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #255 | 201804031160779 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #193 | 201804031160780 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #160 | 201804031160781 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #164 | 201804031160782 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #172 | 201804031160783 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #185 | 201804031160784 | 04/03/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #120 | 201805091162847 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #130 | 201805091162848 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #153 | 201805091162849 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #157 | 201805091162850 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #158 | 201805091162851 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #161 | 201805091162852 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #186 | 201805091162853 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #190 | 201805091162854 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #192 | 201805091162855 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #194 | 201805091162856 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #200 | 201805091162857 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #206 | 201805091162858 | 05/09/2018 | FFN CERTIFICATE |

| | | | | | |
|---|---|---|---|---|---|
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #236 | 201805091162859 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S LUBE #252 | 201805091162860 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #119 | 201805091162861 | 05/09/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #372 | 201806211164999 | 06/21/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #373 | 201806211165000 | 06/21/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #375 | 201806211165001 | 06/21/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #378 | 201806211165002 | 06/21/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #376 | 201806211165003 | 06/21/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #377 | 201806211165004 | 06/21/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #379 | 201806211165005 | 06/21/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #179 | 201807271166730 | 07/27/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #257 | 201807271166731 | 07/27/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | HERBST MARKET #371 | 201809101169035 | 09/10/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #106 | 201811141172080 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #129 | 201811141172081 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #177 | 201811141172082 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #184 | 201811141172083 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #203 | 201811141172084 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #212 | 201811141172085 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #213 | 201811141172086 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #214 | 201811141172087 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #215 | 201811141172088 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #217 | 201811141172089 | 11/14/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #305 | 201811271172584 | 11/27/2018 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S#382 | 201901171000894 | 01/17/2019 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #383 | 201901171000895 | 01/17/2019 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #384 | 201901171000896 | 01/17/2019 | FFN CERTIFICATE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #166 | 201903061003548 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #231 | 201903061003549 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #262 | 201903061003550 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #263 | 201903061003551 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #264 | 201903061003552 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #266 | 201903061003553 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #267 | 201903061003554 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #268 | 201903061003555 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #269 | 201903061003556 | 03/06/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #349 | 201903111003901 | 03/11/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #410 | 201904301006835 | 04/30/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #390 | 201904301006836 | 04/30/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #152 | 201906201009701 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #156 | 201906201009702 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #165 | 201906201009703 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #174 | 201906201009704 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #176 | 201906201009705 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #191 | 201906201009706 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #240 | 201906201009707 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #324 | 201906201009708 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #325 | 201906201009709 | 06/20/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #369 | 201906271010038 | 06/27/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #381 | 201906271010039 | 06/27/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #389 | 201906271010040 | 06/27/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #390 | 201906271010041 | 06/27/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #417 | 201912181018582 | 12/18/2019 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #369 | 202001081000221 | 01/08/2020 | | FFN CERTIFICATE |

| | | | | | |
|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #350 | 202002251003017 | 02/25/2020 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #344 | 202002251003018 | 02/25/2020 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC | TERRIBLE'S #381 | 202004271004915 | 04/27/2020 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #385 | 202008101010074 | 08/10/2020 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #407 | 202008231010892 | 08/23/2020 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC | TERRIBLE'S #395 | 202009111012006 | 09/11/2020 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | HERBST MARKET #415 | 202012021015714 | 12/02/2020 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | HERBST MARKET #415 | 202102121002242 | 02/12/2021 | FFN TERMINATION - BUSINESS |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S MARKET #415 | 202102121002243 | 02/12/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC | TERRIBLE'S #397 | 202107061010429 | 07/06/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC | TERRIBLE'S #394 | 202107061010430 | 07/06/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #387 | 202107191011268 | 07/19/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #327 | 202109081014140 | 09/08/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #386 | 202109091014239 | 09/09/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | CHI-CHI'S TAQUERIA | 202109141014448 | 09/14/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #428 | 202109201014664 | 09/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #429 | 202109201014665 | 09/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #430 | 202109201014666 | 09/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #431 | 202109201014667 | 09/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #432 | 202109201014668 | 09/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #433 | 202109201014669 | 09/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #387 | 202109201014670 | 09/20/2021 | FFN CHANGE OF ADDRESS |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S TRUCK PLAZA | 202109301015353 | 09/30/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #391 | 202110141015954 | 10/14/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #163 | 202111051017002 | 11/05/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S 125 | 202112201018788 | 12/20/2021 | FFN CERTIFICATE |

| | | | | | |
|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #126 | 202112201018789 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #162 | 202112201018790 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #169 | 202112201018791 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #170 | 202112201018792 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #176 | 202112201018793 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #178 | 202112201018794 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #191 | 202112201018795 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #218 | 202112201018796 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #224 | 202112201018797 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #225 | 202112201018798 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #227 | 202112201018799 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #228 | 202112201018800 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #229 | 202112201018801 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #240 | 202112201018802 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #242 | 202112201018803 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #249 | 202112201018804 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #256 | 202112201018805 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #259 | 202112201018806 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #260 | 202112201018807 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #272 | 202112201018808 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #273 | 202112201018809 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #277 | 202112201018810 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #282 | 202112201018811 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #283 | 202112201018812 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #290 | 202112201018813 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #326 | 202112201018814 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #327 | 202112201018815 | 12/20/2021 | FFN CERTIFICATE |

| | | | | | |
|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #328 | 202112201018816 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #329 | 202112201018817 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #330 | 202112201018818 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #331 | 202112201018819 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #332 | 202112201018820 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #335 | 202112201018821 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #336 | 202112201018822 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #337 | 202112201018823 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #338 | 202112201018824 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #342 | 202112201018825 | 12/20/2021 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #388 | 202201041000078 | 01/04/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #399 | 202201041000079 | 01/04/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #434 | 202201111000425 | 01/11/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #435 | 202201111000426 | 01/11/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #436 | 202201111000427 | 01/11/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #437 | 202201111000428 | 01/11/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #438 | 202201111000429 | 01/11/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #439 | 202201111000430 | 01/11/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #440 | 202201111000431 | 01/11/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #441 | 202201111000432 | 01/11/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #325 | 202201211000860 | 01/21/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #226 | 202203171003897 | 03/17/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #293 | 202203171003898 | 03/17/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #296 | 202203171003899 | 03/17/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #346 | 202203171003900 | 03/17/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #342 | 202203171003901 | 03/17/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #299 | 202203171003902 | 03/17/2022 | FFN CERTIFICATE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #426 | 202205091006405 | 05/09/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #406 | 202205101006473 | 05/10/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLES'S #4442 | 202205231007186 | 05/23/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #235 | 202207211009944 | 07/21/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #345 | 202208301011680 | 08/30/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC | TERRIBLE'S #347 | 202209091012196 | 09/09/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #196 | 202209091012197 | 09/09/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #118 | 202209091012198 | 09/09/2022 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #003 | 202302031001893 | 02/03/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #133 | 202302271003090 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #136 | 202302271003091 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #140 | 202302271003092 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #141 | 202302271003093 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #145 | 202302271003094 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #147 | 202302271003095 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #159 | 202302271003096 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #163 | 202302271003097 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #188 | 202302271003098 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #189 | 202302271003099 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #195 | 202302271003100 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #199 | 202302271003101 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #204 | 202302271003102 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #205 | 202302271003103 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #207 | 202302271003104 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #208 | 202302271003105 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #209 | 202302271003106 | 02/27/2023 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #210 | 202302271003107 | 02/27/2023 | FFN CERTIFICATE |

| | | | | | |
|---|---|---|---|---|---|
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #255 | 202302271003108 | 02/27/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #278 | 202302271003109 | 02/27/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #310 | 202302271003110 | 02/27/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #255 | 202303061003544 | 03/06/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #193 | 202303061003549 | 03/06/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #189 | 202303061003551 | 03/06/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #185 | 202303061003555 | 03/06/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #172 | 202303061003556 | 03/06/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #167 | 202303061003560 | 03/06/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #160 | 202303061003563 | 03/06/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #119 | 202304111005684 | 04/11/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #153 | 202304111005685 | 04/11/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #200 | 202304111005686 | 04/11/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #157 | 202304111005687 | 04/11/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #447 | 202305251008058 | 05/25/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #257 | 202306051008511 | 06/05/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #406 | 202306271009697 | 06/27/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #426 | 202306271009698 | 06/27/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #179 | 202307311011373 | 07/31/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #420 | 202308151012186 | 08/15/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #408 | 202308221012596 | 08/22/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #447 CAR WASH | 202309111013489 | 09/11/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | HERBST MARKET #371 | 202310031014708 | 10/03/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #444 | 202312051017569 | 12/05/2023 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #129 | 202401231001019 | 01/23/2024 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #177 | 202401231001020 | 01/23/2024 | FFN CERTIFICATE |
| [Order](#) | TERRIBLE HERBST, INC. | TERRIBLE'S #184 | 202401231001021 | | FFN CERTIFICATE |

| | | | | | |
|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #203 | 202401231001022 | 01/23/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #212 | 202401231001023 | 01/23/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #213 | 202401231001024 | 01/23/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #214 | 202401231001025 | 01/23/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #215 | 202401231001026 | 01/23/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #217 | 202401231001027 | 01/23/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #453 | 202403111003757 | 03/11/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #152 | 202407151010267 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #156 | 202407151010268 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #165 | 202407151010269 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #166 | 202407151010270 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #174 | 202407151010271 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #176 | 202407151010272 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #191 | 202407151010273 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #231 | 202407151010274 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #240 | 202407151010275 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #262 | 202407151010276 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #263 | 202407151010277 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #264 | 202407151010278 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #266 | 202407151010279 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #267 | 202407151010280 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #268 | 202407151010281 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #269 | 202407151010282 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #324 | 202407151010283 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #325 | 202407151010284 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #349 | 202407151010285 | 07/15/2024 | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #369 | 202407151010286 | 07/15/2024 | FFN CERTIFICATE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #381 | 202407151010287 | 07/15/2024 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #389 | 202407151010288 | 07/15/2024 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #390 | 202407151010289 | 07/15/2024 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRBLE'S #410 | 202407151010290 | 07/15/2024 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #390 | 202408201012080 | 08/20/2024 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #326 | 20150126100010970 | 01/26/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #162 | 20150302100032390 | 03/02/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #228 | 20150302100032520 | 03/02/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #259 | 20150302100032530 | 03/02/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #260 | 20150302100032550 | 03/02/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #170 | 20150302100032560 | 03/02/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #169 | 20150302100032570 | 03/02/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #126 | 20150302100032580 | 03/02/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #327 | 20150428100066420 | 04/28/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #272 | 20150429100067680 | 04/29/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #273 | 20150429100067810 | 04/29/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #246 | 20150429100067860 | 04/29/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S CAR WASH #246 | 20150429100067920 | 04/29/2015 | | FFN CERTIFICATE |
| Order | TERRIBLE HERBST, INC. | TERRIBLE'S #274 | 20150603100086290 | 06/03/2015 | | FFN CERTIFICATE |

| |◀ | 1 | ▶ ▶| | 500 ▼ | items per page | | 1 - 332 of 332 items | ↻ |

Acclaim Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

# EXHIBIT 3

**Terrible Herbst, Inc.'s California Secretary of State Business Entity Information**

## TERRIBLE HERBST, INC. (549669) ✕



**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | **07/22/1968** |
| *Status* | **Active** |
| *Standing - SOS* | **Good** |
| *Standing - FTB* | **Good** |
| *Standing - Agent* | **Good** |
| *Standing - VCFCF* | **Good** |
| *Formed In* | **NEVADA** |
| *Entity Type* | **Stock Corporation - Out of State - Stock** |
| *Principal Address* | **5195 LAS VEGAS BLVD SOUTH LAS VEGAS, NV 89119** |
| *Mailing Address* | **5195 LAS VEGAS BLVD SOUTH LAS VEGAS,NV89119** |
| *Statement of Info Due Date* | **07/31/2023** |
| *Agent* | **1505 Corporation C T CORPORATION SYSTEM** |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | **AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA** |
| | **GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA** |
| | **DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA** |
| | **BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA** |
| | **JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA** |
| | **JOHN MONTIJO** |

