John Delikanakis, Esq.
Nevada Bar No. 5928
SNELL & WILMER L.L.P.
1700 S Pavillion Center Dr. Ste 700
Las Vegas, NV 89135
Telephone:	(702) 784-5200
Facsimile:	(702) 784-5252
jdelikanakis@swlaw.com

Sam C. Neel, Esq.
Nicole Redmond, Esq.
(*Pro Hac Vice Forthcoming*)
SNELL & WILMER L.L.P.
2001 K Street NW, Suite 425 North
Washington, DC 20006
Telephone:	(202) 908-4260
Facsimile:	(202) 925-5956
sneel@swlaw.com
nredmond@swlaw.com

*Attorneys for Defendant Western Alliance Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, NEVADANS AGAINST FRAUD ON THE GOVERNMENT, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TERRIBLE HERBST, INC., a Nevada Corporation, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-02277-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR TERRIBLE HERBST DEFENDANTS' REPLY AND WESTERN ALLIANCE BANK'S RESPONSE TO COMPLAINT (First Request)** |

# STIPULATION TO EXTEND DEADLINES FOR TERRIBLE HERBST DEFENDANTS' REPLY AND WESTERN ALLIANCE BANK'S RESPONSE TO COMPLAINT

**(First Request)**

On November 24, 2025, Defendants Terrible Herbst, Inc., JETT Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC, HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1, LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC (collectively, "Terrible Herbst Defendants") filed a Motion to Dismiss Relator Nevadans Against Fraud on the Government, LLC's ("Relator") Complaint (ECF No. 35). Pursuant to LR IA 6-1, Terrible Herbst Defendants, Relator, and Defendant Western Alliance Bank ("WAB"; together with Terrible Herbst Defendants and Relator, the "Parties"), by and through their respective counsel, hereby stipulate to extend Terrible Herbst Defendants' deadline to file a reply in support of their Motion to Dismiss to January 9, 2026, and to extend WAB's deadline to respond to the Complaint by answer or motion to January 9, 2026. This is the first stipulation for an extension of time in this matter.

## RECITALS

WHEREAS, on December 9, 2024, Relator filed a sealed Complaint (ECF No. 1);

WHEREAS, on September 23, 2025, the Court ordered that the Complaint be unsealed and served upon the defendants (ECF No. 10);

WHEREAS, on November 24, 2025, Terrible Herbst Defendants filed a Motion to Dismiss Relator's Complaint (ECF No. 35);

WHEREAS, on December 5, 2025, Relator filed an Opposition to Terrible Herbst Defendants' Motion to Dismiss Relator's Complaint (ECF No. 39 ["Opposition"]), addressing Terrible Herbst Defendants' arguments regarding the allegations in the operative Complaint and attaching as Exhibit 1 a Proposed First Amended Complaint (ECF No. 39-1);

WHEREAS, the current deadline for Terrible Herbst Defendants to reply to the Opposition is December 12, 2025;

WHEREAS, the current deadline for WAB to respond to the Complaint is December 15, 2025;

WHEREAS, the Parties agree that good cause exists to extend Terrible Herbst Defendants' deadline to file a reply in support of their Motion to Dismiss Relator's Complaint to January 9, 2026, so that their reply may address both Relator's arguments as to the operative Complaint and the allegations in the Proposed First Amended Complaint in a single, consolidated filing, promoting judicial economy;

WHEREAS, the Parties agree, subject to the approval of the Court, that good cause exists to extend WAB's deadline to respond to the Complaint by answer or motion to January 9, 2026, so that WAB may address both the operative Complaint and the allegations in the Proposed First Amended Complaint in one filing, avoiding the potential for duplicative briefing; and

WHEREAS, this is the first stipulation for an extension of time in this case.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED that, subject to the approval of the Court, Terrible Herbst Defendants' deadline to file a reply in support of their Motion to Dismiss Relator's Complaint shall be extended to and include January 9, 2026.

IT IS FURTHER STIPULATED that, subject to the approval of the Court, WAB's deadline to respond to the Complaint by answer or motion shall be extended to and include January 9, 2026.

**IT IS SO STIPULATED.**

DATED:  December 16, 2025        **FOLEY & LARDNER LLP**
Thomas F. Carlucci

*/s/ Thomas F. Carlucci*
Thomas F. Carlucci

*Attorneys for Terrible Herbst, Inc., JETT Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC, HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1, LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC*

DATED:  December 16, 2025        **GALLAGHER & LIPSHUTZ, PLLC**
Jeremy M. Lipshutz

*/s/ Kathleen H. Gallagher*
Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
Jeremy M. Lipshutz, MD, Esq.
Nevada Bar No. 15267
6120 S. Fort Apache Rd. #100
Las Vegas, NV 89148

*Attorneys for Relator*

DATED: December 16, 2025                          **SNELL & WILMER, L.L.P.**
                                                  John Delikanakis


                                                  */s/ John Delikanakis*
                                                  John Delikanakis, Esq.
                                                  Nevada Bar No. 5928
                                                  SNELL & WILMER L.L.P.
                                                  1700 S Pavillion Center Dr. Ste 700
                                                  Las Vegas, NV 89135

                                                  Sam C. Neel, Esq.
                                                  Nicole Redmond, Esq.
                                                  *(Pro Hac Vice Forthcoming)*
                                                  SNELL & WILMER L.L.P.
                                                  2001 K Street NW, Suite 425 North
                                                  Washington, DC 20006

                                                  *Attorneys for Western Alliance Bank*



                                                  **IT IS SO ORDERED:**


                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE

                                                  DATED:  December 18, 2025

---

STIPULATION TO EXTEND DEADLINES FOR TERRIBLE HERBST DEFENDANTS'
REPLY AND WESTERN ALLIANCE BANK'S RESPONSE TO COMPLAINT
- 5 -                         Case No. 2:24-cv-02277-JCM-BNW

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December, 2025, a true and correct copy of **STIPULATION TO EXTEND DEADLINES FOR TERRIBLE HERBST DEFENDANTS' REPLY AND WESTERN ALLIANCE BANK'S RESPONSE TO COMPLAINT (First Request)** was served on all counsel of record for Relator via the CM/ECF system.

        */s/ John Delikanakis*
        John Delikanakis