PETER S. CHRISTIANSEN, Nevada Bar No. 5254
   pete@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 S. 7th STREET
LAS VEGAS, NV 89101
TELEPHONE: (702) 240-7979
FACSIMILE: (866) 412-6992

THOMAS F. CARLUCCI, Nevada Bar No. 3208
   tcarlucci@foley.com
**FOLEY & LARDNER LLP**
ONE MARKET PLAZA
55 SPEAR STREET TOWER
SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

Attorneys for Defendants Terrible Herbst, Inc., JETT Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC, HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1, LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, NEVADANS AGAINST FRAUD ON THE GOVERNMENT, LLC, a Nevada Limited Liability Company,<br><br>        Plaintiffs,<br><br>   v.<br><br>TERRIBLE HERBST, INC., a Nevada Corporation, *et al.*,<br><br>        Defendants. | Case No. 2:24-cv-02277-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINES FOR TERRIBLE HERBST DEFENDANTS' REPLY AND WESTERN ALLIANCE BANK'S RESPONSE TO COMPLAINT**<br>**(First Request)** |

# STIPULATION TO EXTEND DEADLINES FOR TERRIBLE HERBST DEFENDANTS' REPLY AND WESTERN ALLIANCE BANK'S RESPONSE TO COMPLAINT

**(First Request)**

On November 24, 2025, Defendants Terrible Herbst, Inc., JETT Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC, HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1, LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC (collectively, "Terrible Herbst Defendants") filed a Motion to Dismiss Relator Nevadans Against Fraud on the Government, LLC's ("Relator") Complaint (ECF No. 35). Pursuant to LR IA 6-1, Terrible Herbst Defendants, Relator, and Defendant Western Alliance Bank ("WAB"; together with Terrible Herbst Defendants and Relator, the "Parties"), by and through their respective counsel, hereby stipulate to extend Terrible Herbst Defendants' deadline to file a reply in support of their Motion to Dismiss to January 9, 2026, and to extend WAB's deadline to respond to the Complaint by answer or motion to January 9, 2026. This is the first stipulation for an extension of time in this matter.

## RECITALS

WHEREAS, on December 9, 2024, Relator filed a sealed Complaint (ECF No. 1);

WHEREAS, on September 23, 2025, the Court ordered that the Complaint be unsealed and served upon the defendants (ECF No. 10);

WHEREAS, on November 24, 2025, Terrible Herbst Defendants filed a Motion to Dismiss Relator's Complaint (ECF No. 35);

WHEREAS, on December 5, 2025, Relator filed an Opposition to Terrible Herbst Defendants' Motion to Dismiss Relator's Complaint (ECF No. 39 ["Opposition"]), addressing Terrible Herbst Defendants' arguments regarding the allegations in the operative Complaint and attaching as Exhibit 1 a Proposed First Amended Complaint (ECF No. 39-1);

1  WHEREAS, the current deadline for Terrible Herbst Defendants to reply to the Opposition is December 12, 2025;

WHEREAS, the current deadline for WAB to respond to the Complaint is December 15, 2025;

WHEREAS, the Parties agree that good cause exists to extend Terrible Herbst Defendants' deadline to file a reply in support of their Motion to Dismiss Relator's Complaint to January 9, 2026, so that their reply may address both Relator's arguments as to the operative Complaint and the allegations in the Proposed First Amended Complaint in a single, consolidated filing, promoting judicial economy;

WHEREAS, the Parties agree, subject to the approval of the Court, that good cause exists to extend WAB's deadline to respond to the Complaint by answer or motion to January 9, 2026, so that WAB may address both the operative Complaint and the allegations in the Proposed First Amended Complaint in one filing, avoiding the potential for duplicative briefing; and

WHEREAS, this is the first stipulation for an extension of time in this case.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED that, subject to the approval of the Court, Terrible Herbst Defendants' deadline to file a reply in support of their Motion to Dismiss Relator's Complaint shall be extended to and include January 9, 2026.

IT IS FURTHER STIPULATED that, subject to the approval of the Court, WAB's deadline to respond to the Complaint by answer or motion shall be extended to and include January 9, 2026.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: December 11, 2025 | **FOLEY & LARDNER LLP** |
| | | Thomas F. Carlucci |
| 2 | | |
| 3 | | |
| 4 | | */s/ Thomas F. Carlucci* |
| | | Thomas F. Carlucci |
| 5 | | |
| | | Attorneys for Terrible Herbst, Inc., JETT Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC, HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1, LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC |
| 12 | DATED: December 11, 2025 | **GALLAGHER & LIPSHUTZ, PLLC** |
| | | Jeremy M. Lipshutz |
| | | |
| | | */s/ Kathleen H. Gallagher* |
| | | Kathleen H. Gallagher, Esq. |
| | | Nevada Bar No. 15043 |
| | | Jeremy M. Lipshutz, MD, Esq. |
| | | Nevada Bar No. 15267 |
| | | 6120 S. Fort Apache Rd. #100 |
| | | Las Vegas, NV 89148 |
| | | |
| | | Attorneys for Relator |

DATED:  December 11, 2025                    **SNELL & WILMER, L.L.P.**
                                             John Delikanakis

                                                  */s/ John Delikanakis*
                                                  John Delikanakis, Esq.
                                             Nevada Bar No. 5928
                                             SNELL & WILMER L.L.P.
                                             1700 S Pavillion Center Dr. Ste 700
                                             Las Vegas, NV 89135

                                             Sam C. Neel, Esq.
                                             Nicole Redmond, Esq.
                                             *(Pro Hac Vice Forthcoming)*
                                             SNELL & WILMER L.L.P.
                                             2001 K Street NW, Suite 425 North
                                             Washington, DC 20006

                                             Attorneys for Western Alliance Bank


                          IT IS SO ORDERED:

                          *[signature: James C. Mahan]*
                          UNITED STATES DISTRICT JUDGE

                          DATED: January 12, 2026

---

STIPULATION TO EXTEND DEADLINES FOR TERRIBLE HERBST DEFENDANTS' REPLY AND WESTERN ALLIANCE BANK'S RESPONSE TO COMPLAINT
- 5 -                        Case No. 2:24-cv-02277-JCM-BNW

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December, 2025, a true and correct copy of **STIPULATION TO EXTEND DEADLINES FOR TERRIBLE HERBST DEFENDANTS' REPLY AND WESTERN ALLIANCE BANK'S RESPONSE TO COMPLAINT** (**First Request**) was served on all counsel of record for Relator via the CM/ECF system.

/s/ *Thomas F. Carlucci*
Thomas F. Carlucci