1   PETER S. CHRISTIANSEN, Nevada Bar No. 5254
        pete@christiansenlaw.com
2   **CHRISTIANSEN TRIAL LAWYERS**
3   710 S. 7th STREET
    LAS VEGAS, NV 89101
4   TELEPHONE:   (702) 240-7979
    FACSIMILE:    (866) 412-6992
5
6   THOMAS F. CARLUCCI, Nevada Bar No. 3208
        tcarlucci@foley.com
7   **FOLEY & LARDNER LLP**
    ONE MARKET PLAZA
8   55 SPEAR STREET TOWER
    SUITE 1900
9   SAN FRANCISCO, CA 94105
    TELEPHONE:  (415) 434-4484
10  FACSIMILE:   (415) 434-4507

11  Attorneys for Defendants Terrible Herbst, Inc., JETT
12  Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA,
    LLC, Blue Diamond & Durango, LLC, Decatur &
13  Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC,
    HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1,
14  LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12
    LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-
15  DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT,
16  LLC, THSR Holdings, LLC, and TPC OPCO, LLC

17              **UNITED STATES DISTRICT COURT**

18                    **DISTRICT OF NEVADA**

19
20  UNITED STATES OF AMERICA, *ex rel.*,     Case No. 2:24-cv-02277-JCM-BNW
    NEVADANS AGAINST FRAUD ON THE
21  GOVERNMENT, LLC, a Nevada Limited       **TERRIBLE HERBST DEFENDANTS'**
    Liability Company,                       **UNOPPOSED MOTION TO EXCEED**
                                             **PAGE LIMIT FOR ITS REPLY IN**
22                Plaintiffs,                **SUPPORT OF ITS MOTION TO**
                                             **DISMISS**
23          v.
                                             *[Filed concurrently with supporting*
24  TERRIBLE HERBST, INC., a Nevada         *Declaration of Thomas Carlucci]*
    Corporation, *et al.*,
25
                  Defendants.
26
27
28
    TERRIBLE HERBST DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT
                  FOR REPLY ISO MTD RELATOR'S COMPLAINT
                                - 1 -            Case No. 2:24-cv-02277-JCM-BNW

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to L.R. 7-3, Defendants Terrible Herbst, Inc., JETT Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC, HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1, LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC (collectively, the "Terrible Herbst Defendants") respectfully move for leave to exceed the page limit for Terrible Herbst Defendants' reply in support of their Motion to Dismiss Nevadans Against Fraud on the Government's ("Relator") Complaint by five pages, for a total of seventeen pages. Relator does not oppose this Motion. This unopposed Motion is based on this Notice of Motion and Motion and the concurrently-filed Declaration of Thomas F. Carlucci.

## I.    INTRODUCTION

On November 24, 2025, Terrible Herbst Defendants filed a Motion to Dismiss Relator's Complaint (ECF No. 35, "Motion to Dismiss"). On December 5, 2025, Relator filed an Opposition to Terrible Herbst Defendants' Motion to Dismiss Relator's Complaint (ECF No. 39, "Opposition"), addressing Terrible Herbst Defendants' arguments regarding the allegations in the operative Complaint. In addition to responding to the arguments directed to the operative Complaint, Relator's Opposition attached as Exhibit 1 a Proposed First Amended Complaint (ECF No. 39-1, "FAC") and advanced arguments premised on new and revised allegations contained in that proposed pleading. *See* ECF No. 39-1; Declaration of Thomas F. Carlucci in Support of Terrible Herbst Defendants' Unopposed Motion for Leave to Exceed Page Limit for Reply in Support of Motion to Dismiss Relator's Complaint, "Carlucci Decl." ¶ 4.

