Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
Jeremy M. Lipshutz, MD, Esq.
Nevada Bar No. 15267
GALLAGHER & LIPSHUTZ, PLLC
6120 S. Fort Apache Rd. #100
Las Vegas, NV 89148
Phone/Fax: (702) 381-3770
kathleen@gallagherlipshutz.com
jeremy@gallagherlipshutz.com
*Attorneys for Relator*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, ex. rel.,
NEVADANS AGAINST FRAUD ON THE
GOVERNMENT, LLC,

    Plaintiffs

v.

TERRIBLE HERBST, INC., et al.,

    Defendants

Case No.: 2:24-cv-02277-JCM-BNW

**STIPULATION AND ORDER TO
EXTEND DEADLINE FOR
RELATOR'S RESPONSE TO
DEFENDANT WESTERN ALLIANCE
BANK'S MOTION TO DISMISS
(First Request)**

Relator, by and through its attorneys of record, the law firm of Gallagher & Lipshutz, PLLC, Defendant Western Alliance Bank, by and through its attorneys of record, the law firm Snell & Wilmer, LLP, and Defendants Terrible Herbst, Inc., Jett Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, Her-Cole, LLC, HER-DEL 1, LLC, HER-Green, LLC, HER-LOZ 1, LLC, Her-Mor, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JC, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC (collectively "Terrible Herbst Defendants"), by and through their attorneys of record, the law firm of Foley & Lardner, LLP, hereby file this Stipulation and Order to Extend Deadline for Relator's Response to Defendant Western



GALLAGHER & LIPSHUTZ

1

Alliance Bank's Motion to Dismiss (First Request). The Motion to Dismiss was field on January 9, 2026, and the deadline for Relator's Opposition is currently January 23, 2026. The parties stipulate to extend the deadline for Relator's Opposition two weeks to February 6, 2026.

## **STIPULATION AND ORDER**

1. On January 9, 2026, Defendant Western Alliance Bank filed its Motion to Dismiss Complaint and Proposed Amended Complaint.[1]

2. This request is made in good faith and not for purposes of delay, so that the parties may confer regarding the issues raised in the Motion in an effort to resolve issue(s) without the Court's involvement. This is the first stipulation for extension of time to oppose the Motion.

3. Relator' deadline to file its Opposition is extended from January 23, 2026 two weeks to February 6, 2026. In light of this extension, the deadline for Defendant Western Alliance Bank to file its Reply is February 13, 2026.

| DATED: January 23, 2026 | DATED: January 23, 2026 |
|---|---|
| GALLAGHER & LIPSHUTZ, PLLC | FOLEY & LARDNER, LLP |
| */s/ Kathleen H. Gallagher* <br> Kathleen H. Gallagher, Esq. <br> Nevada Bar No. 15043 <br> Jeremy M. Lipshutz, M.D., Esq. <br> Nevada Bar No. 15267 <br> 6120 S. Fort Apache Rd. #100 <br> Las Vegas, NV 89148 <br> *Attorneys for Relator* | */s/ Thomas F. Carlucci* <br> Thomas F. Carlucci, Esq. <br> Nevada Bar No. 3208 <br> One Market Plaza <br> 55 Spear Street Tower, Suite 1900 <br> San Francisco, CA 94105 <br> *Attorneys for Terrible Herbst Defendants* |
| DATED: January 23, 2026 <br><br> SNELL & WILMER, LLP | |

[1] ECF No. 52.

*/s/* John Delikanakis
John Delikanakis, Esq.
Nevada Bar No. 5928
1700 S Pavillion Center Dr. Ste 700
Las Vegas, NV 89135

Sam C. Neel, Esq.
Nicole Redmond, Esq.
(Pro Hac Vice Pending)
2001 K Street NW, Suite 425 North
Washington, DC 20006
*Attorneys for Western Alliance Bank*

**IT IS SO ORDERED.**

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

DATED: January 26, 2026

3

**GALLAGHER & LIPSHUTZ**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of GALLAGHER & LIPSHUTZ and that service of a true and correct copy of the above and foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR RELATOR'S RESPONSE TO DEFENDANT WESTERN ALLIANCE BANK'S MOTION TO DISMISS (First Request)** was served on January 23, 2026, to the following addressed parties by:

__X__  EM/ECF System

_____  First Class Mail, postage prepaid from Las Vegas, Nevada

_____  Facsimile

_____  Electronic Mail/Electronic Transmission

_____  Hand Delivered to the addressee(s) indicated

_____ Receipt of Copy on this _____ day of _____, 20___,

    acknowledged by, _____

Peter S. Christiansen, Esq.
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th STREET
Las Vegas, NV 89101

Thomas F. Carlucci, Esq.
FOLEY & LARDNER LLP
One Market Plaza
55 Spear Street Tower, Suite 19000
San Francisco, CA 94105

*Attorneys for Affiliated Defendants*

John Delikanakis, Esq.
SNELL & WILMER, LLP
1700 S Pavillion Center Dr. Ste 700
Las Vegas, NV 89135

Sam C. Neel, Esq.
SNELL & WILMER, LLP
2001 K Street NW, Suite 425 North
Washington D.C. 20006
*Attorneys for Defendant Western Alliance Bank*

                                        */s/ Katherine Starn*_____
                                        An Employee of GALLAGHER & LIPSHUTZ

4