Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
Jeremy M. Lipshutz, MD, Esq.
Nevada Bar No. 15267
GALLAGHER & LIPSHUTZ, PLLC
6120 S. Fort Apache Rd. #100
Las Vegas, NV 89148
Phone/Fax: (702) 381-3770
kathleen@gallagherlipshutz.com
jeremy@gallagherlipshutz.com
*Attorneys for Relator*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel., NEVADANS AGAINST FRAUD ON THE GOVERNMENT, LLC,<br><br>   Plaintiffs<br><br>v.<br><br>TERRIBLE HERBST, INC., et al.,<br><br>   Defendants | Case No.: 2:24-cv-02277-JCM-BNW<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Relator, by and through its attorneys of record, the law firm of Gallagher & Lipshutz, PLLC, and Defendants Terrible Herbst, Inc., Jett Gaming, LLC, ETT I, LLC, ETT-AZ, LLC, ETT-CA, LLC, Blue Diamond & Durango, LLC, Decatur & Silverado, LLC, Herbst-Johns, LLC, Her-Cole, LLC, HER-DEL 1, LLC, HER-Green, LLC, HER-LOZ 1, LLC, Her-Mor, LLC, Jean Ventures, LLC, HHT 12 LLC, FSP Partners, LLC, Herbst Supply Co., Inc., HER-DEL 2, LLC, JC, Inc., Terrible Herbst Washington UT, LLC, THSR Holdings, LLC, and TPC OPCO, LLC (collectively "Terrible Herbst Defendants"), by and through their attorneys of record, the law firm of Foley & Lardner, LLP, hereby file this Stipulation and Order to Allow Plaintiff to File First Amended Complaint. The parties hereby stipulate as follows:

//



1

4938-0992-2714.1

**STIPULATION AND ORDER**

1.      On December 9, 2024, Relator filed the Complaint in this action. Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent or the Court's leave, and "[t]he court should freely give leave when justice so requires".

2.      On March 4, 2026, the Court granted Defendants' Motion to Dismiss without prejudice, and directed Relator to seek leave to file an amended complaint to add factual allegations concerning Defendants' assets and why they did not qualify for the net-revenue alternative size standard within 21 days.[1]

3.      Consistent with the Court's March 4, 2026 Order directing Relator to seek leave to amend, Relator seeks leave to file a First Amended Complaint to add factual allegations concerning Defendants' assets and to remove Western Alliance Bank as a defendant following its dismissal from this action. Pursuant to the Court's suggestion, all allegations regarding the Herbst Family's personal assets have been removed.

4.      Pursuant to Local Rule 15-1(a), the proposed First Amended Complaint is attached hereto as **Exhibit 1** and the proposed Appendix of Exhibits is attached hereto as **Exhibit 2**. The parties agree Relator may file this First Amended Complaint and Appendix of Exhibits.

5.       The requested amendment is sought in good faith and is not sought for purposes of delay.

//

//

---

[1] ECF No. 63 at 19:11-22.

2

4938-0992-2714.1

6.      The Parties agree that the Terrible Herbst Defendants may answer, move or otherwise respond to the First Amended Complaint by and including April 22, 2026.  The Terrible Herbst Defendants intend, at this time, to answer the First Amended Complaint but the Terrible Herbst Defendants reserve the right to bring other motions as they deem it appropriate to do so.

| DATED: March 23, 2026 | DATED: March 23, 2026 |
|---|---|
| GALLAGHER & LIPSHUTZ, PLLC | FOLEY & LARDNER, LLP |
| */s/ Kathleen H. Gallagher*<br>Kathleen H. Gallagher, Esq.<br>Nevada Bar No. 15043<br>Jeremy M. Lipshutz, M.D., Esq.<br>Nevada Bar No. 15267<br>6120 S. Fort Apache Rd. #100<br>Las Vegas, NV 89148<br>*Attorneys for Relator* | */s/ Thomas F. Carlucci*<br>Thomas F. Carlucci, Esq.<br>Nevada Bar No. 3208<br><br>One Market Plaza<br>55 Spear Street Tower, Suite 1900<br>San Francisco, CA 94105<br>*Attorneys for Terrible Herbst Defendants* |

**ORDER**

The plaintiff shall file its proposed First Amended Complaint by March 25, 2026, and the Terrible Herbst Defendants shall answer, move or otherwise respond to the First Amended Complaint by April 22, 2026.  **IT IS SO ORDERED.**

_____

THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

DATED: March 25, 2026

GALLAGHER & LIPSHUTZ

3

4938-0992-2714.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of GALLAGHER & LIPSHUTZ and that service of a true and correct copy of the above and foregoing **STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** was served on March 23, 2026, to the following addressed parties by:

__X__   EM/ECF System

_____   First Class Mail, postage prepaid from Las Vegas, Nevada

_____   Facsimile

_____   Electronic Mail/Electronic Transmission

_____   Hand Delivered to the addressee(s) indicated

_____   Receipt of Copy on this _____ day of _____, 20___,

acknowledged by, _____

Peter S. Christiansen, Esq.
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th STREET
Las Vegas, NV 89101

Thomas F. Carlucci, Esq.
FOLEY & LARDNER LLP
One Market Plaza
55 Spear Street Tower, Suite 19000
San Francisco, CA 94105

*Attorneys for Affiliated Defendants*

/s/ Katherine Starn_____
An Employee of GALLAGHER & LIPSHUTZ

4

4938-0992-2714.1