330 N BRAND BLVD,
GLENDALE, CA

**DIANA RUIZ**
330 N BRAND BLVD,
GLENDALE, CA

**SARAI MARIN**
330 N BRAND BLVD,
GLENDALE, CA

**EMANUEL JACOBO**
330 N BRAND BLVD,
GLENDALE, CA

**GLADYS AGUILERA**
330 N BRAND BLVD,
GLENDALE, CA

**VIVIAN IMPERIAL**
330 N BRAND BLVD,
GLENDALE, CA

**CARLOS PAZ**
330 N BRAND BLVD,
GLENDALE, CA

**ALBERTO DAMONTE**
330 N BRAND BLVD,
GLENDALE, CA

**PETER CAYETANO**
330 N BRAND BLVD,
GLENDALE, CA

**ELSA MONTANEZ**
330 N BRAND BLVD,
GLENDALE, CA

**XENIA PEREZ**
330 N BRAND BLVD,
GLENDALE, CA

**YESENIA CARPENTER**
330 N BRAND BLVD,
GLENDALE, CA

**JAQUELINE MEJIA**
330 N BRAND BLVD,
GLENDALE, CA



**View History**



**Request Access**

## History

Collapse All

### Statement of Information  - 7/22/2024

Amendment Type
**Statement of Information**

Control ID
**BA20241340143**

Date
**7/22/2024**

Image Download
⬇ **Download**

### Statement of Information  - 7/1/2024

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| **Statement of Information** | Annual Report Due Date | 7/31/2023 12:00:00 AM | 7/31/2025 12:00:00 AM |
| Control ID | | | |
| **BA20241231414** | | | |
| Date | | | |
| **7/1/2024** | | | |
| Image Download | | | |
| ⬇ **Download** | | | |

### System Amendment - SI Delinquency for the year of 0  - 2/16/2011

Amendment Type
**System Amendment - SI Delinquency for the year of 0**

Control ID
**LBA23128604**

Date
**2/16/2011**

### System Amendment - SI Delinquency for the year of 0  - 12/2/1994

Amendment Type
**System Amendment - SI Delinquency for the year of 0**

Control ID
**LBA23128603**

Date
**12/2/1994**

### Amendment  - 4/15/1981

## History

**Amendment Type**
Statement of Information

**Control ID**
BA20241340143

**Date**
7/22/2024

**Image Download**
⬇ **Download**

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| Statement of Information | Annual Report Due Date | 7/31/2023 12:00:00 AM | 7/31/2025 12:00:00 AM |

**Control ID**
BA20241231414

**Date**
7/1/2024

**Image Download**
⬇ **Download**

**Amendment Type**
System Amendment - SI Delinquency for the year of 0

**Control ID**
LBA23128604

**Date**
2/16/2011

**Amendment Type**
System Amendment - SI Delinquency for the year of 0

**Control ID**
LBA23128603

**Date**
12/2/1994

# History

**Amendment Type**
Statement of Information

**Control ID**
BA20241340143

**Date**
7/22/2024

**Image Download**
⎙ **Download**

| | Field Name | Changed From | Changed To |
|---|---|---|---|
| **Amendment Type**<br>Statement of Information<br><br>**Control ID**<br>BA20241231414<br><br>**Date**<br>7/1/2024<br><br>**Image Download**<br>⎙ **Download** | Annual Report Due Date | 7/31/2023 12:00:00 AM | 7/31/2025 12:00:00 AM |

**Amendment Type**
System Amendment - SI Delinquency for the year of 0

**Control ID**
LBA23128604

**Date**
2/16/2011

**Amendment Type**
System Amendment - SI Delinquency for the year of 0

**Control ID**
LBA23128603

**Date**
12/2/1994

BA20241340143

B2906-0100 07/22/2024 1:22 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20241340143

Date Filed: 7/22/2024

---

**Entity Details**

| | |
|---|---|
| Corporation Name | TERRIBLE HERBST, INC. |
| Entity No. | 0549669 |
| Formed In | NEVADA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 5195 LAS VEGAS BLVD SOUTH LAS VEGAS, NV 89119 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 5195 LAS VEGAS BLVD SOUTH LAS VEGAS, NV 89119 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ▪ Timothy P Herbst | 5195 S. LAS VEGAS BLVD LAS VEGAS, NV 89119 | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | FUEL STATION |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Timothy Herbst*

Signature

*07/22/2024*

Date

B2906-0101 07/22/2024 1:22 PM Received by California Secretary of State

# EXHIBIT 4

**Terrible Herbst, Inc.'s Arizona Secretary of State Business Entity Information**

## ENTITY INFORMATION

Search Date and Time: 6/10/2024 5:50:05 PM

### Entity Details

Entity Name:

TERRIBLE HERBST, INC.

Entity ID:

F00224970

Entity Type:

Foreign For-Profit (Business) Corporation

Entity Status:

**Active**

Formation Date:

10/12/1978

Reason for Status:

In Good Standing

Approval Date:

8/10/2018

Status Date:

5/14/2022

Original Incorporation Date:

10/12/1978

Life Period:

Perpetual

Business Type:

Other - Terrible Herbst

Last Annual Report Filed:

2024

Domicile State:

Nevada

Annual Report Due Date:

5/12/2025

Years Due:

Original Publish Date:

9/27/1978

**Statutory Agent Information**

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

4/30/2024

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Maricopa

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Director | MARYANNA HERBST | | P O BOX 93417, LAS VEGAS, NV, 89193, Clark County, USA | 1/1/2008 | 5/10/2020 |
| Treasurer | TROY HERBST | | P O BOX 93417, LAS VEGAS, NV, 89193, Clark County, USA | 12/29/2007 | 5/10/2020 |
| Secretary | TIMOTHY HERBST | | P O BOX 93417, LAS VEGAS, NV, 89193, Clark County, USA | 12/30/2007 | 5/10/2020 |
| President | TIMOTHY HERBST | | P O BOX 93417, LAS VEGAS, NV, 89193, Clark County, USA | 12/31/2007 | 5/10/2020 |

Page 1 of 1, records 1 to 4 of 4

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

**Address** 

**Attention:**

**Address:** 3800 N CENTRAL AVE STE 460, PHOENIX, AZ, 85012, USA

**County:** Maricopa

**Last Updated:** 8/10/2018

**Entity Principal Office Address**

**Attention:** Jeff Campbell

**Address:** 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**County:** Clark

**Last Updated:** 4/30/2024

Back    Return to Search

Return to Results

Document History    Name/Restructuring History

Pending Documents    Microfilm History

# EXHIBIT 5

**Terrible Herbst, Inc.'s Utah Secretary of State Business Entity Information**



**DIVISION OF CORPORATIONS AND COMMERCIAL CODE**
## BUSINESS SEARCH

## TERRIBLE HERBST, INC.

Update this Business

**Entity Number:** 12304342-0143
**Company Type:** Corporation - Foreign - Profit
**Address:** 5195 S. LAS VEGAS BLVD LAS VEGAS, NV 89119
**State of Origin:** NV
**Registered Agent:** CT CORPORATION SYSTEM
**Registered Agent Address:**
1108 E SOUTH UNION AVE
MIDVALE, UT 84047

View Management Team

Status: Active

Purchase Certificate of Existence

**Status:** Active 🟢 *as of 05/13/2021*
**Renew By:** 05/31/2025
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

History

View Filed Documents

**Registration Date:** 05/13/2021
**Last Renewed:** 04/26/2024

Additional Information

**NAICS Code: 4471 NAICS Title:** 4471-Gasoline Stations

Doing Business As

TERRIBLE'S #449
TERRIBLE'S #368
TERRIBLE'S #450
TERRIBLE'S #448

<< Back to Search Results

Business Name:

 

## Registered Principals

| Name | Type | City | Status |
|------|------|------|--------|
| TERRIBLE HERBST, INC. | Corporation | Las Vegas | Expired |
| | | | |

| Position | Name | Address | |
|----------|------|---------|---|
| Registered Agent | CT CORPORATION SYSTEM | 1108 E SOUTH UNION AVE | Midvale UT 84047 |
| President | TIMOTHY HERBST | 5195 LAS VEGAS BLVD S | Las Vegas NV 89119 |
| | | | |

If you believe there may be more principals, click here to View Filed Documents

Business Name:



State of Utah
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Corporation Registration Information Change Form**

*This form cannot be hand written.*

Receipt Number: 7341069
Amount Paid:    $15.00

Non-Refundable Processing Fee: $15.00

**Entity File Number:** 5058339-0143

Entity Name: Terrible Herbst, Inc.

*For each Yes button that you mark the question will appear below for you to fill out.*

1). Do you want to Change the Business Purpose?    ◯ Yes    ⦿ No

2). Do you want to Change the Registered Agent or the Address of the Registered Agent?    ◯ Yes    ⦿ No

**RECEIVED**

**MAY 0 2 2018**

Utah Div. of Corp. & Comm. Code

3). Do you want to Change the Principal Address of the Business Entity?    ◯ Yes    ⦿ No

4). Do you want to Add individuals to the Business Entity?    ⦿ Yes    ◯ No
4). If Yes, who do you want to Add to the Business Entity and what Position will they hold?

| | | |
|---|---|---|
| Name: Timothy Herbst | Position: | President |
| Address: 5195 Las Vegas Blvd South | City Las Vegas State NV Zip 89119 | |
| Name: | Position: | Select/Type the position here |
| Address: | City State Zip | |

5). Do you want to Remove individuals from the Business Entity?    ⦿ Yes    ◯ No
5). If Yes, who do you want to Remove from the Business Entity and what Position do they hold?

| | |
|---|---|
| Name: Jerry Herbst | Position: President |
| Name: Maryanna Herbst | Position: Secretary |
| Name: Maryanna Herbst | Position: Treasurer |

6). Do you want to Change the Address of the Business Entity's Principal(s)?    ◯ Yes    ⦿ No

Optional Inclusion of Ownership Information: This information is not required.

Is this a female owned business?    ◯ Yes    ◯ No
Is this a minority owned business?    ◯ Yes    ◯ No    If yes, please specify: Select/Type the race of the owner here

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

Under penalties of perjury and as an authorized authority, I declare that this statement of change(s), has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

Name/Title: Tim Herbst President    Signature: X _____    Date: 5-1-18

Mailing/Faxing Information: www.corporations.utah.gov/contactus.html  Division's Website: www.corporations.utah.gov
01/17

# EXHIBIT 6

**JETT Gaming, LLC's Nevada Secretary of State Business Entity Information**

Case 2:24-cv-02277-JCM-BNW   Document 1   Filed 12/09/24   Page 88 of 351

## Entity Information

### Entity Information

**Entity Name:**

JETT GAMING LLC

**Entity Number:**

E0130542009-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

03/05/2009

**NV Business ID:**

NV20091184931

**Termination Date:**

**Annual Report Due Date:**

3/31/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**  ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☑ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | TIM HERBST | 5195 LAS VEGAS BLVD. SO., LAS VEGAS, NV, 89119, USA | 03/29/2019 | Active |
| Manager | JERRY E HERBST | 5195 LAS VEGAS BLVD., SO., LAS VEGAS, NV, 89119, USA | 03/29/2019 | InActive |
| Manager | TIM HERBST | 5195 LAS VEGAS BLVD. SO., LAS VEGAS, NV, 89119, USA | 03/29/2019 | InActive |

**Page 1 of 1, records 1 to 3 of 3**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

# EXHIBIT 7

**JETT Gaming, LLC's Clark County Fictitious Firm Name Records**

# FFN Name Search

| | |
|---|---|
| FFN Name | JEtt Gaming |
| Date Range | Specific Date Range |
| From Date | 01/01/2015 |
| To Date | 08/31/2024 |
| Document Types | All ✕ |

Document Type Groups

**Search**

**Export to CSV**

| | | 1 | | | 20 ▾ | | 1 - 11 of 11 items |

| Record | First Direct Name | First Indirec... | Instrument # | Record Date | Document T... |
|---|---|---|---|---|---|
| Order | JETT GAMING | JETT GAMING LLC | 201707251148009 | 07/25/2017 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | TERRIBLE'S ROADHOUSE SEARCHLIGHT | 201511041116719 | 11/04/2015 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | TERRIBLE'S ROADHOUSE PAHRUMP | 201511041116720 | 11/04/2015 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | TERRIBLE'S ROADHOUSE JEAN | 201511041116721 | 11/04/2015 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | JETT GAMING | 201707251148009 | 07/25/2017 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | TERRIBLE'S ROADHOUSE JEAN | 202010271014134 | 10/27/2020 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | TERRIBLE'S ROADHOUSE PAHRUMP | 202010271014136 | 10/27/2020 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | TERRIBLE'S GAMING | 202203221004060 | 03/22/2022 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | GOLD STRIKE AUTO & TRUCK PLAZA | 20150108100002830 | 01/08/2015 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | NEVADA LANDING SHELL | 20150108100002840 | 01/08/2015 | FFN CERTIFICATE |
| Order | JETT GAMING LLC | TERRIBLE'S SEARCHLIGHT NUGGET | 20150501100069490 | 05/01/2015 | FFN CERTIFICATE |

| | | 1 | | | 20 ▾ | items per page | 1 - 11 of 11 items |

Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

# EXHIBIT 8

## ETT I, LLC's Nevada Secretary of State Business Entity Information

## Entity Information

### Entity Information

**Entity Name:**

ETT I, LLC

**Entity Number:**

E0540992010-6

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

11/09/2010

**NV Business ID:**

NV20101804876

**Termination Date:**

**Annual Report Due Date:**

11/30/2024

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | EDWARD JERRY HERBST AS TRUSTEE OF THE EDWARD J. HERBST TRUST | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 12/19/2019 | Active |
| Managing Member | TIMOTHY PAUL HERBST AS TRUSTEE OF THE TIMOTHY P. HERBST TRUST | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 12/19/2019 | Active |