## II.    GOOD CAUSE EXISTS UNDER L.R. 7-3(C)

Under LR 7-3(b), a reply in support of a motion to dismiss is limited to twelve pages. Terrible Herbst Defendants seek leave to file a reply in support of their motion to dismiss that

TERRIBLE HERBST DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT
FOR REPLY ISO MTD RELATOR'S COMPLAINT
- 2 -
Case No. 2:24-cv-02277-JCM-BNW

4916-5323-3542.1

1    exceeds the applicable page limit by five pages, for a total of seventeen pages, so that they may

2    address—in a single, consolidated filing—(1) Relator's arguments concerning the operative

3    Complaint and (2) the new allegations and theories set forth in the Proposed First Amended

4    Complaint.  Carlucci Decl. ¶ 5.  The requested extension is narrow, reasonable, and directly tied

5    to the scope of Relator's Opposition.  *See id.* ¶ 6.  Allowing Terrible Herbst Defendants to address

6    all relevant issues in a single reply will streamline the record, avoid duplicative filings, and

7    facilitate the Court's consideration of the Motion to Dismiss.  *See id.* ¶ 7.  The Parties conferred,

8    and Relator does not oppose this Motion.

9    **III.    CONCLUSION**

10            For the foregoing reasons, Terrible Herbst Defendants respectfully request that the Court

11   grant this unopposed motion for leave to file a seventeen-page reply in support of Terrible Herbst

12   Defendants' Motion to Dismiss.

13   DATED: January 5, 2026          **FOLEY & LARDNER LLP**
                                      Thomas F. Carlucci
14

15

16                                   */s/ Thomas F. Carlucci*
                                      Thomas F. Carlucci
17
                                      Attorney for Terrible Herbst, Inc., JETT Gaming, LLC, ETT I,
18                                    LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond &
                                      Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns,
19                                    LLC, HER-COLE, LLC, HER-DEL 1, LLC, HER-GREEN,
                                      LLC, HER-LOZ 1, LLC, HER-MOR, LLC, Jean Ventures,
20                                    LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co.,
                                      Inc., HER-DEL 2, LLC, JH, Inc., Terrible Herbst Washington
21                                    UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC

22
                                      **IT IS SO ORDERED:**
23

24

25                                   UNITED STATES DISTRICT JUDGE
26

27                                   DATED: _January 13, 2026_

28

4916-5323-3542.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 5th day of January, 2026, a true and correct copy of **TERRIBLE HERBST DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS RELATOR'S COMPLAINT** was served on all counsel of record for Relator via the CM/ECF system.

*/s/ Thomas F. Carlucci*
Thomas F. Carlucci

TERRIBLE HERBST DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT
FOR REPLY ISO MTD RELATOR'S COMPLAINT
- 4 -
Case No. 2:24-cv-02277-JCM-BNW

1  PETER S. CHRISTIANSEN, Nevada Bar No. 5254
      pete@christiansenlaw.com
2  **CHRISTIANSEN TRIAL LAWYERS**
3  710 S. 7th STREET
   LAS VEGAS, NV 89101
4  TELEPHONE:   (702) 240-7979
   FACSIMILE:     (866) 412-6992
5
6  THOMAS F. CARLUCCI, Nevada Bar No. 3208
      tcarlucci@foley.com
7  **FOLEY & LARDNER LLP**
   ONE MARKET PLAZA
8  55 SPEAR STREET TOWER
   SUITE 1900
9  SAN FRANCISCO, CA 94105
   TELEPHONE:  (415) 434-4484
10 FACSIMILE:    (415) 434-4507

11 Attorneys for Defendants Terrible Herbst, Inc., JETT
12 Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA,
   LLC, Blue Diamond & Durango, LLC, Decatur &
13 Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC,
   HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1,
14 LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12
   LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-
15 DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT,
16 LLC, THSR Holdings, LLC, and TPC OPCO, LLC

17              **UNITED STATES DISTRICT COURT**

18                    **DISTRICT OF NEVADA**

19

20 UNITED STATES OF AMERICA, *ex rel.*,          Case No. 2:24-cv-02277-JCM-BNW
   NEVADANS AGAINST FRAUD ON THE
21 GOVERNMENT, LLC, a Nevada Limited             **DECLARATION OF THOMAS F.**
   Liability Company,                            **CARLUCCI IN SUPPORT OF**
22                                                **TERRIBLE HERBST DEFENDANTS'**
                 Plaintiffs,                      **UNOPPOSED MOTION TO EXCEED**
23                                                **PAGE LIMIT FOR REPLY IN**
          v.                                      **SUPPORT OF MOTION TO DISMISS**
24                                                **RELATOR'S COMPLAINT**
   TERRIBLE HERBST, INC., a Nevada
25 Corporation, *et al.*,