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | TROY DEDERICK HERBST AS TRUSTEE OF THE TROY D. HERBST TRUST | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 12/19/2019 | Active |

**Page 1 of 1, records 1 to 3 of 3**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

# EXHIBIT 9

## ETT I, LLC's Clark County Fictitious Firm Name Records



Home > FBN > Search Type FFN By Name

# FFN Name Search

| FFN Name | ETT I, LLC |
|---|---|
| Date Range | Specific Date Range |
| From Date | 01/01/2015 |
| To Date | 08/31/2024 |
| Document Types | All ✕ |

Document Type Groups

Search



Export to CSV

| | 1 | | 20 | | 1 - 7 of 7 items |
|---|---|---|---|---|---|

| Record | First Direct Name | First Indirec... | Instrument # | Record Date | Document T... |
|---|---|---|---|---|---|
| Order | ETT I LLC | TERRIBLE'S #375 | 202306051008504 | 06/05/2023 | FFN CERTIFICATE |
| Order | ETT I, LLC | TERRIBLE'S #372 | 202306051008505 | 06/05/2023 | FFN CERTIFICATE |
| Order | ETT I, LLC | TERRIBLE'S #373 | 202306051008506 | 06/05/2023 | FFN CERTIFICATE |
| Order | ETT I, LLC | TERRIBLE'S #376 | 202306051008507 | 06/05/2023 | FFN CERTIFICATE |
| Order | ETT I, LLC | TERRIBLE'S #377 | 202306051008508 | 06/05/2023 | FFN CERTIFICATE |
| Order | ETT I, LLC | TERRIBLE'S #378 | 202306051008509 | 06/05/2023 | FFN CERTIFICATE |
| Order | ETT I, LLC | TERRIBLE'S #379 | 202306051008510 | 06/05/2023 | FFN CERTIFICATE |

| | 1 | | 20 | items per page | 1 - 7 of 7 items |
|---|---|---|---|---|---|

Acclaim Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

# EXHIBIT 10

**ETT-AZ, LLC's Arizona Secretary of State Business Entity Information**

# ENTITY INFORMATION

Search Date and Time: 8/29/2024 12:54:22 AM

## Entity Details

Entity Name:

ETT-AZ LLC

Entity ID:

1960503

Entity Type:

Domestic LLC

Entity Status:

**Active**

Formation Date:

3/8/2019

Reason for Status:

In Good Standing

Approval Date:

6/6/2019

Status Date:

3/8/2019

Original Incorporation Date:

3/8/2019

Life Period:

Perpetual

Business Type:

Real Estate and Rental and Leasing

Last Annual Report Filed:

Domicile State:

Arizona

Annual Report Due Date:

Years Due:

Original Publish Date:

## Statutory Agent Information

| | |
|---|---|
| Name: | MERECO INC |
| Appointed Status: | Active 6/6/2019 |
| Attention: | Lauren Merrett |
| Address: | 736 S LONGMORE STREET , CHANDLER, AZ 85224, USA |
| Agent Last Updated: | 6/6/2019 |
| E-mail: | |
| Attention: | Lauren Merrett |
| Mailing Address: | 736 S LONGMORE STREET , CHANDLER, AZ 85224, USA |
| County: | Maricopa |

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | Edward Jerry Herbst as Trustee of the Edward J. Herbst Trust | ETT-AZ LLC | 5195 S. Las Vegas Blvd, LAS VEGAS, NV, 89119, Clark County, USA | 3/11/2019 | 6/6/2019 |
| Member | Timothy Paul Herbst as Trustee of the Timothy P. Herbst Trust | ETT-AZ LLC | 5195 S. Las Vegas Blvd, LAS VEGAS, NV, 89119, Clark County, USA | 3/11/2019 | 6/6/2019 |
| Member | Troy Dederick Herbst as Trustee of th eTroy D. Herbst Trust | ETT-AZ LLC | 5195 S. Las Vegas Blvd., LAS VEGAS, NV, 89119, Clark County, USA | 3/11/2019 | 6/6/2019 |

Page 1 of 1, records 1 to 3 of 3

**Address** ⓘ

**Attention:** Lauren Merrett

**Address:** 736 S. Longmore, CHANDLER, AZ, 85224, USA

**County:** Maricopa

**Last Updated:** 6/6/2019


**Entity Principal Office Address**

**Attention:**

**Address:**

**County:**

**Last Updated:**


| Back | Return to Search |     | Document History | Name/Restructuring History |
|---|---|---|---|---|
| Return to Results |     |     | Pending Documents | Microfilm History |

# EXHIBIT 11

## ETT-CA, LLC's California Secretary of State Business Entity Information

# ETT-CA LLC (201827210037)





**Request
Certificate**

| | |
|---|---|
| *Initial Filing Date* | **09/24/2018** |
| *Status* | **Active** |
| *Standing - SOS* | **Good** |
| *Standing - FTB* | **Good** |
| *Standing - Agent* | **Good** |
| *Standing - VCFCF* | **Good** |
| *Formed In* | **CALIFORNIA** |
| *Entity Type* | **Limited Liability Company - CA** |
| *Principal Address* | **5195 LAS VEGAS BLVD SOUTH LAS VEGAS, NV 89119** |
| *Mailing Address* | **5195 LAS VEGAS BLVD SOUTH LAS VEGAS,NV89119** |
| *Statement of Info Due Date* | **09/30/2024** |
| *Agent* | **1505 Corporation C T CORPORATION SYSTEM** |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | **AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA** |
| | **GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA** |
| | **DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA** |
| | **BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA** |
| | **JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA** |

**JOHN MONTIJO**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**DIANA RUIZ**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**SARAI MARIN**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**EMANUEL JACOBO**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**GLADYS AGUILERA**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**VIVIAN IMPERIAL**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**CARLOS PAZ**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**ALBERTO DAMONTE**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**PETER CAYETANO**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**ELSA MONTANEZ**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**XENIA PEREZ**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**YESENIA CARPENTER**
**330 N BRAND BLVD, GLENDALE,**
**CA**

**JAQUELINE MEJIA**
**330 N BRAND BLVD, GLENDALE,**
**CA**



BA20220917536

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

<table>
<tr><td colspan="2">For Office Use Only</td></tr>
<tr><td colspan="2">**-FILED-**</td></tr>
<tr><td>File No.: BA20220917536</td></tr>
<tr><td>Date Filed: 9/29/2022</td></tr>
</table>

| Entity Details | |
|---|---|
| Limited Liability Company Name | ETT-CA LLC |
| Entity No. | 201827210037 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
|---|---|
| Principal Address | 5195 LAS VEGAS BLVD SOUTH<br>LAS VEGAS, NV 89119 |

**Mailing Address of LLC**

| | |
|---|---|
| Mailing Address | 5195 LAS VEGAS BLVD SOUTH<br>LAS VEGAS, NV 89119 |
| Attention | |

**Street Address of California Office of LLC**

| | |
|---|---|
| Street Address of California Office | 818 W. SEVENTH STREET<br>LOS ANGELES, CA 90017 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| Edward Jerry Herbst as Trustee of the Edward J. Herbst Trust | 5195 LAS VEGAS BLVD SOUTH<br>LAS VEGAS, NV 89119 |
| Timothy Paul Herbst as Trustee of the Timothy P. Herbst Trust | 5195 LAS VEGAS BLVD SOUTH<br>LAS VEGAS, NV 89119 |
| Troy Dederick Herbst as Trustee of the Troy D. Herbst Trust | 5195 LAS VEGAS BLVD SOUTH<br>LAS VEGAS, NV 89119 |

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | REAL ESTATE |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Timothy Herbst*

Signature

*09/29/2022*

Date

B1142-3443 09/30/2022 8:37 AM Received by California Secretary of State

# EXHIBIT 12

**Blue Diamond & Durango, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

BLUE DIAMOND & DURANGO, LLC

**Entity Number:**

E0541372010-3

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

11/09/2010

**NV Business ID:**

NV20101805187

**Termination Date:**

**Annual Report Due Date:**

11/30/2024

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | ETT I, LLC | 5195 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NV, 89119, USA | 04/28/2011 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

# EXHIBIT 13

**Blue Diamond & Durango, LLC's Clark County Fictitious Firm Name Records**

# Document Details



Instrument Number
< 201606141128467 >

Record Date
6/14/2016

Book Type
FFN - FICTITIOUS FIRM NAMES

Book/Page
0/0

Instrument #
201606141128467

Number of Pages
1

Doc Type
FFNRENEW - FFN RENEWAL

Reference #
20110531100084950

Expiration Date
6/13/2021

Business Name
TERRIBLE'S #314

Mailing Addr 1
5195 LAS VEGAS BLVD S

Mailing City
LAS VEGAS

Mailing State
NV

Mailing Zip
89119

Owner Name
BLUE DIAMOND & DURANGO, LLC

 Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

# Document Details



**Instrument Number**
< 201606141128466 >

**Record Date**
6/14/2016

**Book Type**
FFN - FICTITIOUS FIRM NAMES

**Book/Page**
0/0

**Instrument #**
201606141128466

**Number of Pages**
1

**Doc Type**
FFNRENEW - FFN RENEWAL

**Reference #**
20110531100084940

**Expiration Date**
6/13/2021

**Business Name**
TERRIBLE'S #315

**Mailing Addr 1**
5195 LAS VEGAS BLVD S

**Mailing City**
LAS VEGAS

**Mailing State**
NV

**Mailing Zip**
89119

**Owner Name**
BLUE DIAMOND & DURANGO, LLC

 Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

# EXHIBIT 14

**Decatur & Silverado, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

DECATUR & SILVERADO, LLC

**Entity Number:**

E0428462013-9

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

09/03/2013

**NV Business ID:**

NV20131524290

**Termination Date:**

**Annual Report Due Date:**

9/30/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**    ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | ETT I, LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 09/30/2015 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results

# EXHIBIT 15

**Decatur & Silverado, LLC's Clark County Fictitious Firm Name Records**

# Document Details



**Instrument Number**
‹ 202401231001028 ›

**Record Date**
1/23/2024

**Book Type**
FFN - FICTITIOUS FIRM NAMES

**Book/Page**

**Instrument #**
202401231001028

**Number of Pages**
1

**Doc Type**
FFN - FFN CERTIFICATE

**Business Type**
CORPORATION

**Assumed or Fictitious Name**
TERRIBLE'S 305

**Owner Name**
DECATUR & SILVERADO, LLC

**Mailing Address 1**
3440 W RUSSELL RD

**Mailing City**
LAS VEGAS

**Mailing State**
NEVADA

**Mailing Zip**
89119

**Mailing Country**
UNITED STATES

**Expiration Date**
1/23/2029

 Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

# EXHIBIT 16

**Herbst-Johns, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HERBST-JOHNS LLC

**Entity Number:**

E0179182015-5

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

04/10/2015

**NV Business ID:**

NV20151226116

**Termination Date:**

**Annual Report Due Date:**

4/30/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | ETT I, LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 04/10/2015 | Active |
| Managing Member | JPM III, LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 04/10/2015 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

# EXHIBIT 17

## HER-COLE, LLC's Nevada Secretary of State Business Entity Information

## Entity Information

### Entity Information

**Entity Name:**

HER-COLE LLC

**Entity Number:**

E0540722018-3

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

11/26/2018

**NV Business ID:**

NV20181848182

**Termination Date:**

**Annual Report Due Date:**

11/30/2024

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | CACTUS TH PARTNERS LLC | 5348 VEGAS DRIVE, LAS VEGAS, NV, 89108, USA | 11/26/2018 | Active |
| Managing Member | ETT I, LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 11/26/2018 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History     Name History     Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 18