26               Defendants.

27

28
   ───────────────────────────────────────────────────
   CARLUCCI DECL. ISO TERRIBLE HERBST DEFENDANTS' UNOPPOSED MOTION
   TO EXCEED PAGE LIMIT FOR REPLY ISO MTD RELATOR'S COMPLAINT
                              - 1 -            Case No. 2:24-cv-02277-JCM-BNW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF THOMAS F. CARLUCCI

I, Thomas F. Carlucci, declare as follows:

1.      I am an attorney at law duly licensed to practice in the State of Nevada and before this Court.  I am a partner at the law firm of Foley & Lardner LLP, counsel of record for Defendants Terrible Herbst, Inc., JETT Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, HER-COLE, LLC, HER-DEL 1, LLC, HER-GREEN, LLC, HER-LOZ 1, LLC, HER-MOR, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JH, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC (collectively, the "Terrible Herbst Defendants") in this case.  As a result, I am familiar with the case file, documents, and meet and confer communications related to this matter.  I make this Declaration based upon my own personal knowledge and am willing to testify, under oath, to the truth of the matter asserted herein if called to do so.

2.      I make this Declaration pursuant to L.R. 7-3 to establish good cause for granting Terrible Herbst Defendants' Unopposed Motion for Leave to Exceed Page Limit for Reply in Support of Motion to Dismiss Relator's Complaint.

3.      On November 24, 2025, Terrible Herbst Defendants filed a Motion to Dismiss Relator's Complaint (ECF No. 35, "Motion to Dismiss").

4.      On December 5, 2025, Relator filed an Opposition to Terrible Herbst Defendants' Motion to Dismiss Relator's Complaint (ECF No. 39, "Opposition"), addressing Terrible Herbst Defendants' arguments regarding the allegations in the operative Complaint.  In addition to responding to the arguments directed to the operative Complaint, Relator's Opposition attached as Exhibit 1 a Proposed First Amended Complaint (ECF No. 39-1, "FAC") and advanced arguments premised on new and revised allegations contained in that proposed pleading.

5.      On December 20 and December 21, 2025, I met and conferred with Relator's counsel via email regarding this Motion.  Relator's counsel advised that Relator does not oppose

CARLUCCI DECL. ISO TERRIBLE HERBST DEFENDANTS' UNOPPOSED MOTION
TO EXCEED PAGE LIMIT FOR REPLY ISO MTD RELATOR'S COMPLAINT
- 2 -
Case No. 2:24-cv-02277-JCM-BNW

4914-6541-2228.2

this Motion. Further, we agreed, on behalf of our respective clients, that good cause exists to permit Terrible Herbst Defendants to file a reply that exceeds the applicable page limit by five pages, for a total of seventeen pages, so that they may address—in a single, consolidated filing—(1) Relator's arguments concerning the operative Complaint and (2) the new allegations and theories set forth in the Proposed First Amended Complaint.

6.     The additional pages are necessary for Terrible Herbst Defendants to fairly and completely respond to the expanded scope of issues raised in the Opposition.

7.     Based on my experience litigating motions to dismiss in federal cases, allowing Terrible Herbst Defendants to address in a single reply both Relator's arguments concerning the operative Complaint and the new allegations and theories set forth in the Proposed First Amended Complaint will promote judicial economy by streamlining the briefing and the record before the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2025, in San Francisco, California.


                                        _/s/ Thomas F. Carlucci_____
                                        Thomas F. Carlucci

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 5th day of January, 2026, a true and correct copy of **DECLARATION OF THOMAS F. CARLUCCI IN SUPPORT OF TERRIBLE HERBST DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS RELATOR'S COMPLAINT** was served on all counsel of record for Relator via the CM/ECF system.

*/s/ Thomas F. Carlucci*
Thomas F. Carlucci

CARLUCCI DECL. ISO TERRIBLE HERBST DEFENDANTS' UNOPPOSED MOTION
TO EXCEED PAGE LIMIT FOR REPLY ISO MTD RELATOR'S COMPLAINT
- 4 -       Case No. 2:24-cv-02277-JCM-BNW

4914-6541-2228.2