**HER-DEL 1, LLC's Nevada Secretary of State Business Entity Information**

# Entity Information

## Entity Information

**Entity Name:**

HER-DEL 1 LLC

**Entity Number:**

E0247442015-0

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

05/19/2015

**NV Business ID:**

NV20151314469

**Termination Date:**

**Annual Report Due Date:**

5/31/2025

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

## Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

Chris Kemper

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 S Las Vegas Blvd, Las Vegas, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | DT C-STORE SERIES 1, LLC | 5920 S RAINBOW AVE SUITE 11, LAS VEGAS, NV, 89118, USA | 05/23/2017 | Active |
| Manager | ETT I, LLC | 5195 S. LAS VEGAS BLVD, LAS VEGAS, NV, 89119, USA | 05/23/2017 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History          Name History          Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 19

**HER-GREEN, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HER-GREEN LLC

**Entity Number:**

E0184292017-7

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

04/17/2017

**NV Business ID:**

NV20171249457

**Termination Date:**

**Annual Report Due Date:**

4/30/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | ETT I, LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 04/17/2017 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

Silver Flume Nevada's Business Portal to start/manage your business

# EXHIBIT 20

**HER-LOZ 1, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HER-LOZ 1 LLC

**Entity Number:**

E0058882017-5

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

02/06/2017

**NV Business ID:**

NV20171080330

**Termination Date:**

**Annual Report Due Date:**

2/28/2025

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | ETT I, LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 02/27/2018 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 21

**HER-MOR, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HER-MOR LLC

**Entity Number:**

E0039612018-2

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

01/24/2018

**NV Business ID:**

NV20181059323

**Termination Date:**

**Annual Report Due Date:**

1/31/2025

**Compliance Hold:**

**Series LLC:**

☐　**Restricted LLC:**　☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | ETT I, LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 01/24/2018 | Active |
| Managing Member | CS2018 LLC | 8001 ROXBURGH CASTLE AVE, LAS VEGAS, NV, 89117, USA | 01/24/2018 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 22

**Jean Ventures, LLC's Nevada Secretary of State Business Entity Information**

# Entity Information

## Entity Information

**Entity Name:**

JEAN VENTURES, LLC

**Entity Number:**

E0520252014-8

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

10/10/2014

**NV Business ID:**

NV20141639037

**Termination Date:**

**Annual Report Due Date:**

10/31/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**    ☐

## Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | HHT 12 LLC | 5195 LAS VEGAS BLVD. SO., Las Vegas, NV, 89119, USA | 03/29/2022 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 23

**HTT 12, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HHT 12 LLC

**Entity Number:**

E0157022015-1

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

03/30/2015

**NV Business ID:**

NV20151198025

**Termination Date:**

**Annual Report Due Date:**

3/31/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**    ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | EDWARD HERBST AS TRUSTEE OF THE EDWARD J. HERBST T | 5195 LAS VEGAS BLVD SOUTH, Las Vegas, NV, 89119, USA | 06/22/2023 | Active |
| Manager | TROY HERBST AS TRUSTEE OF THE TROY D. HERBST TRUS | 5195 LAS VEGAS BLVD SOUTH, Las Vegas, NV, 89119, USA | 05/13/2022 | Active |

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | TIMOTHY HERBST AS TRUSTEE OF THE TIMOTHY P. HERBST | 5195 LAS VEGAS BLVD SOUTH, Las Vegas, NV, 89119, USA | 05/13/2022 | Active |

**Page 1 of 1, records 1 to 3 of 3**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 24

**FSP Partners, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

FSP PARTNERS, L.L.C.

**Entity Number:**

E0608682013-3

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

12/18/2013

**NV Business ID:**

NV20131735158

**Termination Date:**

**Annual Report Due Date:**

12/31/2024

**Compliance Hold:**

**Series LLC:**

☐  **Restricted LLC:**  ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

GOOLD PATTERSON

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

1975 VILLAGE CENTER CIRCLE STE 140, LAS VEGAS, NV, 89134, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | TIM HERBST | 5195 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NV, 89119, USA | 12/05/2018 | Active |
| Manager | GARRY V GOETT | 11411 SOUTHERN HIGHLANDS PARKWAY SUITE 300, LAS VEGAS, NV, 89141, USA | 12/05/2018 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History    Name History    Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 25

**Herbst Supply Co., Inc.'s Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HERBST SUPPLY CO., INC.

**Entity Number:**

C1702-1965

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Active

**Formation Date:**

10/25/1965

**NV Business ID:**

NV19651001572

**Termination Date:**

**Annual Report Due Date:**

10/31/2024

**Compliance Hold:**

**Domicile Name:**

**Jurisdiction:**

California

---

## Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | TIMOTHY P HERBST | 5195 LAS VEGAS BLVD SOUTH, Las Vegas, NV, 89119, USA | 10/28/2020 | Active |
| Secretary | MARYANNA HERBST | 5195 LAS VEGAS BLVD SOUTH, Las Vegas, NV, 89119, USA | 10/28/2020 | Active |
| Treasurer | MARYANNA HERBST | 5195 LAS VEGAS BLVD SOUTH, Las Vegas, NV, 89119, USA | 10/28/2020 | Active |

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Director | MARYANNA HERBST | 5195 LAS VEGAS BLVD SOUTH, Las Vegas, NV, 89119, USA | 10/28/2020 | Active |
| Director | TROY D HERBST | 5195 LAS VEGAS BLVD SOUTH, Las Vegas, NV, 89119, USA | 10/28/2020 | Active |

**Page 1 of 1, records 1 to 5 of 5**

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|--------------|------|--------------|-------|
| | Authorized | 20,000 | 10.000000000000 |

**Page 1 of 1, records 1 to 1 of 1**

○ Unlimited Foreign Entities Only

○ No Stock Foreign Entities Only

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**200,000**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 26

## Herbst Supply Co., Inc.'s Clark County Fictitious Firm Name Records

# Document Details



Instrument Number

< 202301301001589 >

Record Date
1/30/2023

Book Type
FFN - FICTITIOUS FIRM NAMES

Book/Page

Instrument #
202301301001589

Number of Pages
1

Doc Type
FFN - FFN CERTIFICATE

Assumed or Fictitious Name
TERRIBLE'S TRANSPORTATION

Owner Name
HERBST SUPPLY CO., INC.

Mailing Address 1
5195 S LAS VEGAS BLVD

Mailing City
LAS VEGAS

Mailing State
NEVADA

Mailing Zip
89119

Expiration Date
1/30/2028

Acclaim Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

# EXHIBIT 27

**HER-DEL 2, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HER-DEL 2 LLC

**Entity Number:**

E0359972015-8

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

07/28/2015

**NV Business ID:**

NV20151449776

**Termination Date:**

**Annual Report Due Date:**

7/31/2025

**Compliance Hold:**

**Series LLC:**

☐   **Restricted LLC:**   ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | Timothy P. Herbst | 5195 S. LAS VEGAS BLVD, Las Vegas, NV, 89119, USA | 11/06/2020 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 28

**JH, Inc.'s Nevada Secretary of State Business Entity Information**

# Entity Information

## Entity Information

**Entity Name:**

JH, INC.

**Entity Number:**

C12859-2001

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

05/16/2001

**NV Business ID:**

NV20011302500

**Termination Date:**

**Annual Report Due Date:**

5/31/2025

**Compliance Hold:**

## Registered AGENT INFORMATION

### Name of Individual or Legal Entity:

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | TIMOTHY P HERBST | 5195 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV, 89119, USA | 01/24/2019 | Active |
| Secretary | TIMOTHY P HERBST | 5195 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV, 89119, USA | 01/24/2019 | Active |
| Treasurer | TIMOTHY P HERBST | 5195 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV, 89119, USA | 01/24/2019 | Active |
| Director | TIMOTHY P HERBST | 5195 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV, 89119, USA | 01/24/2019 | Active |

**Page 1 of 1, records 1 to 4 of 4**

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | | No records to view. | |

Number of No Par Value Shares:

**1000**

Total Authorized Capital:

**1,000**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 29

**Terrible Herbst Washington UT, LLC's Utah Secretary of State Business Entity Information**

## TERRIBLE HERBST WASHINGTON UT, LLC

[Update this Business]

**Entity Number:** 10457391-0160
**Company Type:** LLC - Domestic
**Address:** 159 SOUTH 400 WEST ST GEORGE, UT 84770
**State of Origin:**
**Registered Agent:** BS&C CORPORATE SERVICES, LLC
**Registered Agent Address:**
253 W ST GEORGE BOULEVARD STE 100
ST GEORGE, UT 84770

[View Management Team]

Status: Active

[Purchase Certificate of Existence]

**Status:** Active 🟢 *as of 09/24/2020*
**Renew By:** 07/31/2025
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent
renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History

[View Filed Documents]

**Registration Date:** 07/27/2017
**Last Renewed:** 08/03/2024

Additional Information

**NAICS Code:** 5311 **NAICS Title:** 5311-Lessors of Real Estate

<< Back to Search Results

Business Name:



**State of Utah**
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

# *Summary of Online Changes*



Business Name: TERRIBLE HERBST WASHINGTON UT, LLC

Entity number: 10457391-0160

Date of Filing: 8/23/18

Principal Office Address:
**Street** ................................ 159 South 400 West
**City** .................................. St. George
**State** ................................ UT
**Zip** ................................... 84770
**Country** ............................. United States

## PREVIOUS Registered Principals:

**Name** ....... Tim Herbst
**Position** ....Manager
**Address** ... 5195 Las Vegas Blvd S
              Las Vegas, NV

**Name** ....... Darcy A Stewart
**Position** ....Manager
**Address** ... 1404 W Sunriver Parkway
              STE 200
              St George, UT

**Name** ....... Darcy A Stewart
**Position** ....Registered Agent
**Address** ... 1404 W Sunriver Parkway
              STE 200
              St George, UT

## UPDATED Registered Principals:

**Name** ....... Tim Herbst
**Position** ....Manager
**Address** ... 159 South 400 West
              St. George, UT 84770 United States

**Name** ....... BS&C CORPORATE SERVICES, LLC
**Position** ....Registered Agent
**Address** ... 253 W St George Boulevard Suite 100
              St. George, UT 84770 United States

**Name** ....... Clark Kelsey
**Position** ....Manager
**Address** ... 159 South 400 West
              St. George, UT 84770 United States

Heath H. Snow , 8/23/18

Underb GRAMA {63–2–201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

 

## Registered Principals

| Name | Type | City | Status |
|------|------|------|--------|
| TERRIBLE HERBST WASHINGTON UT, LLC | Limited Liability Company | ST GEORGE | Active |
| | | | |

| Position | Name | Address | |
|----------|------|---------|---|
| Registered Agent | BS&C CORPORATE SERVICES, LLC | 253 W ST GEORGE BOULEVARD STE 100 | ST GEORGE UT 84770 |
| Manager | TIM HERBST | 159 SOUTH 400 WEST | ST GEORGE UT 84770 |
| Manager | CLARK KELSEY | 159 SOUTH 400 WEST | ST GEORGE UT 84770 |
| | | | |
| If you believe there may be more principals, click here to View Filed Documents | | | |

Business Name:



# EXHIBIT 30

**THSR Holdings, LLC's Utah Secretary of State Business Entity Information**



# THSR HOLDINGS LLC

[Update this Business]

**Entity Number:** 10330585-0160
**Company Type:** LLC - Domestic
**Address:** 1404 W Sunriver Parkway Ste 200 St George, UT 84790
**State of Origin:**
**Registered Agent:** Darcy A Stewart
**Registered Agent Address:**
1404 W Sunriver Parkway Ste 200
St George, UT 84790

[View Management Team]

## Status: Active

[Purchase Certificate of Existence]

**Status:** Active 🟢 *as of 08/28/2024*
**Renew By:** 05/31/2025
**Status Description:** License Renewal
**Employment Verification:** <u>Not</u> Registered with Verify Utah

## History

[View Filed Documents]

**Registration Date:** 05/03/2017
**Last Renewed:** 08/28/2024

## Additional Information

**NAICS Code: 5313 NAICS Title:** 5313-Activities Related to Real Estate

<< Back to Search Results

---

Name:    **NOTE:** There is a $3.00 processing fee for executive name searches.

**Search Hints, use:**

- last name, (Alexander) or
- multiple names, (Steven Alexander) or
- beginnings of names, (Steve Alex instead of Steven Alexander) or
- exact name (place quotes around exact name "Alexander A Smith")



## Registered Principals

| Name | Type | City | Status |
|------|------|------|--------|
| THSR HOLDINGS LLC | Limited Liability Company | St George | Active |
| | | | |

| Position | Name | Address | |
|----------|------|---------|---|
| Manager | Tim Herbst | 5195 Las Vegas Blvd South | Las Vegas NV 89119 |
| Manager | R. Scott Irvine | 920 W Woodoak Lane | Salt Lake City UT 84117 |
| Registered Agent | Darcy A Stewart | 1404 W Sunriver Parkway Ste 200 | St George UT 84790 |
| Manager | Darcy A Stewart | 1404 W Sunriver Parkway Ste 200 | St George UT 84790 |
| | | | |
| If you believe there may be more principals, click here to View Filed Documents | | | |

Business Name:

# EXHIBIT 31

**TPC OPCO, LLC's Nevada Secretary of State Business Entity Information**

# Entity Information

## Entity Information

**Entity Name:**

TPC OPCO, LLC

**Entity Number:**

E0056972013-0

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

02/04/2013

**NV Business ID:**

NV20131069700

**Termination Date:**

**Annual Report Due Date:**

2/28/2025

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

## Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | TIM HERBST | 5195 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV, 89101, USA | 02/28/2019 | Active |
| Manager | ROCHELLE M MCCAW | 5195 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV, 89101, USA | 02/28/2019 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History          Name History          Mergers/Conversions

Return to Search      Return to Results

# EXHIBIT 32

**Western Alliance Bank's Arizona Secretary
of State Business Entity Information**

## ENTITY INFORMATION

Search Date and Time: 10/7/2024 9:39:15 PM

### Entity Details

Entity Name:

WESTERN ALLIANCE BANK

Entity ID:

10383416

Entity Type:

Domestic For-Profit (Business) Corporation

Entity Status:

**Active**

Formation Date:

8/26/2002

Reason for Status:

In Good Standing

Approval Date:

8/1/2018

Status Date:

Original Incorporation Date:

8/26/2002

Life Period:

Perpetual

Business Type:

Other - Other - BANKING/FINANCE

Last Annual Report Filed:

2024

Domicile State:

Arizona

Annual Report Due Date:

8/26/2025

Years Due:

9/20/2002

**Statutory Agent Information**

Name:

United Agent Group Inc.

Appointed Status:

Active 7/6/2022

Attention:

Address:

3260 N. Hayden Road #210, SCOTTSDALE, AZ 85251, USA

Agent Last Updated:

7/3/2024

E-mail:

Attention:

Mailing Address:

County:

Maricopa

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Other Officer | Emily Nachlas | | 1 E. Washington St., Suite 1400, PHOENIX, AZ, 85004, Maricopa County, USA | | 2/6/2023 |
| CFO (Chief Financial Officer) | Dale Gibbons | | 1 E. Washington St., Suite 1400, PHOENIX, AZ, 85004, Maricopa County, USA | | 2/6/2023 |
| Other Officer | Dale Gibbons | | 1 E. Washington St., Suite 1400, PHOENIX, AZ, 85004, Maricopa County, USA | | 2/6/2023 |
| Secretary | Jessica Jarvi | | 1 E. Washington St., Suite 1400, PHOENIX, AZ, 85004, Maricopa County, USA | | 7/3/2024 |

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Other Officer | Jessica Jarvi | | 1 E. Washington St., Suite 1400, PHOENIX, AZ, 85004, Maricopa County, USA | | 7/3/2024 |

< Previous   ...   1   2   3   4   5   ...   Next >   Page 1 of 5, records 1 to 5 of 25

Go to Page

**Address** ❓

**Attention:**

**Address:** ONE E WASHINGTON ST STE 1400, PHOENIX, AZ, 85004, USA

**County:** Maricopa

**Last Updated:** 7/3/2024

**Entity Principal Office Address**

**Attention:**

**Address:**

**County:**

**Last Updated:**

Back   Return to Search

Return to Results

Document History   Name/Restructuring History

Pending Documents   Microfilm History

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

# EXHIBIT 33

**13 C.F.R. 121.301 (valid Mar. 27, 2020 to Sept. 7, 2021)**

Code of Federal Regulations
   Title 13. Business Credit and Assistance
      Chapter I. Small Business Administration
         Part 121. Small Business Size Regulations (Refs & Annos)
            Subpart A. Size Eligibility Provisions and Standards
               Size Eligibility Requirements for Sba Financial Assistance

This section has been updated. Click here for the updated version.

13 C.F.R. § 121.301

§ 121.301 What size standards and affiliation principles are applicable to financial assistance programs?

Effective: March 27, 2020 to September 7, 2021

<85 FR 80581 rescinded the interim final rule entitled "Express Loan Programs: Affiliation Standards", 85 FR 7622, effective March 27, 2020. For reinstatement information, and compliance information regarding loans make between March 11, 2020, and March 27, 2020, see Supplemental Information at 85 FR 80581.>

(a) For Business Loans (other than for 7(a) Business Loans for the period beginning May 5, 2009 and ending on September 30, 2010) and for Disaster Loans (other than physical disaster loans), an applicant business concern must satisfy two criteria:

(1) The size of the applicant alone (without affiliates) must not exceed the size standard designated for the industry in which the applicant is primarily engaged; and

(2) The size of the applicant combined with its affiliates must not exceed the size standard designated for either the primary industry of the applicant alone or the primary industry of the applicant and its affiliates, which ever is higher. These size standards are set forth in § 121.201.

(b) For Development Company programs and, for the period beginning May 5, 2009 and ending on September 30, 2010, for 7(a) Business Loans, an applicant must meet one of the following standards:

(1) The same standards applicable under paragraph (a) of this section; or

(2) Including its affiliates, tangible net worth not in excess of $8.5 million, and average net income after Federal income taxes (excluding any carry-over losses) for the preceding two completed fiscal years not in excess of $3.0 million. If the applicant is not required by law to pay Federal income taxes at the enterprise level, but is required to pass income through to its shareholders, partners, beneficiaries, or other equitable owners, the applicant's "net income after Federal income taxes" will be its net income reduced by an amount computed as follows:

(i) If the applicant is not required by law to pay State (and local, if any) income taxes at the enterprise level, multiply its net income by the marginal State income tax rate (or by the combined State and local income tax rates, as applicable) that would have applied if it were a taxable corporation.

(ii) Multiply the applicant's net income, less any deduction for State and local income taxes calculated under paragraph (b)(2)(i) of this section, by the marginal Federal income tax rate that would have applied if the applicant were a taxable corporation.

(iii) Sum the results obtained in paragraphs (b)(2)(i) and (b)(2)(ii) of this section.

(c) For the Small Business Investment Company (SBIC) program, an applicant must meet one of the following standards:

(1) The same standards applicable under paragraph (a) of this section; or

(2) Including its affiliates, tangible net worth not in excess of $19.5 million, and average net income after Federal income taxes (excluding any carry-over losses) for the preceding two completed fiscal years not in excess of $6.5 million. If the applicant is not required by law to pay Federal income taxes at the enterprise level, but is required to pass income through to its shareholders, partners, beneficiaries, or other equitable owners, the applicant's "net income after Federal income taxes" will be its net income reduced by an amount computed as follows:

(i) If the applicant is not required by law to pay State (and local, if any) income taxes at the enterprise level, multiply its net income by the marginal State income tax rate (or by the combined State and local income tax rates, as applicable) that would have applied if it were a taxable corporation.

(ii) Multiply the applicant's net income, less any deduction for State and local income taxes calculated under paragraph (c)(2)(i) of this section, by the marginal Federal income tax rate that would have applied if the applicant were a taxable corporation.

(iii) Add the results obtained in paragraphs (c)(2)(i) and (c)(2)(ii) of this section.

(d) For Surety Bond Guarantee assistance—a business concern, combined with its affiliates, must meet the size standard for the primary industry in which such business concern, combined with its affiliates, is engaged.

(e) The applicable size standards for purposes of SBA's financial assistance programs, excluding the Surety Bond Guarantee assistance program, are increased by 25% whenever the applicant agrees to use all of the financial assistance within a labor surplus area. Labor surplus areas are listed monthly in the Department of Labor publication "Area Trends in Employment and Unemployment."

(f) Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists. Affiliation under any of the circumstances described below is sufficient to establish affiliation for applicants for SBA's Business Loan, Disaster Loan, and Surety Bond Programs. For this rule, the Business Loan Programs consist of the 7(a) Loan Program, the Microloan Program, the Intermediary Lending Pilot Program, and the Development Company Loan Program ("504 Loan Program"). The Disaster Loan Programs consist of Physical Disaster Business Loans, Economic Injury Disaster Loans, Military Reservist Economic Injury Disaster Loans, and Immediate Disaster Assistance Program loans. The following principles apply for the Business Loan, Disaster Loan, and Surety Bond Guarantee Programs:

(1) Affiliation based on ownership. For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern. SBA will deem a minority shareholder to be in control, if that individual or entity has the ability, under the concern's charter, by-laws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders.

(2) Affiliation arising under stock options, convertible securities, and agreements to merge.

(i) In determining size, SBA considers stock options, convertible securities, and agreements to merge (including agreements in principle) to have a present effect on the power to control a concern. SBA treats such options, convertible securities, and agreements as though the rights granted have been exercised.

(ii) Agreements to open or continue negotiations towards the possibility of a merger or a sale of stock at some later date are not considered "agreements in principle" and are thus not given present effect.

(iii) Options, convertible securities, and agreements that are subject to conditions precedent which are incapable of fulfillment, speculative, conjectural, or unenforceable under state or Federal law, or where the probability of the transaction (or exercise of the rights) occurring is shown to be extremely remote, are not given present effect.

(iv) An individual, concern or other entity that controls one or more other concerns cannot use options, convertible securities, or agreements to appear to terminate such control before actually doing so. SBA will not give present effect to individuals', concerns', or other entities' ability to divest all or part of their ownership interest in order to avoid a finding of affiliation.

(3) Affiliation based on management. Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

(4) Affiliation based on identity of interest. Affiliation arises when there is an identity of interest between close relatives, as defined in 13 CFR 120.10, with identical or substantially identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area). Where SBA determines that interests should be aggregated, an individual or firm may rebut that determination with evidence showing that the interests deemed to be one are in fact separate.

(5) Affiliation based on franchise and license agreements. The restraints imposed on a franchisee or licensee by its franchise or license agreement generally will not be considered in determining whether the franchisor or licensor is affiliated with an applicant franchisee or licensee provided the applicant franchisee or licensee has the right to profit from its efforts and bears the risk of loss commensurate with ownership. SBA will only consider the franchise or license agreements of the applicant concern.

(6) Determining the concern's size. In determining the concern's size, SBA counts the receipts, employees (§ 121.201), or the alternate size standard (if applicable) of the concern whose size is at issue and all of its domestic and foreign affiliates, regardless of whether the affiliates are organized for profit.

(7) Exceptions to affiliation. For exceptions to affiliation, see 13 CFR 121.103(b).

**Credits**

[66 FR 30648, June 7, 2001; 67 FR 3056, Jan. 23, 2002; 67 FR 65290, Oct. 24, 2002; 69 FR 29204, May 21, 2004; 70 FR 69047, 69052, Nov. 14, 2005; 70 FR 72594, Dec. 6, 2005; 71 FR 62208, Oct. 24, 2006; 73 FR 41254, July 18, 2008; 74 FR 20580, May 5, 2009; 74 FR 36110, July 22, 2009; 75 FR 48550, Aug. 11, 2010; 79 FR 33669, June 12, 2014; 81 FR 3956, Jan. 25, 2016; 81 FR 41428, June 27, 2016; 85 FR 7651, Feb. 10, 2020; 85 FR 80586, Dec. 14, 2020]

SOURCE: 61 FR 3286, Jan. 31, 1996; 62 FR 11318, March 12, 1997; 63 FR 31907, June 11, 1998; 63 FR 46642, Sept. 2, 1998; 64 FR 26280, May 14, 1999; 64 FR 57370, Oct. 25, 1999; 67 FR 62337, Oct. 7, 2002; 69 FR 25266, May 5, 2004; 69 FR 29420, May 24, 2004; 70 FR 51248, Aug. 30, 2005; 70 FR 56814, Sept. 29, 2005; 70 FR 69047, 69052, Nov. 14, 2005; 73 FR 56947, Oct. 1, 2008; 74 FR 36110, July 22, 2009; 75 FR 48550, Aug. 11, 2010; 77 FR 7513, Feb. 10, 2012; 77 FR 76224, Dec. 27, 2012; 78 FR 37403, June 20, 2013; 85 FR 20821, April 15, 2020, unless otherwise noted.

AUTHORITY: 15 U.S.C. 632, 634(b)(6), 636(a)(36), 662, and 694a(9); Pub.L. 116–136, Section 1114.

---

End of Document                                            © 2024 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT 34

**Affiliation Rules Applicable to U.S. Small Business Administration Paycheck Protection Program**

April 3, 2020

## AFFILIATION RULES APPLICABLE TO U.S. SMALL BUSINESS ADMINISTRATION PAYCHECK PROTECTION PROGRAM

**Four tests for affiliation based on control apply to participants in the Paycheck Protection Program.[1]  For purposes of the determining the number of employees of an applicant to the Paycheck Protection Program, the applicant is considered together with its affiliates. Following is a summary of the applicable affiliation tests.**

Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists. Affiliation under any of the circumstances described below is sufficient to establish affiliation for applicants for the Paycheck Protection Program.

**(1) Affiliation based on ownership**. For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern. SBA will deem a minority shareholder to be in control, if that individual or entity has the ability, under the concern's charter, by-laws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders.

**(2) Affiliation arising under stock options, convertible securities, and agreements to merge**.

(a) In determining size, SBA considers stock options, convertible securities, and agreements to merge (including agreements in principle) to have a present effect on the power to control a concern. SBA treats such options, convertible securities, and agreements as though the rights granted have been exercised.

(b) Agreements to open or continue negotiations towards the possibility of a merger or a sale of stock at some later date are not considered "agreements in principle" and are thus not given present effect.

(c) Options, convertible securities, and agreements that are subject to conditions precedent which are incapable of fulfillment, speculative, conjectural, or unenforceable under state or Federal law, or where the probability of the transaction (or exercise of the rights) occurring is shown to be extremely remote, are not given present effect.

(d) An individual, concern or other entity that controls one or more other concerns cannot use options, convertible securities, or agreements to appear to terminate such control before actually doing so. SBA will not give present effect to individuals', concerns', or other entities' ability to divest all or part of their ownership interest in order to avoid a finding of affiliation.

---

[1] 13 CFR 121.301(f).

April 3, 2020

**(3) Affiliation based on management**. Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

**(4) Affiliation based on identity of interest**. Affiliation arises when there is an identity of interest between close relatives, as defined in 13 CFR 120.10, with identical or substantially, identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area). Where SBA determines that interests should be aggregated, an individual or firm may rebut that determination with evidence showing that the interests deemed to be one are in fact separate.

**Religious Exemption**.  The relationship of a faith-based organization to another organization is not considered an affiliation with the other organization if the relationship is based on a religious teaching or belief or otherwise constitutes a part of the exercise of religion.

**Waiver.**  The affiliation rules described above are waived for (1) any business concern with not more than 500 employees that, as of the date on which the loan is disbursed, is assigned a North American Industry Classification System code beginning with 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the SBA; and (3) any business concern that receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958 (15 U.S.C. 681).

# EXHIBIT 35

**Terrible Herbst, Inc.'s First Round PPP Data**



Home      U.S.      Sports      Entertainment      Life      Money      Tech

 Share 0          Post

Your life in data (/)   |   Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# TERRIBLE HERBST, INC.

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada | Terrible Herbst, Inc. | Find loans |

← Back to results page

### Business Detail

| Name | TERRIBLE HERBST, INC. |
|---|---|
| Address | 5195 LAS VEGAS BLVD. |
| City | SOUTH LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 500 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Corporation |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 9038627206 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Feb. 18, 2022 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 8,045,575.00 |
| Current Approval Amount | 8,045,575.00 |
| Payroll Proceed | 8,045,575.00 |
| Loan Forgiveness Date | Oct. 19, 2021 |
| Forgiveness Amount | 8,164,023.74 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

| More |
|---|
| You deserve to know where your money went. That's why we published PPP loan data |

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure · ✓⊘ Your Privacy Choices

     

© Copyright Gannett 2024

# EXHIBIT 36

**JETT Gaming, LLC's First Round PPP Data**



Home    U.S.    Sports    Entertainment    Life    Money    Tech

🔗 Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

**Coronavirus (COVID-19) - Paycheck Protection Program Loans**

# JETT GAMING LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | Jett Gaming, LLC | Find loans |

← Back to results page

### Business Detail

| | |
|---:|:---|
| Name | JETT GAMING LLC |
| Address | 3440 RUSSELL ROAD |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89118 |
| Rural/Urban | Urban |
| Hubzone | No |
| Labor Market Information (LMI) | No |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 327 |

| | |
|---|---|
| NAICS | 713290: Other Gambling Industries |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 5814377209 |
| Date Approved | April 27, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 22, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 2,333,770.00 |
| Current Approval Amount | 2,333,770.00 |
| Payroll Proceed | 2,333,770.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 2,360,024.91 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

| More |
|---|
| You deserve to know where your money went. That's why we published PPP loan data |

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 37

**ETT I, LLC's First Round PPP Data**



USA
TODAY

Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0        Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# ETT I, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▾ | ETT I, LLC | Find loans |

← Back to results page

## Business Detail

| Name | ETT I, LLC |
|---|---|
| Address | 5195 LAS VEGAS BLVD., SOUTH |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 117 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 6643697210 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Oct. 16, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 478,007.00 |
| Current Approval Amount | 478,007.00 |
| Payroll Proceed | 478,007.00 |
| Loan Forgiveness Date | Sept. 2, 2021 |
| Forgiveness Amount | 484,420.26 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

8/31/24, 1:49 AM
Case 2:24-cv-02277-JCM-BNW    Document 1    Filed 12/09/24    Page 206 of 351
ETT I, LLC - Nevada COVID-19 Paycheck Protection Program (PPP) Loans | usatoday.com

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure · Your Privacy Choices

     

© Copyright Gannett 2024

# EXHIBIT 38

**ETT-AZ, LLC's First Round PPP Data**



**Home**    **U.S.**    **Sports**    **Entertainment**    **Life**    **Money**    **Tech**

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# ETT-AZ LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ⌄ | ETT I, LLC | Find loans |
|---|---|---|

← Back to results page

## Business Detail

| | |
|---|---|
| Name | ETT-AZ LLC |
| Address | 5195 LAS VEGAS BLVD SOUTH |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 11 |

| NAICS | 447110: Gasoline Stations with Convenience Stores |
| --- | --- |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| Loan Number | 9622257201 |
| --- | --- |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Oct. 16, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 78,415.00 |
| Current Approval Amount | 78,415.00 |
| Payroll Proceed | 78,415.00 |
| Loan Forgiveness Date | Sept. 2, 2021 |
| Forgiveness Amount | 79,464.89 |

← Back to results page

Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger
Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-
byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus
around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the
COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county
level.
(/coronavirus-unemployment/)

---

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 39

**ETT-CA, LLC's First Round PPP Data**


**USA TODAY**

Home    U.S.    Sports    Entertainment    Life    Money    Tech

 Share 0        Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# ETT-CA

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | ETT I, LLC | Find loans |
| --- | --- | --- |

← Back to results page

### Business Detail

| Name | ETT-CA |
| --- | --- |
| Address | 5195 Las Vegas Blvd |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119-3209 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 17 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 6244847210 |
| Date Approved | April 27, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Oct. 16, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 67,540.00 |
| Current Approval Amount | 67,540.00 |
| Utilities Proceed | 2,540.00 |
| Payroll Proceed | 35,000.00 |
| Mortgage Interest Proceed | 30,000.00 |
| Loan Forgiveness Date | Sept. 2, 2021 |
| Forgiveness Amount | 68,448.04 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help  ·  Terms of Service  ·  Subscription Terms & Conditions  ·  Privacy Policy  ·  Site Map  ·

Accessibility  ·  Our Ethical Principles  ·  Responsible Disclosure  ·   Your Privacy Choices

               

© Copyright Gannett 2024

# EXHIBIT 40

**Blue Diamond & Durango, LLC's First
Round PPP Data**



| Home | U.S. | Sports | Entertainment | Life | Money | Tech |

Share 0                     Post

Your life in data (/)   |   Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# BLUE DIAMOND & DURANGO, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▾ | Blue Diamond | Find loans |

← Back to results page

## Business Detail

| Name | BLUE DIAMOND & DURANGO, LLC |
|---|---|
| Address | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89119 |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | No |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 23 |

| | |
|---|---|
| NAICS | 541380: Testing Laboratories |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 1471257305 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 21, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 148,052.00 |
| Current Approval Amount | 148,052.00 |
| Payroll Proceed | 148,052.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 149,692.91 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

| More |
|---|
| You deserve to know where your money went. That's why we published PPP loan data |

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 41

**Decatur & Silverado, LLC's First Round PPP Data**

Case 2:24-cv-02277-JCM-BNW   Document 1-19   Filed 12/09/24   Page 221 of 351



| Home | U.S. | Sports | Entertainment | Life | Money | Tech |

Share 0     Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# DECATUR & SILVERADO, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ⌄ | Decatur | Find loans |

← Back to results page

## Business Detail

| Name | DECATUR & SILVERADO, LLC |
|---|---|
| Address | 5195 LAS VEGAS BLVD. |
| City | SOUTH LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 10 |

| | |
|---|---|
| NAICS | 999990: Not Available |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 1957437300 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 21, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 42,325.00 |
| Current Approval Amount | 42,325.00 |
| Payroll Proceed | 42,325.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 42,795.28 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 42

**Herbst-Johns, LLC's First Round PPP Data**

Case 2:24-cv-02277-JCM-BNW Document 1 Filed 12/09/24 Page 225 of 351


**USA TODAY**

Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HERBST-JOHNS, LLC

> The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | Herbst-Johns, LLC | Find loans |
|---|---|---|

← Back to results page

## Business Detail

| | |
|---|---|
| Name | HERBST-JOHNS, LLC |
| Address | 5195 LAS VEGAS BLVD S |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119-3209 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Unanswered |
| Jobs Reported | 12 |

| | |
|---|---|
| NAICS | 447190: Other Gasoline Stations |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 1636707308 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 23, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 88,857.00 |
| Current Approval Amount | 88,857.00 |
| Utilities Proceed | 4,857.00 |
| Payroll Proceed | 42,000.00 |
| Mortgage Interest Proceed | 42,000.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 89,841.83 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

     

© Copyright Gannett 2024

# EXHIBIT 43

**HER-COLE, LLC's First Round PPP Data**



Home    U.S.    Sports    Entertainment    Life    Money    Tech

 Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HER-COLE LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | HER-COLE, LLC | Find loans |

← Back to results page

## Business Detail

| | |
|---|---|
| Name | HER-COLE LLC |
| Address | 5195 LAS VEGAS BLVD SOUTH, |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 7 |

| NAICS | 551112: Offices of Other Holding Companies |
|---|---|
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| Loan Number | 1990947302 |
|---|---|
| Date Approved | April 29, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 21, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 47,522.00 |
| Current Approval Amount | 47,522.00 |
| Payroll Proceed | 47,522.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 48,048.70 |

← Back to results page

Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)

## More

You deserve to know where your money went. That's why we published PPP loan data

8/31/24, 1:53 AM
Case 2:24-cv-02277-JCM-BNW    Document 1    Filed 12/09/24    Page 232 of 351
HER-COLE, LLC Nevada COVID-19 Paycheck Protection Program (PPP) Loan | usatoday.com

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

### Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

### COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

### Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

### COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

### Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)



    

© Copyright Gannett 2024

# EXHIBIT 44

**HER-DEL 1, LLC's First Round PPP Data**



Home    U.S.    Sports    Entertainment    Life    Money    Tech

 Share 0        Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HER-DEL 1 LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | HER-DEL 1, LLC | Find loans |

← Back to results page

## Business Detail

| | |
|---|---|
| Name | HER-DEL 1 LLC |
| Address | 5195 LAS VEGAS BLVD South |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119-3209 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 7 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 2530497302 |
| Date Approved | April 29, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 21, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 39,683.00 |
| Current Approval Amount | 39,683.00 |
| Utilities Proceed | 3,683.00 |
| Payroll Proceed | 18,000.00 |
| Mortgage Interest Proceed | 18,000.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 40,122.82 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

   

© Copyright Gannett 2024

# EXHIBIT 45

**HER-GLU 1, LLC's First Round PPP Data**



Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0                Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HER-GLU 1 LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ⌄ | HER-GLU, LLC | Find loans |

← Back to results page

### Business Detail

| Name | HER-GLU 1 LLC |
| --- | --- |
| Address | 5195 LAS VEGAS BLVD SOUTH |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 9 |

| | |
|---|---|
| NAICS | 722410: Drinking Places (Alcoholic Beverages) |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 2067517303 |
| Date Approved | April 29, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | June 22, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 58,750.00 |
| Current Approval Amount | 58,750.00 |
| Payroll Proceed | 58,750.00 |
| Loan Forgiveness Date | May 26, 2021 |
| Forgiveness Amount | 59,375.03 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says. (https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world. (/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine. (/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S. (/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals. (/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level. (/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure · ☑⊗ Your Privacy Choices

     

© Copyright Gannett 2024

# EXHIBIT 46

**HER-GLU 1, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HER-GLU 1 LLC

**Entity Number:**

E0461472016-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

10/21/2016

**NV Business ID:**

NV20161622787

**Termination Date:**

**Annual Report Due Date:**

10/31/2024

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**    ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | ETT I, LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 10/21/2016 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

# EXHIBIT 47

**HER-GREEN, LLC's First Round PPP Data**

8/31/24, 1:54 AM
HER-GREEN, LLC · Nevada · COVID-19 Paycheck Protection Program (PPP) Loans | usatoday.com
Case 2:24-cv-02277-JCM-BNW   Document 1   Filed 12/09/24   Page 247 of 351



Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HER-GREEN LLC

> The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada | HER-GREEN, LLC | Find loans |
|---|---|---|

← Back to results page

### Business Detail

| | |
|---|---|
| Name | HER-GREEN LLC |
| Address | 33 PAINTED FEATHER |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89135 |
| Rural/Urban | Urban |
| Hubzone | No |
| Labor Market Information (LMI) | No |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 9 |

| NAICS | 447110: Gasoline Stations with Convenience Stores |
| --- | --- |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| Loan Number | 8822477208 |
| --- | --- |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 22, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 37,377.00 |
| Current Approval Amount | 37,377.00 |
| Payroll Proceed | 37,377.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 37,792.30 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 48

**HER-LOZ 1, LLC's First Round PPP Data**

Case 2:24-cv-02277-JCM-BNW Document 1 Filed 12/09/24 Page 251 of 351


USA TODAY

Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HER-LOZ 1 LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | HER-LOZ 1, LLC | Find loans |

← Back to results page

## Business Detail

| | |
|---|---|
| Name | HER-LOZ 1 LLC |
| Address | 5195 LAS VEGAS BLVD., SOUTH |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 9 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 8233667208 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 21, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 37,657.00 |
| Current Approval Amount | 37,657.00 |
| Payroll Proceed | 37,657.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 38,074.37 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 49

**HER-MOR, LLC's First Round PPP Data**



| | Home | U.S. | Sports | Entertainment | Life | Money | Tech |

Share 0     Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HER-MOR LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | HER-MOR, LLC | Find loans |

← Back to results page

## Business Detail

| | |
|---|---|
| Name | HER-MOR LLC |
| Address | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89119 |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | No |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 13 |

| NAICS | 999990: Not Available |
|---|---|
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| Loan Number | 1982887308 |
|---|---|
| Date Approved | April 29, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 22, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 71,430.00 |
| Current Approval Amount | 71,430.00 |
| Payroll Proceed | 71,430.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 72,223.67 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

| More |
|---|

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure · ✓☒ Your Privacy Choices

     

© Copyright Gannett 2024

# EXHIBIT 50

**Herbst Richardson Downtown WC, LLC's First Round PPP Data**



Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0        Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HERBST RICHARDSON DOWNTOWN WC, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada | Herbst Richardson | Find loans |
|--------|-------------------|------------|

← Back to results page

### Business Detail

| Name | HERBST RICHARDSON DOWNTOWN WC, LLC |
|------|-------------------------------------|
| Address | 3440 W RUSSELL RD |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89118-2495 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | No |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 35 |

| NAICS | 722513: Limited-Service Restaurants |
| --- | --- |
| Business Type | Corporation |
| Race/Ethnicity | Unanswered |
| Gender | Male Owned |
| Veteran | Non-Veteran |

## Loan Detail

| | |
| --- | --- |
| Loan Number | 2905607110 |
| Date Approved | April 11, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | June 17, 2021 |
| Term | 24 Months |
| Lender | Meadows Bank |
| Initial Approval Amount | 207,900.00 |
| Current Approval Amount | 207,900.00 |
| Utilities Proceed | 12,500.00 |
| Payroll Proceed | 129,600.00 |
| Rent Proceed | 45,900.00 |
| Health Care Proceed | 3,500.00 |
| Debt Interest Proceed | 16,400.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 210,178.36 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

More

---

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

---

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

---

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

---

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

---

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

---

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

8/31/24, 1:51 AM
HERBST RICHARDSON DOWNTOWN WC,LLC. | Nevada COVID-19 Paycheck Protection Program (PPP) Loans | usatoday.com

Case 2:24-cr-02277-JCM-BNW   Document 1   Filed 12/09/24   Page 262 of 351

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 51

**Herbst Richardson Downtown WC, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HERBST RICHARDSON DOWNTOWN WC, LLC

**Entity Number:**

E0202952016-9

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

05/04/2016

**NV Business ID:**

NV20161264140

**Termination Date:**

**Annual Report Due Date:**

5/31/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**    ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

JEFFERY A. BENDAVID, ESQ.

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20141120496

**Office or Position:**

**Jurisdiction:**

**Street Address:**

630 S FOURTH ST, LAS VEGAS, NV, 89101, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | ROBB RICHARDSON | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 06/03/2019 | Active |
| Manager | TROY HERBST | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 06/03/2019 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 52

**Herbst Richardson WC, LLC's First Round PPP Data**

Case 2:24-cv-02277-JCM-BNW    Document 1-1    Filed 12/09/24    Page 268 of 351



Home    U.S.    Sports    Entertainment    Life    Money    Tech

 Share 0         Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HERBST RICHARDSON WC, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ⌄ | Herbst Richardson | Find loans |

← Back to results page

## Business Detail

| Name | HERBST RICHARDSON WC, LLC |
| --- | --- |
| Address | 3440 W RUSSELL RD |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89118-2495 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | No |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 55 |

| | |
|---|---|
| NAICS | 722513: Limited-Service Restaurants |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Male Owned |
| Veteran | Non-Veteran |

## Loan Detail

| | |
|---|---|
| Loan Number | 2870777103 |
| Date Approved | April 11, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | June 17, 2021 |
| Term | 24 Months |
| Lender | Meadows Bank |
| Initial Approval Amount | 269,600.00 |
| Current Approval Amount | 269,600.00 |
| Utilities Proceed | 6,100.00 |
| Payroll Proceed | 198,100.00 |
| Rent Proceed | 41,600.00 |
| Health Care Proceed | 16,600.00 |
| Debt Interest Proceed | 7,200.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 272,554.52 |

← Back to results page

Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)

---

More

---

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says. (https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

---

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world. (/coronavirus/)

---

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine. (/covid-19-vaccine-tracker/)

---

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S. (/coronavirus-curve/)

---

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals. (/covid-19-hospital-capacity/)

---

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level. (/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

      

© Copyright Gannett 2024

# EXHIBIT 53

**Herbst Richardson WC, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HERBST RICHARDSON WC, LLC

**Entity Number:**

E0160012014-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

03/26/2014

**NV Business ID:**

NV20141211596

**Termination Date:**

**Annual Report Due Date:**

3/31/2025

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | ROBB RICHARDSON | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 03/29/2019 | Active |
| Manager | TROY HERBST | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 03/29/2019 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

# EXHIBIT 54

**Herbst Richardson WC4, LLC's First Round PPP Data**



Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HERBST RICHARDSON WC4, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada | Herbst Richardson | Find loans |

← Back to results page

### Business Detail

| Name | HERBST RICHARDSON WC4, LLC |
|---|---|
| Address | 3440 W RUSSELL RD |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89118-2495 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | No |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 32 |

| | |
|---|---|
| NAICS | 722513: Limited-Service Restaurants |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Male Owned |
| Veteran | Non-Veteran |

## Loan Detail

| | |
|---|---|
| Loan Number | 2947927110 |
| Date Approved | April 11, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | June 19, 2021 |
| Term | 24 Months |
| Lender | Meadows Bank |
| Initial Approval Amount | 75,400.00 |
| Current Approval Amount | 75,400.00 |
| Payroll Proceed | 56,550.00 |
| Rent Proceed | 9,425.00 |
| Debt Interest Proceed | 9,425.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 76,197.38 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·

Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 55

**Herbst Richardson WC4, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

HERBST RICHARDSON WC4, LLC

**Entity Number:**

E1370012019-2

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

09/03/2019

**NV Business ID:**

NV20191558995

**Termination Date:**

**Annual Report Due Date:**

9/30/2025

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**    ☐

### Registered AGENT INFORMATION

Case 2:24-cv-02277-JCM-BNW    Document 1    Filed 12/09/24    Page 283 of 351

**Name of Individual or Legal Entity:**

Chris Kemper

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 S Las Vegas Blvd, Las Vegas, NV, 89119, USA

**Mailing Address:**

---

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | Troy Herbst | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 10/10/2019 | Active |
| Manager | Robb Richardson | 5195 S. Las Vegas Blvd, Las Vegas, NV, 89119, USA | 10/10/2019 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History          Name History          Mergers/Conversions

8/29/24, 3:22 PM
Case 2:24-cv-02277-JCM-BNW   Document 1   Filed 12/09/24   Page 284 of 351
Silver Flume Nevada's Business Portal to start/manage your business

Return to Search          Return to Results

# EXHIBIT 56

**Jean Ventures, LLC's First Round PPP Data**

Case 2:24-cv-02277-JCM-BNW   Document 1   Filed 12/09/24   Page 286 of 351



**Home**    **U.S.**    **Sports**    **Entertainment**    **Life**    **Money**    **Tech**

 Share 0          Post

Your life in data (/)   |   Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# JEAN VENTURES, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ⌄ | Jean Ventures, LLC | Find loans |

← Back to results page

## Business Detail

| Name | JEAN VENTURES, LLC |
|---|---|
| Address | 5195 LAS VEGAS BLVD., SOUTH |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 58 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 9779817201 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Sept. 24, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 299,397.00 |
| Current Approval Amount | 299,397.00 |
| Payroll Proceed | 299,397.00 |
| Loan Forgiveness Date | Aug. 26, 2021 |
| Forgiveness Amount | 303,364.01 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger
Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-
byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus
around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the
COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county
level.
(/coronavirus-unemployment/)

---

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 57

**Jean Ventures-IBC, LLC's First Round PPP Data**



Home U.S. Sports Entertainment Life Money Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# JEAN VENTURES-IBC LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada | Jean Ventures, LLC | Find loans |
| --- | --- | --- |

← Back to results page

## Business Detail

| Name | JEAN VENTURES-IBC LLC |
| --- | --- |
| Address | 3440 W RUSSELL RD |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89118-2495 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | No |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 13 |

|  | |
| --- | --- |
| NAICS | 722513: Limited-Service Restaurants |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

|  | |
| --- | --- |
| Loan Number | 2935487101 |
| Date Approved | April 11, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | May 18, 2021 |
| Term | 24 Months |
| Lender | Meadows Bank |
| Initial Approval Amount | 110,400.00 |
| Current Approval Amount | 110,400.00 |
| Payroll Proceed | 82,800.00 |
| Rent Proceed | 13,800.00 |
| Debt Interest Proceed | 13,800.00 |
| Loan Forgiveness Date | April 26, 2021 |
| Forgiveness Amount | 111,440.48 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure · Your Privacy Choices

     

© Copyright Gannett 2024

# EXHIBIT 58

**Jean Ventures-IBC, LLC's Nevada Secretary
of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

JEAN VENTURES-IBC LLC

**Entity Number:**

E0292992018-3

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

06/18/2018

**NV Business ID:**

NV20181435896

**Termination Date:**

**Annual Report Due Date:**

6/30/2025

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | JEAN VENTURES LLC | 5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA | 06/18/2018 | Active |
| Manager | INNOVATIVE BRAND CONCEPTS, LLC | 9301 CANYON CLASSIC DRIVE, LAS VEGAS, NV, 89144, USA | 06/18/2018 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History          Name History          Mergers/Conversions

Return to Search        Return to Results

# EXHIBIT 59

**Cookies Bar & Grille 1, LLC's First Round PPP Data**


USA
TODAY

Home    U.S.    Sports    Entertainment    Life    Money    Tech

 Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# COOKIES BAR & GRILL 1 LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | Cookies Bar | Find loans |
|---|---|---|

← Back to results page

### Business Detail

| Name | COOKIES BAR & GRILL 1 LLC |
|---|---|
| Address | 3440 RUSSELL ROAD |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89118 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | No |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 18 |

| NAICS | 722410: Drinking Places (Alcoholic Beverages) |
|---|---|
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| Loan Number | 9949177203 |
|---|---|
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | June 24, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 90,090.00 |
| Current Approval Amount | 90,090.00 |
| Payroll Proceed | 90,090.00 |
| Loan Forgiveness Date | May 25, 2021 |
| Forgiveness Amount | 91,050.96 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

| More |
|---|

You deserve to know where your money went. That's why we published PPP loan data

8/31/24, 1:49 AM

Case 2:24-cv-02273-JCM-BNW  Document 1  Filed 12/09/24  Page 301 of 351
COOKIES BAR & GRILL 1-LLC - Nevada COVID-19 Paycheck Protection Program (PPP) Loans - usatoday.com

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 60

**Cookies Bar & Grille 1, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

COOKIES BAR & GRILL 1 LLC

**Entity Number:**

E0353122012-8

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

07/02/2012

**NV Business ID:**

NV20121414825

**Termination Date:**

**Annual Report Due Date:**

7/31/2025

**Compliance Hold:**

**Series LLC:**

☐ **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

CHRIS KEMPER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121434273

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☑ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | Timothy P Herbst | 5195 S. Las Vegas Blvd., Las Vegas, NV, 89119, USA | 07/30/2019 | Active |
| Managing Member | JERRY E HERBST | 5195 S. LAS VEGAS BLVD, LAS VEGAS, NV, 89119, USA | 07/30/2019 | InActive |
| Managing Member | HERMAN R EMINGER | 8981 W SAHARA #230, LAS VEGAS, NV, 89117, USA | 05/11/2018 | InActive |

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | ROY W HOLT | 3450 W CHEYENNE #400, NORTH LAS VEGAS, NV, 89032, USA | 05/11/2018 | InActive |

**Page 1 of 1, records 1 to 4 of 4**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

# EXHIBIT 61

**Cookies Bar & Grille 1, LLC's Second Round PPP Data**



Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# COOKIES BAR & GRILL 1 LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | Cookies Bar | Find loans |
|---|---|---|

← Back to results page

## Business Detail

| | |
|---:|---|
| Name | COOKIES BAR & GRILL 1 LLC |
| Address | 3440 W Russell Rd |
| City | Las Vegas |
| State | Nevada |
| ZIP Code | 89118-2495 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | No |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 15 |

| NAICS | 722511: Full-Service Restaurants |
|---|---|
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 2447158703 |
| Date Approved | March 29, 2021 |
| Loan Status | Paid in Full |
| Loan Status Date | Nov. 13, 2021 |
| Term | 60 Months |
| Lender | Bank of George |
| Initial Approval Amount | 126,400.00 |
| Current Approval Amount | 126,400.00 |
| Utilities Proceed | 1.00 |
| Payroll Proceed | 126,398.00 |
| Loan Forgiveness Date | Oct. 27, 2021 |
| Forgiveness Amount | 127,112.76 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help  ·  Terms of Service  ·  Subscription Terms & Conditions  ·  Privacy Policy  ·  Site Map  ·
Accessibility  ·  Our Ethical Principles  ·  Responsible Disclosure  ·  Your Privacy Choices

        

© Copyright Gannett 2024

# EXHIBIT 62

**FSP Partners, LLC's First Round PPP Data**

Case 2:24-cv-02877-JCM-BNW   Document 1   Filed 12/09/24   Page 312 of 351


USA TODAY

Home    U.S.    Sports    Entertainment    Life    Money    Tech

 Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# FSP PARTNERS, L.L.C.

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▾ | FSP Partners, LLC | Find loans |

← Back to results page

## Business Detail

| | |
|---|---|
| Name | FSP PARTNERS, L.L.C. |
| Address | 5195 LAS VEGAS BLVD S. |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119-3209 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 26 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 2576897310 |
| Date Approved | April 29, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Oct. 16, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 147,907.00 |
| Current Approval Amount | 147,907.00 |
| Utilities Proceed | 5,908.00 |
| Payroll Proceed | 69,999.00 |
| Mortgage Interest Proceed | 72,000.00 |
| Loan Forgiveness Date | Sept. 2, 2021 |
| Forgiveness Amount | 149,891.42 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

      

© Copyright Gannett 2024

# EXHIBIT 63

**Herbst Supply Co., Inc.'s First Round PPP Data**


## USA TODAY

Home     U.S.     Sports     Entertainment     Life     Money     Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HERBST SUPPLY CO., INC.

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | Herbst Supply Co., Inc. | Find loans |
|----------|-------------------------|------------|

← Back to results page

## Business Detail

| | |
|---|---|
| Name | HERBST SUPPLY CO., INC. |
| Address | 5195 LAS VEGAS BLVD., SOUTH |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 4 |

| | |
|---:|:---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Corporation |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---:|:---|
| Loan Number | 6480777204 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Nov. 19, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 63,250.00 |
| Current Approval Amount | 63,250.00 |
| Payroll Proceed | 63,250.00 |
| Loan Forgiveness Date | Aug. 27, 2021 |
| Forgiveness Amount | 35,718.04 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 64

**HER-DEL 2, LLC's First Round PPP Data**



| Home | U.S. | Sports | Entertainment | Life | Money | Tech |

 Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# HER-DEL 2 LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada | HER-DEL 2, LLC | Find loans |

← Back to results page

## Business Detail

| | |
|---|---|
| Name | HER-DEL 2 LLC |
| Address | 5195 LAS VEGAS BLVD S |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89118 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 11 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 9926927200 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | June 24, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 53,690.00 |
| Current Approval Amount | 53,690.00 |
| Payroll Proceed | 53,690.00 |
| Loan Forgiveness Date | May 26, 2021 |
| Forgiveness Amount | 54,261.20 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

---

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure · ✅❌ Your Privacy Choices

     

© Copyright Gannett 2024

# EXHIBIT 65

**JH, Inc.'s First Round PPP Data**

8/31/24, 1:56 AM
Coronavirus (COVID-19) - Nevada COVID-19 Paycheck Protection Program (PPP) Loans | usatoday.com
Case 2:24-cv-02277-JCM-BNW   Document 1   Filed 12/09/24   Page 325 of 351


**USA TODAY**

Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# JH, INC.

> The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | JH, Inc. | Find loans |
|---|---|---|

← Back to results page

## Business Detail

| | |
|---|---|
| Name | JH, INC. |
| Address | 5195 Las Vegas Blvd, S |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119-3209 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 10 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Corporation |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 2520957305 |
| Date Approved | April 29, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Oct. 16, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 51,919.00 |
| Current Approval Amount | 51,919.00 |
| Utilities Proceed | 1,919.00 |
| Payroll Proceed | 24,000.00 |
| Mortgage Interest Proceed | 26,000.00 |
| Loan Forgiveness Date | Sept. 2, 2021 |
| Forgiveness Amount | 52,614.14 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

   

© Copyright Gannett 2024

# EXHIBIT 66

**Terrible Herbst Washington UT, LLC's First Round PPP Data**

8/31/24, 1:56 AM   TERRIBLE HERBST WASHINGTON UT, LLC—Nevada COVID-19 Paycheck Protection Program (PPP) loans | usatoday.com

Case 2:24-cv-02273-JCM-BNW   Document 1   Filed 12/09/24   Page 330 of 351



USA TODAY

Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# TERRIBLE HERBST WASHINGTON UT, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | Terrible Herbst Washington UT, LLC | Find loans |

← Back to results page

### Business Detail

| | |
|---|---|
| Name | TERRIBLE HERBST WASHINGTON UT, LLC |
| Address | 5195 LAS VEGAS BLVD., SOUTH |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 10 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 8628877206 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Oct. 16, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 62,440.00 |
| Current Approval Amount | 62,440.00 |
| Payroll Proceed | 62,440.00 |
| Loan Forgiveness Date | Sept. 2, 2021 |
| Forgiveness Amount | 63,277.74 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

    

© Copyright Gannett 2024

# EXHIBIT 67

**THNT Taverns, LLC's First Round PPP Data**


USA TODAY

Home     U.S.     Sports     Entertainment     Life     Money     Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# THNT TAVERNS LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▾ | THNT Taverns, LLC | Find loans |

← Back to results page

## Business Detail

| | |
|---|---|
| Name | THNT TAVERNS LLC |
| Address | 3440 Russell Road |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89118 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | No |
| Business Age Description | New Business or 2 years or less |
| Jobs Reported | 18 |

| | |
|---:|:---|
| NAICS | 722410: Drinking Places (Alcoholic Beverages) |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---:|:---|
| Loan Number | 1503407308 |
| Date Approved | April 28, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 22, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 45,460.00 |
| Current Approval Amount | 45,460.00 |
| Payroll Proceed | 40,300.00 |
| Rent Proceed | 5,160.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 45,966.37 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

   

© Copyright Gannett 2024

# EXHIBIT 68

**THNT Taverns, LLC's Nevada Secretary of State Business Entity Information**

## Entity Information

### Entity Information

**Entity Name:**

THNT TAVERNS LLC

**Entity Number:**

E2648292019-7

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

11/04/2019

**NV Business ID:**

NV20191627359

**Termination Date:**

**Annual Report Due Date:**

11/30/2024

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:**    ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

Chris Kemper

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5195 S Las Vegas Blvd, Las Vegas, NV, 89119, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | Timothy P. Herbst Gaming Trust | 3440 W. Russell Rd., Las Vegas, NV, 89118, USA | 11/09/2020 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

# EXHIBIT 69

**THSR Holdings, LLC's First Round PPP Data**


**USA TODAY**

Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0        Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# THSR HOLDINGS LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

### Search Paycheck Protection Program Loans

| Nevada ⌄ | THSR Holding, LLC | Find loans |
|---|---|---|

← Back to results page

### Business Detail

| | |
|---|---|
| Name | THSR HOLDINGS LLC |
| Address | 5195 Las Vegas Blvd. |
| City | LAS VEGAS |
| State | Nevada |
| ZIP Code | 89119-3209 |
| Rural/Urban | Urban |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 8 |

| | |
|---|---|
| NAICS | 447110: Gasoline Stations with Convenience Stores |
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 2140337305 |
| Date Approved | April 29, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | July 22, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 43,356.00 |
| Current Approval Amount | 43,356.00 |
| Utilities Proceed | 3,356.00 |
| Payroll Proceed | 20,000.00 |
| Mortgage Interest Proceed | 20,000.00 |
| Loan Forgiveness Date | June 11, 2021 |
| Forgiveness Amount | 43,835.32 |

← Back to results page

Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)

## More

Case 2:24-cv-02237-JCM-BNW - Document 1 - Filed 12/09/24 - Page 345 of 351

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.

(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.

(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.

(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.

(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.

(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.

(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

     

© Copyright Gannett 2024

# EXHIBIT 70

**TPC OPCO, LLC's First Round PPP Data**



Home    U.S.    Sports    Entertainment    Life    Money    Tech

Share 0          Post

Your life in data (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

Coronavirus (COVID-19) - Paycheck Protection Program Loans

# TPC OPCO, LLC

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in Nevada received funds.

## Search Paycheck Protection Program Loans

| Nevada ▼ | TPC OPCO, LLC | Find loans |

← Back to results page

## Business Detail

| Name | TPC OPCO, LLC |
| --- | --- |
| Address | 1750 PAHRUMP VALLEY BLVD |
| City | PAHRUMP |
| State | Nevada |
| ZIP Code | 89048-5615 |
| Rural/Urban | Rural |
| Hubzone | Yes |
| Labor Market Information (LMI) | Yes |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 86 |

| NAICS | 713210: Casinos (except Casino Hotels) |
|---|---|
| Business Type | Limited Liability Company(LLC) |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | 6201237204 |
| Date Approved | April 27, 2020 |
| Loan Status | Paid in Full |
| Loan Status Date | Oct. 16, 2021 |
| Term | 24 Months |
| Lender | Western Alliance Bank |
| Initial Approval Amount | 439,997.00 |
| Current Approval Amount | 439,997.00 |
| Utilities Proceed | 46,000.00 |
| Payroll Proceed | 365,116.00 |
| Health Care Proceed | 28,881.00 |
| Loan Forgiveness Date | Sept. 2, 2021 |
| Forgiveness Amount | 445,900.29 |

← Back to results page

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

## More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·
Accessibility · Our Ethical Principles · Responsible Disclosure ·  Your Privacy Choices

     

© Copyright Gannett 2024